IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,**  )<br>14352 Wrangler Lane                         )<br>Apartment 12                                    )<br>Dale City, VA 22193                          )<br>                                                          )<br>                              **Plaintiff,**        )<br>                                                          )<br>         v.                                               )<br>                                                          )<br>**CONDOLEEZA RICE**                      )<br>**Secretary of State**                         )<br>**United States Department of State**  )<br>2201 C Street, N.W.                          )<br>Washington, D.C.  20520                  )<br>                                                          )<br>                              **Defendant.**    ) | Civil Action No. 05-2011 (RBW)<br>ECF |

## NOTICE OF APPEARANCE

Defendant respectfully requests that the Clerk of the Court enter the appearance of

Assistant United States Attorney Lisa S. Goldfluss as counsel for defendant in the above-

captioned case.

                                                         Respectfully submitted,

                                                         LISA S. GOLDFLUSS, D.C. Bar #417787
                                                         Assistant United States Attorney
                                                          Judiciary Center Building
                                                         555 4th Street, N.W., Civil Division
                                                         Washington, D.C. 20530
                                                         (202) 514-7198

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of December, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Stephen L. Spitz
Kalijarui, Chuzi & Newman
1901 L Street, N.W., Suite 610
Washington, DC 20036

_____
LISA S. GOLDFLUSS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198