UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-2011 (RBW) |
| v. | ) ) | |
| **CONDOLEEZA RICE**<br>**Secretary of State,** | ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), with the consent of plaintiff , and for good cause, hereby respectfully moves for an enlargement of time of 30 days, up to and including January 26, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response to the Complaint is currently due to be filed on December 27, 2006. Defendant has not previously sought any enlargements of time in this case. Defendant requests this relief on the following grounds:

This suit alleges that the federal government discriminated against plaintiff in employment because he is a Caucasian male. Based on her significant workload, the State Department agency counsel in this case has sought additional time in which to complete her report regarding the merits of the action to the undersigned Assistant United States Attorney representing the government. Meanwhile, undersigned counsel herself as been working extremely long hours during the past two weeks on various dispositive motions, discovery matters and settlement negotiations, in order that she may participate in a long-scheduled family vacation between Christmas and New Years. She will be returning during the first week in January to one week of "TRO duty," during which time she will be responsible for representing

the United States in connection with petitions for emergency injunctive relief filed against the United States in this judicial district.  In addition, over the upcoming thirty-day period, the undersigned will be filing several dispositive motions in other cases, has several scheduled hearings that will require significant preparation, and will remain involved in an expedited discovery schedule with respect to a large, aggressively-litigated law suit that has been pending for almost six years.   In order to provide sufficient time to prepare defendant's  response to the Complaint, defendant respectfully requests that the thirty-day enlargement sought be granted.

Defendant's counsel has conferred with plaintiff's counsel regarding this motion and plaintiff has consented to the motion on the condition that defendant's counsel inquire of the agency regarding interest in mediation.   Defendant's counsel has so inquired, and, upon returning from her leave, expects to learn the answer from those in a position to authorize any settlement, at which time she will contact plaintiff's counsel.

An order granting the relief sought is attached hereto.

                              Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.,  Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
 Counsel for Defendants