**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 05-2011 (RBW)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CONDOLEEZA RICE** | ) | |
| **Secretary of State,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall file her answer or other response to the Complaint on or before January 26, 2006.


Date_____                                    _____
                                                        UNITED STATES DISTRICT JUDGE