UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) | |
| Plaintiff, | ) | Civil Action No. 05-2011 (RBW) |
| v. | ) | |
| **CONDOLEEZA RICE**<br>Secretary of State, | ) | |
| Defendant. | ) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall file her answer or other response to the Complaint on or before February 16, 2006._____


Date_____                             _____
                                        UNITED STATES DISTRICT JUDGE