UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-2011 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| **CONDOLEEZA RICE** | ) | |
| Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE**

Pursuant to defendant's representation in its second motion for enlargement of time to respond to the Complaint, filed January 28, 2006 [4] and granted by the Court on January 30, 2006, defendant respectfully informs the Court that plaintiff's counsel and defendant's counsel conferred today regarding the motion and plaintiff has stated that he will not consent to any further enlargements of time to respond to the Complaint.

Defendant's counsel also brought to the attention of plaintiff's counsel the matters that defendant is currently intending to address in a motion for partial summary judgment to be filed simultaneously with the Answer. Defendant is hoping to resolve these matters without the necessity of filing such a motion, either by plaintiff's counsel notifying defendant's counsel of information in the administrative record below of which defendant's counsel might not be aware, or by plaintiff amending his complaint to eliminate certain claims that defendant now believes are subject to dismissal as a matter of law. In recognition of plaintiff's interest in proceeding apace in this suit, defendant's counsel noted, during that conversation, that the elimination of the

need to file that partially-dispositive motion would likely accelerate the time period in which defendant would be in a position to respond to the Complaint.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, D.C. Bar # 451058
        United States Attorney

        _____
        R. CRAIG LAWRENCE, D.C. Bar # 171538
        Assistant United States Attorney

        _____
        LISA S. GOLDFLUSS, D.C. Bar #417787
        Assistant United States Attorney
        555 4th Street, N.W., Tenth Fl.
        Washington, D.C. 20530
        (202) 514-7198
        Counsel for Defendants