## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) | |
| Plaintiff, | ) | Civil Action No. 05-2011 (RBW) |
| v. | ) | |
| **CONDOLEEZA RICE**<br>Secretary of State, | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), without opposition from plaintiff, and for good cause, hereby respectfully moves for an enlargement of time of four business days, up to and including February 23, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response to the Complaint is currently due on February 16, 2006.

Defendant requests this relief based on two unanticipated matters arising within government counsel's case load, and on the need to finalize certain evidentiary material in connection with defendant's motion for dismissal of certain claims to be filed in the instant action along with defendant's Answer. Defendant's counsel has been working for three days on a brief in connection with four civil actions now pending against the United States Patent and Trademark Office, the substance of which is extremely complex and voluminous. While counsel was hoping to have filed those briefs yesterday, unanticipated developments in those cases resulted in extremely time-consuming exercises that shifted her schedule and delayed filing. In another case, a new item of evidence has arisen in an untimely manner, generating unanticipated

and expedited requirements of counsel.  For all of these reasons, defendant respectfully requests the enlargement sought.

Defendant's counsel has conferred with plaintiff's counsel regarding this motion and plaintiff's counsel has stated that he will not oppose the motion.

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.,  Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
 Counsel for Defendants
