UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW JOSEPH MCGRATH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE )<br>Secretary of State, )<br>)<br>Defendant. ) | Civil Action No. 05-2011 (RBW) |

### ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall move, answer or otherwise respond to the Complaint on or before February 23, 2006. _____

Date_____                    _____
                                UNITED STATES DISTRICT JUDGE