IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW JOSEPH MCGRATH,<br>14352 Wrangler Lane<br>Apartment 12<br>Dale City, VA 22193<br><br>                    Plaintiff,<br><br>    v.<br><br>CONDOLEEZA RICE<br>Secretary of State<br>United States Department of State<br>2201 C Street, N.W.<br>Washington, D.C. 20520<br><br>                    Defendant. | Civil Action No. 05-2011 (RBW)<br>ECF |

## SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of

Marian L. Borum, Assistant U.S. Attorney, as counsel of record for the defendant, in the

above-captioned case and withdraw the appearance of Lisa S. Goldfluss, Assistant U.S. Attorney.

Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar # 417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

_____
MARIAN L. BORUM, D.C. Bar # 435406
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7561

**CERTIFICATE OF SERVICE**

      I hereby certify that on this ____ day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Stephen L. Spitz
Kalijarui, Chuzi & Newman
1901 L Street, N.W., Suite 610
Washington, DC 20036

                                          _____
                                          MARIAN L. BORUM
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W., Civil Division
                                          Washington, D.C. 20530
                                          (202) 514-7561