# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MATTHEW JOSEPH MCGRATH,                )
                                                    )
        Plaintiff,                          )
                                                    )
        v.                                  )          Civil Action No. 05-2011 (RBW)
                                                    )
CONDOLEEZZA RICE,                         )
Secretary of State,                              )
                                                    )
        Defendant.                         )
                                                    )
_____)

## ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on May 26, 2006, it is hereby

**ORDERED** that this case shall be referred to the Court's mediation program for settlement discussions beginning on May 26, 2006, and concluding on July 26, 2006.  It is further

**ORDERED** that a scheduling conference shall be held on July 26, 2006, at 9:45 a.m.

**SO ORDERED** this 26th day of May, 2006.


REGGIE B. WALTON
United States District Judge