UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Joseph McGrath,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-2011 (RBW) |
| **Condoleeza Rice,** ) | |
| **Secretary of State,** ) | |
| ) | |
| **Defendant** ) | |

**JOINT MOTION OF THE PARTIES FOR AN EXTENSION OF TIME FOR MEDIATION AND FOR RESCHEDULING OF STATUS CONFERENCE**

The parties jointly move for an extension of time for a period of sixty (60) days for mediation in this matter and for the rescheduling of the status conference, now set for 9:45 A.M. on July 26, 2006, to September 26, 2006 or a date thereafter. In support of this Motion, the parties state that they are engaged in ongoing mediation. The mediator and both of the parties believe that the progress being made in the mediation is such that the parties may reach a settlement of this matter, if given the additional time to negotiate in lieu of litigation at this time.

The parties are aware of the Court's preference to receive such motions at least four (4) business days prior to the scheduled date. However, plaintiff's counsel was out of town last week following the last mediation session in this matter on Monday afternoon, July 17, and was therefore was unable to address this matter until today.

This is the first extension the parties have sought to extend the period for mediation. The granting of this extension will not effect any previously scheduled deadlines in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/<br>STEPHEN L. SPITZ<br>D.C. Bar No. 180778<br>KALIJARVI, CHUZI & NEWMAN<br>1901 L Street N.W., Suite 610<br>Washington, D.C. 20006<br>(202)331-9260<br>Counsel for Plaintiff | /s/<br>KENNETH L. WAINSTEIN<br>D.C. Bar No. 451058<br><br>/s/<br>RUDOLPH CONTRERAS<br>D.C. Bar No. 434122<br><br>/s/<br>MARIAN L. BORUM<br>D.C. Bar No. 435409<br>Assistant United States Attorney<br>501 Third Street, N.W., Fourth Floor<br>Washington, D.C. 20530<br>(202) 514-6531<br>Counsel for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Matthew Joseph McGrath,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 05-2011 (RBW) |
| **Condoleeza Rice,** | ) | |
| **Secretary of State,** | ) | |
| | ) | |
| **Defendant** | ) | |

**ORDER**

UPON CONSIDERATION of the Joint Motion for Extension of Time for Mediation and for Rescheduling of Status Conference, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the parties shall have an additional sixty (60) days for mediation in this matter.


Date _____          _____
                                   UNITED STATES DISTRICT JUDGE

cc:     STEPHEN L. SPITZ
        KALIJARVI, CHUZI & NEWMAN
        1901 L Street N.W., Suite 610
        Washington, D.C. 20006
        (202)331-9260
        Counsel for Plaintiff

        MARIAN L. BORUM
        Assistant United States Attorney
        501 Third Street, N.W., Fourth Floor
        Washington, D.C.  20530
        (202) 514-6531
        Counsel for Defendant