## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **Case No. 05-2011 (RBW)** |
| **CONDOLEEZA RICE,** | ) | |
| **Secretary of State,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### JOINT MOTION OF THE PARTIES FOR AN EXTENSION OF TIME FOR
### MEDIATION AND FOR RESCHEDULING OF STATUS CONFERENCE

The parties jointly move for an extension of time for a period of sixty-two (62) days for mediation in this matter and for the rescheduling of the status conference, now set for 9:00 a.m. on September 29, 2006, to November 30, 2006 or a date thereafter.  In support of this Motion, the parties state that they are engaged in ongoing mediation.  The mediator and both of the parties believe that the progress being made in the mediation is such that the parties may reach a settlement of this matter, if given the additional time to negotiate in lieu of litigation.

The parties are aware of the Court's preference to receive such motions at least four (4) business days prior to the scheduled date.  However, on September 26, 2006, at the last mediation session, it was determined that additional documents must be requested from the State Department before the parties can proceed with their settlement negotiations.  Additional time is needed for this to occur.

This is the second extension the parties have sought to extend the period for mediation.

However, the parties are hopeful that this matter will come to a resolution prior to the requested

court date.  The granting of this extension will not effect any previously scheduled deadlines in

this matter.

Respectfully submitted,


_____

STEPHEN L. SPITZ
D.C. Bar No. 180778
KALIJARVI, CHUZI & NEWMAN
1901 L Street N.W., Suite 610
Washington, D.C. 20006
(202)331-9260
Counsel for Plaintiff


_____

KENNETH L. WAINSTEIN
D.C. Bar No. 451058


_____

RUDOLPH CONTRERAS
D.C. Bar No. 434122


_____

MARIAN L. BORUM
D.C. Bar No. 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **Case No. 05-2011 (RBW)** |
| **CONDOLEEZA RICE,** | ) | |
| **Secretary of State,** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## <u>ORDER</u>

UPON CONSIDERATION of the Joint Motion for Extension of Time for Mediation and for Rescheduling of Status Conference, the merits thereof, and for good cause shown, it is this _____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the parties shall have an additional sixty-two (62) days for mediation in this matter.

Date _____          _____
                                     UNITED STATES DISTRICT JUDGE

cc:    MARIAN L. BORUM
        Assistant United States Attorney
        501 Third Street, N.W., Fourth Floor
        Washington, D.C.  20530
        (202) 514-6531
        Counsel for Defendant

        STEPHEN L. SPITZ
        KALIJARVI, CHUZI & NEWMAN
        1901 L Street N.W., Suite 610
        Washington, D.C. 20006
        (202)331-9260
        Counsel for Plaintiff