UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Joseph McGrath )<br>)<br>   Plaintiff )<br>   v. )<br>)<br>Condoleeza Rice, )<br>Secretary of State )<br>)<br>in her official capacity, )<br>)<br>   Defendant ) | Case No. 05-2011 RBW |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT
AND MEMORANDUM OF POINTS AND AUTHORITIES**

As stated in the Report Pursuant to Rule 16.3, filed with the Court on May 11, 2006, after a decision then pending on a claim by plaintiff before the Foreign Service Grievance Board [hereinafter "FSGB"] was issued, plaintiff may wish to amend the complaint in this matter. Such a decision has been issued and plaintiff hereby moves for leave to amend his Complaint. A copy of the Amended Complaint is attached. For convenience, the matters to be added to the Complaint are highlighted in **bold**.

In the Amended Complaint, Mr. McGrath seeks to add a related claim for judicial review of the decision of the FSGB dated May 18, 2006, and received May 22, 2006, concerning Mr. McGrath [hereafter "Decision"]. A copy of the Decision is enclosed. In the Decision, the FSGB denied Mr. McGrath's appeal of the defendant's denial of Mr. McGrath's grievance wherein Mr. McGrath had asserted that defendant "had committed procedural error by permitting both the 2003 Selection Board (SB) and the 2003 [Performance Standards Board] PSB to review his 2001-2002 Employee Evaluation Report (EER) which was then under challenge in an Equal

Employment Opportunity Commission (EEOC) proceeding." Decision at 2.

In support of this Motion, plaintiff states as follows:

1. This request for judicial review of the Decision is timely. Section 1110 of the Foreign Service Act provides for judicial review of decisions of the FSGB regarding grievances as follows:

> Any aggrieved part may obtain judicial review of a final action of the Secretary or the Board on any grievance in the district courts of the United States ... if the request for judicial review is filed not later than 180 days after the final action of the Secretary or the Board ...."

22 U.S.C. § 4140(a).

2. The factual and legal circumstances involving the review of the FSBG Decision are related to Mr. McGrath's pending claims as they relate to the circumstances of the termination of the employment of Mr. McGrath by defendant.

3. While Mr. McGrath could file a separate complaint and seek consolidation as a related case, it is in the interest of justice to permit this amendment and deal with this claim at the same time as Mr. McGrath's other claims.

4. There is no prejudice to defendant of such an amendment of the complaint at this time. Discovery has yet to be initiated. Per Order of the Court, the parties are currently in mediation. A status conference in this matter is currently scheduled for 9:15 A.M. on December 1, 2006.

For the foregoing reasons, plaintiff moves for leave to amend the complaint to include judicial review of the FSGB decision denying the appeal of the defendant's denial of Mr. McGrath's grievance.

    Respectfully submitted,

    _/s/_____
    Stephen L. Spitz, D.C. Bar No. 180778
    KALIJARVI, CHUZI & NEWMAN, P.C.
    1901 L Street, N.W. Suite 610
    Washington, DC  20036
    Tel: (202) 331-9260
    FAX: (202) 331-9261

    Counsel for Plaintiff