UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW JOSEPH MCGRATH, )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>CONDOLEEZA RICE, )<br>Secretary of State, )<br>)<br>Defendant )<br>_____) | Case No. 05-2011 (RBW) |

**JOINT MOTION OF THE PARTIES FOR AN EXTENSION OF TIME FOR
MEDIATION AND FOR RESCHEDULING OF STATUS CONFERENCE**

The parties jointly move for an extension of time for a period of forty-nine (49) days for mediation in this matter and for the rescheduling of the status conference, now set for 9:15 a.m. on December 1, 2006, to January 19, 2006 or a date thereafter.  In support of this Motion, the parties state that they are engaged in ongoing mediation.  The mediation session scheduled earlier this month had to be postponed because plaintiff had to leave town because of his father's critical condition.  The parties wish to reschedule the mediation session for a mutually convenient time in January.  This is the third occasion the parties have sought to extend the period for mediation.  However, the granting of this extension will not affect any previously scheduled deadlines in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ <br> STEPHEN L. SPITZ <br> D.C. Bar No. 180778 <br> KALIJARVI, CHUZI & NEWMAN <br> 1901 L Street N.W., Suite 610 <br> Washington, D.C. 20006 <br> (202)331-9260 <br> Counsel for Plaintiff | /s/ <br> JEFFREY A. TAYLOR <br> D.C. Bar No. 451058 <br><br> /s/ <br> RUDOLPH CONTRERAS <br> D.C. Bar No. 434122 <br><br> /s/ <br> MARIAN L. BORUM <br> D.C. Bar No. 435409 <br> Assistant United States Attorney <br> 501 Third Street, N.W., Fourth Floor <br> Washington, D.C. 20530 <br> (202) 514-6531 <br> Counsel for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Case No. 05-2011 (RBW) |
| **CONDOLEEZA RICE,** ) | |
| Secretary of State, ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of the Joint Motion for Extension of Time for Mediation and for Rescheduling of Status Conference, the merits thereof, and for good cause shown, it is this

____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the parties shall have an additional forty-nine (49) days for mediation in this matter.


Date _____             _____
                                       UNITED STATES DISTRICT JUDGE

cc: MARIAN L. BORUM
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

STEPHEN L. SPITZ
KALIJARVI, CHUZI & NEWMAN
1901 L Street N.W., Suite 610
Washington, D.C. 20006
(202)331-9260
Counsel for Plaintiff