UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. MCGRATH, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-2011 (RBW) |
| CONDOLEEZA RICE, ) | |
| Secretary of State, ) | |
| ) | |
|     Defendant ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of sixteen (16) days, up to and including December 20, 2006, in which to respond to Plaintiff's Motion for Leave to Amend the Complaint. Defendants' response would otherwise be due on December 4, 2006.

In his Complaint, plaintiff alleged that he was discriminated against on the basis of gender (male) and race (white) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. Plaintiff also filed a claim before the Foreign Service Grievance Board ("FSGB") alleging that defendant "had committed procedural error by permitting . . . the 2003 Selection . . .and Performance Standards Boards . . . to review his 2001-2002 Employee Evaluation Report . . . which was then under challenge in an Equal Employment Opportunity Commission . . . proceeding." Plaintiff's Motion for Leave to Amend the Complaint ("Pltf's Motion") at p.1. On May 18, 2006, the FSGB denied plaintiff's claim of procedural error. Id., Exhibit 2. Plaintiff now seeks to amend his Complaint to request judicial review of

the decision of the FSGB.

Agency Counsel must consult internally within the Department of State prior to determining the appropriate response to plaintiff's motion to amend the Complaint. Due to the press of other business and the disruptive effect of holiday leave, it has been difficult to do so. The additional time requested would permit such consultation.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on this motion. Plaintiff's counsel consented to this motion.

For the reasons cited above, defendant respectfully requests that the enlargement of time to respond to Plaintiff's Motion for Leave to Amend the Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. Bar No. 498610

/s/
RUDOLPH CONTRERAS
D.C. Bar No. 434122

/s/
MARIAN L. BORUM
D.C. Bar No. 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW J. MCGRATH,**           ) | |
|                                                                 ) | |
|           **Plaintiff**                            ) | |
|                                                                 ) | |
|           v.                                              ) | |
|                                                                 )  | Case No. 05-2011 (RBW) |
| **CONDOLEEZA RICE,**                 ) | |
| **Secretary of State,**                     ) | |
|                                                                 ) | |
|           **Defendant**                       ) | |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time to respond to Plaintiff's Motion for Leave to Amend the Complaint, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the parties shall have up to an including _____, 2006 in which to respond to plaintiff's motion.


Date _____                    _____
                                                                        UNITED STATES DISTRICT JUDGE

cc:    MARIAN L. BORUM
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant


STEPHEN L. SPITZ
KALIJARVI, CHUZI & NEWMAN
1901 L Street N.W., Suite 610
Washington, D.C. 20006
(202)331-9260
Counsel for Plaintiff