UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. MCGRATH, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Case No. 05-2011 (RBW) |
| CONDOLEEZA RICE, | ) |
| Secretary of State, | ) |
| | ) |
| Defendant | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of three weeks, up to and including January 25, 2007, in which to respond to plaintiff's Amended Complaint. Defendant's response would otherwise be due on January 4, 2007.

In his Complaint, plaintiff alleged that he was discriminated against on the basis of gender (male) and race (white) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. Plaintiff has amended his Complaint to request judicial review of a decision by the Foreign Service Grievance Board ("FSGB").

Due to committed leave schedules, defendant will be unable to respond to the Amended Complaint by January 4, 2007. As there are no pending deadlines, this enlargement will not affect any other deadlines in this matter. In fact, the parties currently are engaged in mediation.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain his position on this motion. Plaintiff's counsel consented to this motion.

For the reasons cited above, defendant respectfully requests that the enlargement of time

to respond to plaintiff's Amended Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. Bar No. 498610


/s/
RUDOLPH CONTRERAS
D.C. Bar No. 434122


/s/
MARIAN L. BORUM
D.C. Bar No. 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Stephen L. Spitz
Kalijarvi, Chuzi & Newman
1901 L Street, N.W., Suite 610
Washington, D.C.   20006

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW J. MCGRATH,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-2011 (RBW) |
| **CONDOLEEZA RICE,** ) | |
| Secretary of State, ) | |
| ) | |
| **Defendant** ) | |

### ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time to respond to plaintiff's Amended Complaint, the merits thereof, and for good cause shown, it is this ____ day of _____, 200__.

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the parties shall have up to an including January 25, 2007 in which to respond to plaintiff's Amended Complaint.

Date _____              _____
                                                        UNITED STATES DISTRICT JUDGE

cc:    MARIAN L. BORUM
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

STEPHEN L. SPITZ
KALIJARVI, CHUZI & NEWMAN
1901 L Street N.W., Suite 610
Washington, D.C. 20006
(202)331-9260
Counsel for Plaintiff