UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-2011 (RBW) |
| ) | |
| v. ) | |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Assistant United States Attorney Marian L. Borum.

Respectfully submitted,

  /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov


 /s/ Marian L. Borum
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Marian.L.Borum@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Substitution of Counsel was sent by the Court's Electronic Case Filing System, this 16th day of March, 2007, to:

Stephen L. Spitz, Esq.
Kalijarvi, Chuzi & Newman
1901 L Street, N.W., Suite 610
Washington, D.C.  20006
sspitz@kcnlaw.com

Michelle L. Perry, Esq.
Kalijarvi, Chuzi & Newman
1901 L Street, N.W., Suite 610
Washington, D.C.  20006
mperry@kcnlaw.com

      /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895