UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| **Secretary of State** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**SUBSTITUTION OF APPEARANCE**

The Clerk of the Court will please substitute the appearance of the following counsel on behalf of Plaintiff McGrath:

George M. Chuzi, Esq.
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W., Suite 610
Washington, D.C. 20036

The Clerk of the Court will please substitute Mr. Chuzi for Stephen L. Mr. Spitz, Esq., who has retired from the firm.

Respectfully submitted,
\s\

_____
George M. Chuzi, Esq.
D.C. Bar No. 336503

Michelle L. Perry, Esq.
D.C. Bar No. 468187
Kalijarvi, Chuzi, & Newman, P.C.
1901 L Street, N.W. Suite 610
Washington, D.C. 20036
TEL: (202)331-9260
FAX: (202)331-9261
Attorneys for Plaintiff