## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
MATTHEW JOSEPH MCGRATH,                  )
                                        )
            Plaintiff,                   )
                                        )
      v.                                 )        Civil Action No. 05-2011 (RBW)
                                        )
CONDOLEEZZA RICE,                        )
Secretary of State,                      )
                                        )
            Defendant.                   )
                                        )
_____)

## ORDER

In accordance with the Court's oral orders issued during the scheduling conference held

on May 8, 2007, it is hereby

**ORDERED** that initial disclosures in this matter have been waived.  It is further

**ORDERED** that the parties shall be limited to no more than fifteen depositions per side.

Each deposition shall take no longer than seven hours.  It is further

**ORDERED** that each side shall serve no more than thirty interrogatories by June 29,

2007, in accordance with Federal Rule of Civil Procedure 33.  Responses thereto shall be served

by July 30, 2007.  If necessary, the parties may serve a second round of no more than twenty

interrogatories per side by September 12, 2007, with responses to be served by October 12, 2007.

It is further

**ORDERED** that the plaintiff's expert disclosures under Federal Rule of Civil Procedure

26(a)(2) shall be served by October 11, 2007.  It is further

**ORDERED** that the defendant's expert disclosures under Rule 26(a)(2) shall be served by November 9, 2007.  It is further

**ORDERED** that all discovery in this matter shall close by December 10, 2007.  It is further

**ORDERED** that any dispositive motions shall be filed by January 11, 2008.  Oppositions thereto shall be filed by February 16, 2008, and replies, if any, shall be filed by March 3, 2008.  It is further

**ORDERED** that a Pre-Trial Conference in this matter shall be held on June 15, 2008, at 9:30 a.m.

**SO ORDERED** this 9th day of May, 2007.


REGGIE B. WALTON
United States District Judge