THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW J. MCGRATH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| Secretary of State, ) | |
| ) | |
| **in her official capacity,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF STIPULATION**

The parties have executed a stipulated protective order, attached hereto, and hereby request that the Court execute the order appearing at the end of the stipulation.

Respectfully submitted,

   /s/   Jeffrey Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of August 2007, I caused a true and correct copy of the foregoing Stipulated Protective Order to be sent by the Court's Electronic Case Filing System, and to be served by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

Michelle L. Perry, Esq.
Kalijarvi, Chuzi & Newman
1901 L Street, N.W., Suite 610
Washington, D.C.  20006
mperry@kcnlaw.com
*Counsel for Plaintiff*

                                              /s Sherease Louis
                                              SHEREASE LOUIS