UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW JOSEPH MCGRATH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-2011 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| CONDOLEEZZA RICE, | ) | |
| Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE

1. Plaintiff is a former Foreign Service Officer who was employed by Defendant from June 10, 1984, through November 20, 2004. Amd. Compl. ¶ 3.

2. Plaintiff held the position of Chief, Office of Citizen Exchanges, Cultural Programs Division, Bureau of Educational and Cultural Affairs for the United States Department of State, from September 10, 2001, to June 10, 2002. Amd. Compl. ¶ 50.

3. In Plaintiff's initial administrative EEO complaint, dated June 21, 2002, Plaintiff alleged "discrimination based on race and retaliation for EEO activity and for opposing discriminatory practices in his office with respect to the agency's involuntary curtailment of [Plaintiff] from his position of record; the agency's negative evaluation of his performance in his prior position; the agency's failure to assign him to an appropriate career-enhancing assignment; and the agency's creation of a hostile work environment." Exhibit 1.

4. On October 16, 2003, Plaintiff requested amendment of his pending EEO complaint to add an allegation of discrimination concerning the proposed suspension and

issuance of a letter of admonishment in response to Plaintiff's "failure to pay [his] Government-contracted charge account . . . in a timely manner." Exhibit 2.

    5.    Plaintiff's request to amend was granted by Order dated November 14, 2003. Exhibit 3.

    6.    The issues accepted by the agency for investigation at the administrative level, which proceeded to a hearing before the Washington Field Office of the EEOC, were:

> Whether the Agency discriminated against Complainant on the basis of his race (Caucasian) and in reprisal for his having engaged in prior protected activity and/or for opposing discriminatory practices, and whether the agency subjected Plaintiff to a hostile environment when
>
>     a) his supervisor attempted to undermine his authority as Chief, Division of Citizen Exchanges, Office of Cultural Programs, Bureau of Education and Cultural Affairs; b) his supervisor gave him a negative performance evaluation as Chief, Division of Citizen Exchanges, on April 11, 2002 and April 29, 2002; c) he was subjected to an involuntary curtailment of his assignment as Chief, Division of Citizen Exchanges; d) he was denied a career-enhancing follow-on assignment; and
>
>     b) he was issued a Letter of Admonishment for his alleged nonpayment of his government contractor charge account in a timely manner.

Exhibit 4, at 5-6 (Mar. 15, 2005).

    7.    Following a hearing on March 15 and 16, 2005, the Administrative Judge found in favor of Defendant on all claims. Exhibit 5 at 1-2.

    8.    A Final Agency Decision was issued on July 1, 2005. Exhibit 12.

    9.    On or about April 2004, Plaintiff received notice that he had been designated for separation from the Foreign Service by the Agency's Performance Standards Board (PSB). Exhibit 6.

10. Plaintiff never raised his designation for separation with an agency EEO counselor, or filed a complaint to amend his pending EEO claims to include his proposed termination.

11. Instead, Plaintiff sought to "amend [his] request for damages to reflect this additional item," on May 19, 2004. Exhibit 7.

12. On October 11, 2005, Plaintiff filed a federal Complaint seeking judicial review of his administrative complaints of discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.

13. Plaintiff alleged in his initial Complaint before this Court that, *inter alia*, "on the basis of gender (male), race (white) and reprisal for engaging in protected activity" he was discriminated against when the Defendant "terminated him from employment with the U.S. Government." Compl. ¶ 1, 56, 65.

14. Plaintiff never raised in his administrative complaint allegations of discrimination based on gender. *See* Exhibit 4.

15. Plaintiff amended his federal Complaint on November 14, 2006, to seek judicial review of a decision by the Foreign Service Grievance Board (FSGB) concerning Defendant's use of a contested Employee Evaluation Report (EER).

16. As in his initial Complaint, Plaintiff's Amended Complaint alleges that his separation from the Foreign Service was based on discrimination in violation of Title VII. Amd. Compl. ¶¶ 1, 56 ("[Plaintiff] was terminated by defendant on April 21, 2004, effective on November 30, 2004."), ¶ 71 ("[Plaintiff's] employment was terminated by defendant . . . in violation of Title VII, causing plaintiff financial and other injury.").

17. Plaintiff's Amended Complaint also alleges that Plaintiff was discriminated against on the basis of his gender. Amd. Compl. ¶¶ 1, 66-71.

Dated: October 1, 2007.

Respectfully submitted,

   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Sherease Pratt
SHEREASE PRATT
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

Of Counsel:
Alexandra H. Perina, Esq.
Department of State
Washington, D.C.