LAW OFFICES
# KALIJARVI, CHUZI & NEWMAN, P.C.

SUITE 1011
1730 K STREET, N.W.
WASHINGTON, D.C. 20006
(202) 331-9260

FAX (202) 872-9562
WWW.KCNLAW.COM

June 21, 2002

JUNE D. W. KALIJARVI*
GEORGE M. CHUZI
ELIZABETH L. NEWMAN

MARGARET E. JOHNSON*
E. REYNOLDS WILSON*
MICHELLE L. PERRY**

OF COUNSEL:
STEPHEN L. SPITZ

*ALSO ADMITTED IN VIRGINIA
†ALSO ADMITTED IN MARYLAND

112 SOUTH ALFRED STREET
SUITE 300
ALEXANDRIA, VIRGINIA 22314

SUITE 800
7475 WISCONSIN AVENUE
BETHESDA, MD 20814

OF COUNSEL
FRANCINE K. WEISS*°

*ALSO ADMITTED IN MASSACHUSETTS
°ALSO ADMITTED IN CALIFORNIA

RECEIVED
2002 JUL -8 A 4 32
S/EEOCR

Barbara S. Pope
Assistant Secretary for Civil
    Rights
Office of Civil Rights
Office of the Secretary
U.S. Department of State
Room 4216
Harry S. Truman Building
2201 C Street, N.W.
Washington, D.C. 20520           **BY TELEFAX: 202/647-4969**

RE: **EEO Complaint of Matt McGrath**

Dear Ms. Pope:

I am writing on behalf of our client, Matt McGrath, FSO-01, former Chief, Division of Citizen Exchanges, Office of Cultural Programs, Bureau of Educational and Cultural Affairs, currently unassigned and over-complement. The agency has been advised that this firm and the undersigned represent Mr. McGrath.

The purpose of this letter is to file Mr. McGrath's formal complaint of continuing discrimination based on race and retaliation for EEO activity and for opposing discriminatory practices in his office with respect to the agency's involuntary curtailment of Mr. McGrath from his positon of record; the agency's negative evaluation of his performance in his prior position; the agency's failure to assign him to an appropriate career-enhancing assignment; and the agency's creation of a hostile work environment.

As relief, Mr. McGrath requests that he be reassigned to an appropriate career enhancing FSO-01 or stretch assignment within

Exhibit 1

Barbara S. Pope     Page 2
June 21, 2002

the Department; that all files be expunged of all references to the curtailment and other negative material; that he be paid compensatory damages; that he be reimbursed for all attorneys' fees and costs; and that he be granted all other appropriate relief.

Mr. McGrath timely initiated EEO counseling and requested mediation with respect to the agency's notification to him that he would be involuntarily curtailed, the underlying evaluation and other issues including the hostile work environment. Unfortunately, because the Office's Deputy Assistant Secretary and ADR director were leaving neither mediation nor counseling were held. Thus, we are filing this formal complaint of discrimination and retaliation. We request that this matter be investigated expeditiously, and, if appropriate, that mediation be scheduled after the investigation has been completed and a <u>Report of Investigation</u> issued.

Very truly yours,

June D.W. Kalijarvi

07/17/2002 15:10 FAX 202 647 4509     S/EEOCR



02-38

**U.S. Department of State**
# FORMAL COMPLAINT OF DISCRIMINATION

| | |
|---|---|
| 1. NAME (Last, First, MI) <br> McGrath, Matthew J. | 2. U.S. Citizen ☒ Yes ☐ No    3. Are you working for the Federal government? ☒ Yes ☐ No |

4. Are you: ☒ Employee    ☐ Applicant    ☐ FSN    ☐ Contractor
Other (Specify) _____

5. Title and Grade of Current Position:
Foreign Service Officer, FS-1
Unassigned and overcomplement

| 6. Current Employer: <br> Department of State | 7. Bureau/Office/Post where you believe the discrimination took place: <br> ECA/PE/C/CU |
|---|---|
| 8. Work Telephone Number (with area code) | 9. Home Telephone Number (with area code) |
| 10. Home Address | 11. E-Mail Addresss |
| 12. Do you have a representative? ☒ Yes ☐ No | 13. If yes, name of representative <br> June D. W. Kalijarvi |

14. Address of representative
Kalijarvi, Chuzi & Newman
1730 K Street, NW - Suite 1011, Washington, DC 20006

15. Date(s) alleged discrimination occurred: (mm-dd-yyyy)
06/03/02

**Why do you believe you were discriminated against? (Check all that apply):**

16. ☒ Race (Specify) White
17. ☐ Color (Specify) _____
18. ☐ National Origin (Specify) _____
19. ☐ Sex (Specify) _____
20. ☐ Age _____
21. ☐ Religion (Specify) _____
22. ☐ Disability (check one): ☐ Mental or ☐ Physical and (Specify) _____
23. ☐ Sexual Orientation _____
24. ☒ Reprisal (Identify earlier event and/or opposed practice, give date)
Discriminated against for opposing discriminatory practices relating to another employee in the office.

