Law Offices

# KALIJARVI, CHUZI & NEWMAN, P.C.

SUITE 610

JUNE D. W. KALIJARVI*
GEORGE M. CHUZI
ELIZABETH L. NEWMAN

MICHELLE L. PERRY**
KATHLEEN C. CALLAHAN¹
ELAINE L. FITCH◻
TRACY L. GONOS²

OF COUNSEL:
STEPHEN L. SPITZ

*ALSO ADMITTED IN VIRGINIA
*ALSO ADMITTED IN MARYLAND

1901 L STREET, N.W.
WASHINGTON, D.C. 20036

(202) 331-9260
FAX: (202) 331-9261
WWW.KCNLAW.COM

October 16, 2003

524 KING STREET.
ALEXANDRIA, VIRGINIA 22320-0888

SUITE 800
7475 WISCONSIN AVENUE
BETHESDA, MD 20814

OF COUNSEL:
FRANCINE K. WEISS¹◻

◻ALSO ADMITTED IN CALIFORNIA
¹ALSO ADMITTED IN PA & NJ
²ALSO ADMITTED IN NY

Richard Schneider
Administrative Judge
EEOC
Washington Field Office
1400 L St, NW
Suite 200
Washington, DC 20005
Fax: 202/275-0025

By Facsimile

> Re:    McGrath v. Department of State, EEOC No. 100-2003-08249X, Agency No. 02-
>        38

Dear Administrative Judge Schneider:

The purpose of this letter is request amendment and consolidation of Complainant's pending EEO complaints. On February 7, 2003, we contacted the agency and requested that Mr. McGrath's pending EEO complaint be amended to include the agency's most recent actions. See Letter dated February 7, 2003 attached hereto. Specifically, on December 31, 2002, the Agency had issued a decision on a proposal to suspend Mr. McGrath for two (2) days. The Agency had proposed to suspend Mr. McGrath for an alleged "failure to pay [his] Government-contracted charge account (Citibank) in a timely manner." The Agency deciding official upheld the decision to discipline Mr. McGrath but, mitigated the discipline to a Letter of Admonishment. See Decision attached hereto.

At the time of our request for amendment, the agency had already issued the Report of Investigation in connection with Agency Case # 02-38 and we had requested a hearing on Mr. McGrath's behalf on January 6, 2003. It is not clear, therefore, whether the amendment request was operative or needs to be renewed now that an Acknowledgment and Order has been issued. Accordingly, we are renewing our request through the attached Order that Mr. McGrath's

**Exhibit 2**

Richard Schneider                                                           Page 2
October 16, 2003

complaint be amended to include the agency's subsequent actions as Mr. McGrath believes the
Agency's actions in proposing and upholding discipline against him constituted a continuing
pattern of harassment and retaliation and, therefore, the Letter of Admonishment is like or related
to the pending claims. See proposed Order attached hereto.

       Please contact either myself or June Kalijarvi at 202/331-9260 with any questions or
concerns.

                       Sincerely,

                       Michelle L. Perry

Attachment

cc:    Elizabeth R. Armory
       Assistant Legal Advisor
       Office of the Legal Advisor
       U.S. Department of State
       Fax: 843/308-5577

LAW OFFICES

# KALIJARVI, CHUZI & NEWMAN, P.C.

SUITE 610

| | | |
|---|---|---|
| JUNE D. W. KALIJARVI* | 1901 L STREET, N.W. | 524 KING STREET |
| GEORGE M. CHUZI | WASHINGTON, D.C. 20036 | ALEXANDRIA, VIRGINIA 22320-0888 |
| ELIZABETH L. NEWMAN | | |
| ——— | ——— | SUITE 800 |
| MICHELLE L. PERRY** | (202) 331-9260 | 7475 WISCONSIN AVENUE |
| KATHLEEN C. CALLAHAN¹ | FAX: (202) 331-9261 | BETHESDA, MD 20814 |
| ELAINE L. FITCH□ | WWW.KCNLAW.COM | ——— |
| TRACY L. GONOS² | | OF COUNSEL: |
| ——— | | FRANCINE K. WEISS*□ |
| OF COUNSEL: | | ——— |
| STEPHEN L. SPITZ | | □ALSO ADMITTED IN CALIFORNIA |
| | | ¹ALSO ADMITTED IN PA &(NJ |
| *ALSO ADMITTED IN VIRGINIA | | ²ALSO ADMITTED IN NY |
| *ALSO ADMITTED IN MARYLAND | | |

February 10, 2003

Barbara S. Pope
Assistant Secretary for Civil
     Rights
Office of Civil Rights
Office of the Secretary
U.S. Department of State
Room 4216
Harry S. Truman Building
2201 C Street, N.W.
Washington, D.C. 20520                    **BY TELEFAX**: 202/647-4969

**RE:    EEO Complaint of Matt McGrath**

Dear Ms. Pope:

    I am writing on behalf of our client, Matt McGrath, FSO-01,
former Chief, Division of Citizen Exchanges, Office of Cultural
Programs, Bureau of Educational and Cultural Affairs, currently
unassigned and over-complement. The agency has been advised
that this firm represents Mr. McGrath.

