U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1400 L STREET, N.W., SUITE 200
WASHINGTON, D.C. 20005

Matthew McGrath,
  Complainant,

v.

Department of State,
  Agency.

EEOC No. 100-2003-08249X

Agency No. 02-38

### ORDER

Having considered Complainant's request to ~~consolidate and~~ amend his pending complaint with the request to amend served upon the agency on February 7, 2003, it is hereby ORDERED

Complainant's <u>Request</u> is GRANTED. The agency's decision to discipline Complainant through a letter of reprimand, after proposing him for a 2 day suspension, is amended *to* ~~and consolidated with~~ the pending claims. Discovery extended 21 days from date of this order.

_11-14-03_
Date

_Rachael Schneider_
Administrative Judge Schneider

cc: June D.W. Kalijarvi, Esq.
    Michelle L. Perry, Esq.
    Kalijarvi, Chuzi, & Newman, P.C.
    1901 L Street, N.W.
    Suite 610
    Washington, DC 20036
    Fax: 202/331-9261

    Elizabeth R. Armory
    Assistant Legal Advisor
    Office of the Legal Advisor
    U.S. Department of State
    Fax: 843/308-5577

**Exhibit 3**