mec
JMO

1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WASHINGTON FIELD OFFICE

```
- - - - - - - - - - - - - - - -x
                                :
MATTHEW McGRATH,                :
                                :
        Complainant,            :
                                :    EEOC Case No.
    v.                          :    100-2003-08249X
                                :
UNITED STATES DEPARTMENT OF     :    Agency Case No.
STATE,                          :    02-38
                                :
        Agency.                 :
                                :
- - - - - - - - - - - - - - - -x
```

       Tuesday, March 15, 2005

       U.S. Department of State
       2201 C Street, N.W.
       Washington, D.C.  20530

  The hearing in the above-entitled matter convened, pursuant to notice, at 12:54 p.m.

BEFORE:

    HONORABLE RICHARD E. SCHNEIDER
    Administrative Judge
    Equal Employment Opportunity Commission
    1801 L Street, N.W., Suite 100
    Washington, D.C.  20507

mec

2

APPEARANCES:

    On behalf of the Complainant:

        MICHELLE L. PERRY, ESQ.
        Kalijarvi, Chuzi & Newman, P.C.
        Suite 610
        1901 L Street, N.W.
        Washington, D.C.  20036
        (202) 331-9260

    On behalf of the Agency:

        KATHLEEN MURPHY, ESQ.
        MELINDA CHANDLER, ESQ.
        Office of the Legal Adviser
        U.S. Department of State
        L/EMP Room 5425
        2201 C Street, N.W.
        Washington, D.C.  20530
        (202) 647-4646

mec                                                                  4

P R O C E E D I N G S

JUDGE SCHNEIDER: Let's go on the record. I declare this hearing open. My name is Richard E. Schneider. I am an administrative judge with the Equal Employment Opportunity Commission assigned to conduct a hearing in the discrimination complaint filed by Matthew McGrath, whom I will sometimes refer to as the complainant, against his employer, the United States Department of State, which I will sometimes refer to as the agency.

The complaint before me is identified by EEOC Number 100-2003-08249X, and by Agency Number 02-38.

In addition to the court reporter and myself and my law clerks, present at today's hearing are the following people: the complainant, Matthew McGrath; the complainant's attorney, Ms. Michelle Perry; the agency's attorneys, Kathleen Murphy and Melinda Chandler.

The purpose of today's hearing is to provide complainant the opportunity to present his case. My function is to ensure the equitable,

1  orderly, and expeditious development of the facts.
2  The investigative report is already a part of the
3  record, so there is no need to duplicate anything
4  in that report.
5       The Federal Rules of Evidence and the
6  Federal Rules of Civil Procedure do not strictly
7  apply to these proceedings, but they are looked to
8  for structure and guidance.  I will generally admit
9  evidence that is relevant, material, and not unduly
10 repetitious.  Interruptions and irrelevant
11 testimony will not be permitted.
12      The issue before me is as follows:
13      Complainant alleges that because of his
14 race -- Caucasian -- and in reprisal for his having
15 engaged in prior protected activity and/or for
16 opposing discriminatory practices, 1) he was
17 subjected to a hostile environment when A) his
18 supervisor attempted to undermine his authority as
19 Chief, Division of Citizen Exchanges, Office of
20 Cultural Programs, Bureau of Education and Cultural
21 Affairs; B) his supervisor gave him a negative
22 performance evaluation as Chief, Division of

mec

6

1  Citizen Exchanges, on April 11, 2002, and April 29,
2  2002; C) he was subjected to an involuntary
3  curtailment of his assignment as Chief, Division of
4  Citizen Exchanges; D) complainant was denied a
5  career-enhancing follow-on assignment; and 2)
6  complainant was issued a letter of admonishment for
7  his alleged nonpayment of his government contractor
8  charge account in a timely manner.
9          Ms. Perry, do you agree with that
10 statement of the issue?
11         MS. PERRY:  Yes, I do, Your Honor.
12         JUDGE SCHNEIDER:  And Ms. Murphy, do you
13 agree with that statement of the issue?
14         MS. MURPHY:  Yes, I do, Your Honor.
15         JUDGE SCHNEIDER:  The following witnesses
16 have been approved and will testify at this
17 hearing:
18         For the complainant, Mr. McGrath himself,
19 Deborah Chapman, LaFaye Proctor, E.J. Montgomery,
20 Dr. Lin Bessett, Al Head.
21         Ms. Perry, is that correct?
22         MS. PERRY:  That is correct.