LAW OFFICES

# KALIJARVI, CHUZI & NEWMAN, P.C.

SUITE 610

| | | |
|---|---|---|
| JUNE D. W. KALIJARVI◆<br>GEORGE M. CHUZI<br>ELIZABETH L. NEWMAN<br><br>MICHELLE L. PERRY✳<br>KATHLEEN C. CALLAHAN¹<br>ELAINE L. FITCH◻<br>TRACY L. GONOS²<br><br>OF COUNSEL:<br>STEPHEN L. SPITZ<br><br>◆ALSO ADMITTED IN VIRGINIA<br>✳ALSO ADMITTED IN MARYLAND | 1901 L STREET, N.W.<br>WASHINGTON, D.C. 20036<br><br>(202) 331-9260<br>FAX: (202) 331-9261<br>WWW.KCNLAW.COM<br><br><br><br>May 19, 2004 | 524 KING STREET<br>ALEXANDRIA, VIRGINIA 22320-0888<br><br>SUITE 800<br>7475 WISCONSIN AVENUE<br>BETHESDA, MD 20814<br><br>OF COUNSEL:<br>FRANCINE K. WEISS✳◻<br><br>◆ALSO ADMITTED IN CALIFORNIA<br>¹ALSO ADMITTED IN PA & NJ<br>²ALSO ADMITTED IN NY |

Richard Schneider
Administrative Judge
EEOC
Washington Field Office
1400 L St, NW
Suite 200
Washington, DC 20005
Fax: 202/275-0025

By Facsimile

Re:   McGrath v. Department of State, EEOC No. 100-2003-08249X, Agency No. 02-38

Dear Administrative Judge Schneider:

During the parties most recent settlement talks, as you may recall, the agency was unwilling to address any terms that might affect the deliberations of the Performance Standards Board (PSB) regarding Complainant's future with the agency. (The PSB has the ability to designate individual's for dismissal from the agency based upon perceived or real deficiencies in their performance.) Complainant has now received written notification that the PSB has chosen to recommend he be separated from service with the State Department by August 31, 2004. See Attached Letter dated April 21, 2004, with annexed exhibits. The purpose of this letter is to provide the Commission with a copy of the PSB statement and to amend Complainant's request for damages to reflect this additional action.

As you will see, an examination of the narrative statement attached to the PSB's letter reveals that the 2001 EER at issue in Complainant's pending EEO complaint was heavily relied upon by the PSB in reaching its decision. Accordingly, while Complainant will file a grievance with the FSGB regarding the PSB decision, we also believe the Complainant's upcoming separation is now part of his damages in connection with the pending EEO complaint. In

Exhibit 7

Richard Schneider  Page 2
May 19, 2004

addition, this action obviously affects Complainant's stance regarding settlement terms. While Complainant remains open to further settlement talks, therefore, any such discussions would need to include relief responsive to this new development.

    Please contact either myself or June Kalijarvi at 202/331-9260 with any questions or concerns.

Sincerely,

Michelle L. Perry

Attachment

cc:    Elizabeth R. Amory
    Assistant Legal Advisor
    Office of the Legal Advisor
    U.S. Department of State
    Fax: 843/308-5577