LAW OFFICES

# KALIJARVI, CHUZI & NEWMAN, P.C.

SUITE 610

| | | |
|---|---|---|
| JUNE D. W. KALIJARVI▲ | 1901 L STREET, N.W. | 524 KING STREET |
| GEORGE M. CHUZI | WASHINGTON, D.C. 20036 | ALEXANDRIA, VIRGINIA 22320-0888 |
| ELIZABETH L. NEWMAN | | |
| ——— | ——— | SUITE 800 |
| MICHELLE L. PERRY▲▲ | (202) 331-9260 | 7475 WISCONSIN AVENUE |
| KATHLEEN C. CALLAHAN¹ | FAX: (202) 331-9261 | BETHESDA, MD 20814 |
| ELAINE L. FITCH□ | WWW.KCNLAW.COM | ——— |
| TRACY L. GONOS² | | OF COUNSEL: |
| ——— | | FRANCINE K. WEISS*□ |
| OF COUNSEL: | | ——— |
| STEPHEN L. SPITZ | | □ALSO ADMITTED IN CALIFORNIA |
| | | ¹ALSO ADMITTED IN PA & NJ |
| ▲ALSO ADMITTED IN VIRGINIA | | ²ALSO ADMITTED IN NY |
| ▲ALSO ADMITTED IN MARYLAND | | |

November 17, 2004

Joanne M. Lishman, Esq.
Director
Grievance Staff (PER/G)
Bureau of Human Resources
Office of the Under Secretary
     for Management
U.S. Department of State
SA-1
Columbia Plaza Office Building
Room 523
2401 E Street, N.W.
Washington, D.C. 20520                    **BY TELEFAX**: 202/261-8121


          **RE:  Grievance of Matthew J. McGrath**


Dear Ms. Lishman:

     I am writing on behalf of our client, Matthew McGrath.  See
Designation of Representative attached hereto.  The purpose of
this letter is to notify you of his appeal regarding the deci-
sion to separate him from Federal service by the Performance
Standards Board (PSB) and his request for prescriptive relief.
This appeal is timely filed prior to Mr. McGrath's date of
separation - November 30, 2004.

     A review of the Decision of the PSB reveals that the Deci-
sion is based almost exclusively upon the comments contained in
the 2001-2002 EER issued to Mr. McGrath.  The 2001-2002 EER is
the subject, in part, of a pending EEO complaint by Mr. McGrath.
Mr. McGrath's EEO complaint is awaiting a decision on Summary

**Exhibit 8**

Joanne M. Lishman, Esq.                                          Page 2
November 17, 2004

Judgment at the EEOC before proceeding to a hearing.  As such, a
decision by the EEOC in Mr. McGrath's favor in his pending EEO
case will result in the award of damages that would include
expungement and correction of the 2001-2002 EER.  Under these
circumstances, the PSB should have been precluded from relying
upon the 2001-2002 in considering Mr. McGrath's overall perfor-
mance and doing so has rendered the Decision of the PSB fatally
flawed.  Consequently, we request that the PSB Decision be
reversed and the PSB be barred from considering the 2001-2002
EER in its deliberations until a decision by the EEOC has been
issued and implemented.

     In connection with Mr. McGrath's appeal, we are requesting
the prescriptive relief of a stay of the pending separation
until a decision after the EEOC and FSGB or other appropriate
entity are issued.  In addition, we ask that the decision to
separate him not be placed in his Official Personnel File (OPF).

     If additional information is required in connection with
the above grievance, please contact either myself or June
Kalijarvi with any questions at 202/331-9260.

                              Sincerely,

                              Michelle L. Perry

CC:   Sharon Papp, Esq.
      General Counsel
      American Foreign Service
           Association
      Department of State
      2201 C Street, N.W.
      Washington, D.C.  20520      **BY TELEFAX**

## DESIGNATION OF REPRESENTATIVE

I, Matt McGrath, hereby designate the law firm of Kalijarvi, Chuzi & Newman, P.C. whose address is 1730 K Street, N.W., Suite 1011, Washington, D.C.  20006, telephone (202) 331-9260, to represent me in matters relating to Dept. of State - involuntary curtailment/evaluation.

JUNE 5, 2002
_____
Date

_____
Matt McGrath