

**United States Department of State**

*Washington, D.C. 20520*

November 22, 2004

Ms. Michelle L. Perry
Law Offices
Kalijarvi, Chuzi & Newman
Suite 610
1901 L Street, N.W.
Washington, D.C. 20038

**AGS 2004-119**

Dear Ms. Perry:

    This serves to acknowledge the grievance you filed by your letter to the Director of the Grievance Staff, Joanne M. Lishman, dated November 17, 2004, which was received by fax on that date. The AGS number cited above has been assigned as the identifier for this grievance. This letter also constitutes the agency decision in this case.

    In this letter you ask for prescriptive relief from separation for your client, Mr. Matthew McGrath, because he is appealing "the decision to separate him from Federal service by the Performance Standards Board (PSB)." You claim that the decision by the PSB relied "almost exclusively" on narrative in a "2001-2002 EER" that is currently the subject of an EEO Complaint before the Equal Employment Opportunity Commission (EEOC). You opine that a favorable decision by the EEOC could expunge the 2001-2002 EER and that under these circumstances "the PSB should have been precluded from relying" on the EER in making its determination to separate Mr. McGrath based on relative performance.

    I need not remind you that a grievance under the Foreign Service Grievance procedure does not include "the judgment of a Selection Board...or any other equivalent body" authorized to make a performance determination of a member of the Foreign Service (22 USC 4131b.2).

Exhibit 9

Furthermore, since the 2001-2002 EER is being considered under another administrative proceeding, the Department is barred from adjudicating it through the Foreign Service Grievance procedure (22 USC 4139a.1). Consequently, I have no authority to grant your client the prescriptive relief from separation that you have requested for him. As you are aware, should Mr. McGrath prevail before the EEOC, that administrative body has the remedial authority to reinstate him with back pay if it deems appropriate.

This is the final decision of the Department on this particular grievance filing. When the Department has made a determination under 3 FAM 4400 that it lacks jurisdiction to adjudicate a grievance for any reason, the opposed party may file an appeal with the Foreign Service Grievance Board (FSGB) within 60 days of receipt of the agency decision. The Department will be granted an opportunity to further supplement its argument before the FSGB within 15 days of receipt of the grievant's initial filing with the FSGB. The grievant would have 10 days to submit a final argument in this regard. Please be advised that the FSGB no longer has legislative authority to grant interim relief from separation.

Sincerely,

Linda S. Taglialatela
Deputy Assistant Secretary
 for Human Resources

cc: AFSA