DEC 21 2004

LAW OFFICES

# KALIJARVI, CHUZI & NEWMAN, P.C.

SUITE 610
1901 L STREET, N.W.
WASHINGTON, D.C. 20036

(202) 331-9260
FAX: (202) 331-9261
WWW.KCNLAW.COM

524 KING STREET
ALEXANDRIA, VIRGINIA 22320-0888

SUITE 800
7475 WISCONSIN AVENUE
BETHESDA, MD 20814

JUNE D. W. KALIJARVI[A]
GEORGE M. CHUZI
ELIZABETH L. NEWMAN

MICHELLE L. PERRY[*A]
KATHLEEN C. CALLAHAN[1]
ELAINE L. FITCH[D]
TRACY L. GONOS[2]

OF COUNSEL:
STEPHEN L. SPITZ

[A]ALSO ADMITTED IN VIRGINIA
[*]ALSO ADMITTED IN MARYLAND

OF COUNSEL:
FRANCINE K. WEISS[*D]

[D]ALSO ADMITTED IN CALIFORNIA
[1]ALSO ADMITTED IN PA & NJ
[2]ALSO ADMITTED IN NY

December 20, 2004

Donald Cooke
Executive Secretary
Foreign Service Grievance
    Board
U.S. Department of State
Suite 3100, SA-15
Washington, D.C. 20522-1531    **BY TELEFAX**: 703/875-5177
                               **(W/O Attachments) &**
                               **FEDEX (W/Attachments)**

RE:    Grievance Appeal of Matthew J. McGrath
       AGS No. 2004-119

Dear Mr. Cooke:

    I am writing on behalf of our client, the Grievant, in the above-captioned matter. The purpose of this letter is to file a grievance appeal with the Board with respect to the Department's decision by the Performance Standards Board (PSB) to remove Grievant from his position as a Foreign Service Officer. The decision of the PSB was based, in part, upon a false and prejudicial EER. As such, the decision is without foundation and must be overturned. Indeed, it was procedural error for Grievant to be low ranked and sent to the PSB by the Selection Board based upon a false and prejudicial EER - which is the subject of a pending EEO complaint.

    The effective date of the removal was November 30, 2004. On November 17, 2004, Grievant, through counsel, filed a grievance of the separation action with the Grievance Staff (HR/G)

**Exhibit 10**

Donald Cooke                                                      Page 2
December 20, 2004

and requested prescriptive relief.  See Letter attached hereto as Ex. 1.  On November 22, 2004, HR/G issued a Decision denying Grievant's grievance on the grounds that the Department lacks jurisdiction over the grievance.  See Decision attached hereto as Ex. 2.  Less than 60 days have elapsed since receipt of HR/G's denial of the grievance.  Thus, Grievant is entitled to file a grievance appeal with the Board.

   This grievance appeal is filed pursuant to 3 FAM § 4400 **et seq**., and the Board's guidelines dated April 14, 1999.  By this letter Grievant requests that the Board grant interim or prescriptive relief, and stay the separation action until after this grievance has been adjudicated by the Board.  Grievant also requests a hearing before the Board on the decision to separate him from Foreign Service pursuant to 3 FAM 4400 **et seq**.  Finally, Grievant requests relief from the decision of the PSB in the form of reinstatement with backpay, expungement of the decision and all such related documentation and reimbursement of attorneys' fees and costs incurred in pursuing a grievance of the decision.

   In addition to the material cited above Grievant is filing with the Board a copy of the decision of the Performance Standards Board to effectuate his removal and subsequent correspondence with Grievant's CDO which resulted in the selection of the date of November 30, 2004, for Grievant's separation.  See Exhibits ##3-5.

   Pursuant to the Board's procedures dated April 14, 1999, I am advising the Board that Grievant intends to initiate discovery in this matter within the Board's 20 calendar day time limit from the date of filing of this grievance appeal; that is, on or before January 9, 2004.

   If the Board wishes further information at this time, please advise me as soon as possible.  If I do not hear from the Board, I will proceed to file the appropriate discovery requests on or before January 9, 2004.

   Finally, Grievant requests that the Board refer this matter for mediation at an appropriate time.

02

Donald Cooke                                                              Page 3
December 20, 2004

                                       Respectfully submitted,

                                       Michelle L. Perry

**CC:**   Joanne Lishman, Esq.
      Director
      Grievance Staff (HR/G)
      Bureau of Human Resources
      Office of the Under Secretary
          For Management
      U.S. Department of State
      SA-1
      Columbia Plaza Office Building
      Room 523
      2401 E Street, N.W.
      Washington, D.C. 20520        **BY TELEFAX:** 202/261-8121
                                                    **(W/O Attachments)**