United States Department of State

*Office of Civil Rights*

*Washington, D.C. 20520-7528*

UNITED STATES OF AMERICA
BEFORE THE U.S. DEPARTMENT OF STATE

| | |
|---|---|
| Matthew McGrath,<br>    Complainant,<br><br>v.<br><br>Condoleezza Rice, Secretary<br>Department of State,<br>    Agency. | EEOC No. 100-2003-08249X<br>Agency No. DOS-F-02-38 |

## FINAL ORDER

Equal Employment Opportunity Commission Administrative Judge Richard E. Schneider issued a decision on May 19, 2005, in the above-captioned case. Judge Schneider found that the Complainant failed to demonstrate, by a preponderance of the evidence, that the Agency's actions were motivated by a discriminatory animus. Thus, he found in favor of the Department.

Pursuant to 29 C.F.R. 1614.110(a), the Department has decided that it will fully implement the decision of the Administrative Judge.

Date: 7/1/05

*Gregory B. Smith* (signature)
Gregory B. Smith
Principal Deputy

cc: Administrative Richard E. Schneider
EEOC Washington Field Office
1801 L Street, NW, Suite 100
Washington, D.C. 20507

Exhibit 12

- 2 -

Matthew McGrath, Complainant
166 Warren Street
Columbus, OH 43215


Kathleen Murphy, Esquire
Office of the Legal Advisor
L/EMP – Room 5425
U.S. Department of State
2201 C Street, NW
Washington, D.C. 20520-6419