UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MATTHEW JOSEPH MCGRATH,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-2011 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| **CONDOLEEZZA RICE** | ) | |
| Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion to Dismiss in Part, Or Alternatively for Partial Summary Judgment, Plaintiff's Response thereto, and the entire record herein, it is on this _____ day of October, 2007,

ORDERED, that the Defendant's Motion to Dismiss in Part, Or Alternatively for Partial Summary Judgment, is GRANTED; and it is

FURTHER ORDERED that Plaintiff's gender and termination claims are DISMISSED WITH PREJUDICE due to his failure to exhaust administrative remedies.

_____      _____
DATE                          REGGIE B. WALTON
                                UNITED STATES DISTRICT JUDGE

Copies of this order to:
Michelle Perry, Esq.
Kalijarvi, Chuzi & Newman
1901 L Street, N.W., Suite 610
Washington, DC 20006

Sherease Pratt, Esq.
Special Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530