UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| Secretary of State ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME
AND SUPPORTING MEMORANDUM**

Plaintiff hereby moves for an extension of three weeks in which to file his Opposition to Defendant's Motion to Dismiss in Part, or Alternatively For Partial Summary Judgment. If this Motion is granted, plaintiff will file his Opposition on or before November 2, 2007. Counsel for defendant was asked to consent to an extension request of up to thirty (30) days and did so.

The Motion was served on counsel through the ECF system on October 1, 2007. The Opposition, therefore, is currently due on Friday, October 12, 2007. Because of the issues raised in the Motion and competing responsibilities in a multitude of other cases, however, counsel cannot complete the Opposition within the time allotted. Granting of this Motion will not affect any other deadlines as no hearing regarding the Motion has been requested.

For the foregoing reasons, plaintiff requests that this Motion be granted. Plaintiff waives argument on this Motion.

Respectfully submitted,

/s/
_____
Michelle L. Perry, Esq.
D.C. BAR #468187
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, DC  20036
Tel: (202) 331-9260
FAX: (202) 331-9261

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by ECF on October 10, 2007.

SHEREASE PRATT
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Fax: 202/514-8781

/s/
_____
Michelle L. Perry