UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| **Secretary of State** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time it is hereby ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff will serve its Opposition to Defendant's Motion to Dismiss in Part, or Alternatively for Partial Summary Judgment, on or before November 2, 2007.

_____       _____
Date                                                     Reggie B. Walton, United States District Judge

cc:
Michelle L. Perry
Kalijarvi, Chuzi & Newman, P.c.
1901 L Street, N.W. Suite 610
Washington, DC  20036
Fax: (202) 331-9261

Sherease Pratt
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Fax: 202/514-8781