DS-3079
03-2002

Page 1 of 3

3 of 7

| 25. Have you discussed your complaint with an EEO Counselor? | ☒ Yes | ☐ No |
|---|---|---|

| 26. Did you receive a copy of the EEO Counselor's report? | ☒ Yes | ☐ No |
|---|---|---|

| 27. Name of EEO Counselor: Robert Nealy (Raynetta Lewis) | 28. Date of notice of right to file a compliant (mm-dd-yyyy): 07-08-02 |
|---|---|

29. Explain specifically how you were discriminated against *(treated differently from other employees or applicants)* because of your race, color, religion, sex, national origin, age, mental or physical disabilities, reprisal or sexual orientation. *(attach additional sheets, if needed)*:

See attached letter dated 6/21/02 from June Kalijarvi.

30. What remedies and relief are you seeking?

See attached letter.

| 31. Have you filed a grievance or appealed to MSPB on the matter(s)? | ☐ Yes | ☒ No |
|---|---|---|

(See attached letter)                    06-21-02
Complainant Signature                    Date (mm-dd-yyyy)

DS-3079                                  Page 2 of 3

07/17/2002 15:10 FAX 202 647 ... S/EEOCR

# PRIVACY ACT STATEMENT
(5 U.S.C. 552a)

| | |
|---|---|
| Authority: | 42 U.S.C. § 2000e-16; sections 501 and 505 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791 and 794a; section 15 of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; section 6(d) of the Fair Labor Standards Act of 1938, as amended (the Equal Pay Act), 29 U.S.C. § 206(d), and 3 FAM 1500. |
| Principle Purpose: | For filing allegation(s) of discrimination because of race, color, religion, sex, disability, age, national origin, sexual orientation, or reprisal. |
| Routine Uses: | This form and the information on this form may be used (a) as a data source for summary descriptive statistics and analytical studies of complaints processing and resolution efforts (b) to respond to inquiries from members of Congress, the White House, and/or and the Equal Employment Opportunity Commission regarding the status of a complaint or appeal, and (c) to adjudicate a complaint or appeal. |
| Disclosure: | Voluntary; however, failure to provide the requested information may lead to dismissal of a complaint on the basis of inadequate information, or may delay or prevent timely processing of the allegations. |

### Information Concerning the Processing of Your Complaint of Discrimination

This form should be used if you, as an employee or applicant for employment with the U.S. Department of State, believe that you have been discriminated against because of your race, color, religion, sex, disability, age, national origin, or sexual orientation and wish to file a complaint. **Keep in mind that you may agree to resolve your complaint at any stage in the process.** Also, you may have a representative at all stages of the processing of your complaint.

Your written formal complaint must be filed within 15 calendar days of the date you receive a "Notice of Right to File a Complaint". You may submit your complaint by mail, fax, or electronically. However, the complaint will not be considered filed until the Office of Civil Rights receives a hard copy with original signature as required by 29 C.F.R. § 1614.106(c). **Please be specific in stating the facts concerning your complaint when completing this form.**

If your complaint is dismissed, you will be advised in writing of the reason(s) and informed of your right to appeal to the Equal Employment Opportunity Commission (EEOC).

If your complaint is accepted, you will have an opportunity to talk with an investigator and to give him/her all the testimonial and documentary evidence that you believe will support your complaint. Upon completion of the investigation of your complaint, you will receive a copy of the investigative file. At that time you may request either (1) an immediate final decision from the Department of State based on the evidence in the file, or (2) a hearing and decision from an EEOC Administrative Judge.

The Assistant Secretary of State for Civil Rights issues a final agency decision based on the file or a final order based on a decision from the EEOC.

If you are not satisfied with the agency's decision or final order, you will have the right to file an appeal with the Office of Federal Operations, Equal Employment Opportunity Commission, 1801 L Street, NW, Washington, D.C. 20507, within 30 calendar days after receipt of the decision or final order.

For questions concerning the discrimination complaint process or completion of this form, contact:

Department of State  Telephone: (202) 647-9295
S/OCR; Room 4216  Fax: (202) 647-4969
Washington, DC 20520

5.