    First, the purpose of this letter is to amend Mr. McGrath's
formal complaint of continuing discrimination based on race and
retaliation for EEO activity and for opposing discriminatory
practices. On December 31, 2002, the Agency issued a decision
on a proposal to suspend Mr. McGrath for two (2) days. The
Agency proposed to suspend Mr. McGrath for an alleged "failure
to pay [his] Government-contracted charge account (Citibank) in
a timely manner." The Agency deciding official upheld the
decision to discipline Mr. McGrath but, mitigated the discipline
to a Letter of Admonishment. See Decision attached hereto. As
Mr. McGrath believes the Agency's actions in proposing and

Barbara S. Pope                                              Page 2
February 10, 2003

upholding discipline against him constitute a continuing pattern
of harassment and retaliation, the Letter of Admonishment is
like or related to the pending claims.  As such we ask that his
EEO complaint be amended to include the decision to discipline
him.

      Second, on a related note, it is my understanding that the
Agency previously indicated it was unwilling to enter into
mediation regarding Mr. McGrath's EEO complaints prior to the
issuance of a Report of Investigation ("ROI").  As an ROI has
now been issued, and Mr. McGrath has requested an EEOC hearing,
we are renewing our request that Mr. McGrath's EEO complaint be
referred to the Agency's ADR/Mediation program while we await
issuance of an Acknowledgment Order from the EEOC.  Please
contact us at your earliest convenience in order to schedule a
mutually convenient date for the mediation session.

                              Sincerely,

                              Michelle L. Perry

Attachment



United States Department of State

*Washington, D.C.  20520*

December 31, 2002

Mr. Matthew J. McGrath
C/O Ms. Michelle Perry
1901 L Street, N.W.
Suite 610
Washington, D.C.   20036



Dear Mr. McGrath:

    Ms. Jo Ellen Powell's letter to you dated October 23, 2002, informed you of the proposal to suspend you for two workdays without pay under the provisions of 3 FAM 4300. This notice provided you fifteen calendar days from the date of receipt to respond to the reasons contained therein.  Your representative requested and was granted an extension to respond until November 27, 2002, the date of receipt of your written response.  Your representative, Ms. Michelle Perry, presented your oral response on your behalf on December 18, 2002.

    The proposal letter was based on documentation received from the Office of Financial Oversight and Coordination, Bureau of Resource Management, which revealed that your Government-issued Citibank credit card was in excess of 120 days past due, with an outstanding balance of $409.63.  As a result, garnishment of your salary began effective September 19, 2002, to pay Citibank.

**Charge:** **Failure to pay your Government-contracted charge account (Citibank) in a timely manner.**

    Delinquency of your government travel charge card was first established when your account exceeded 90 days past due as of April 2002 in the amount of $399.66.  As of June 19, 2002, payment in full had not been made, thereby leaving the account over 120 days past due.  Your credit card accrued late fees bringing your outstanding balance to $409.63.

    Your representative stated on your behalf that the bill in question arrived at your USG address very late and in poor physical condition due to the irradiation procedures all mail sent to USG facilities has been subjected to since September 11, 2001.  At this time your mailing address for official USG mail, was Room 568 in SA-

2

44.   You also received a notice from the Department dated May 2, 2002, informing you that your account had become past due.   You contacted Citibank and provided your SDFCU account information in order to pay the balance due of $399.66.

In June 2001, you left your position on extended sick leave and were ultimately curtailed from your position with the Bureau of Educational and Cultural Affairs.   Your official mail continued to go to SA-44, instead of being forwarded to the Foreign Service Lounge as you had requested.   As such, you did not receive the subsequent notices sent to you by the Bureau of Resource Management stating your account was delinquent.

Upon your return to work on September 10, 2002, you learned that your Citibank account had been turned over to a collection agency.   This was the first time you were aware that your previous attempt to pay Citibank had not been honored by SDFCU due to a perceived discrepancy in the account number.   You then paid the collection agency that contacted you on behalf of Citibank.   This is verified by a copy of your bank statement included in your written response which shows check number 1046, in the amount of $409.63 was paid by SDFCU on September 16, 2002.   The Agency also began garnishment of your salary effective September 19, 2002.

In conclusion, I have considered all the evidence available in this action, including the written and oral responses submitted by your representative on your behalf, as well as consideration of the Douglas Factors.   It is my decision to reduce the proposed suspension to a Letter of Admonishment based on the circumstances outlined above.

This letter of Admonishment will not be placed in your Official Personnel File but will be maintained by the Office of Employee Relations for one year.   You may submit comments in writing to that office if you so wish.

Sincerely,

John Campbell
Deputy Assistant Secretary
    for Human Resources

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1400 L STREET, N.W., SUITE 200
WASHINGTON, D.C. 20005

| | | |
|---|---|---|
| Matthew McGrath,<br>Complainant, | ) ) ) | EEOC No. 100-2003-08249X |
| v. | ) ) | Agency No. 02-38 |
| Department of State,<br>Agency. | ) ) ) ) | |

## ORDER

Having considered Complainant's request to consolidate and amend his pending complaint with the request to amend served upon the agency on February 7, 2003, it is hereby ORDERED

Complainant's <u>Request</u> is GRANTED.  The agency's decision to discipline Complainant through a letter of reprimand, after proposing him for a 2 day suspension, is amended and consolidated with the pending claims.

_____          _____
Date                                 Administrative Judge Schneider

cc:  June D.W. Kalijarvi, Esq.
     Michelle L. Perry, Esq.
     Kalijarvi, Chuzi, & Newman, P.C.
     1901 L Street, N.W.
     Suite 610
     Washington, DC 20036
     Fax: 202/331-9261

     Elizabeth R. Armory
     Assistant Legal Advisor
     Office of the Legal Advisor
     U.S. Department of State
     Fax: 843/308-5577