UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| Secretary of State ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss and/or for Partial Summary Judgment and Plaintiff's Opposition thereto it is hereby ORDERED that Defendant's Motion is DENIED.

_____    _____
Date                                             Reggie B. Walton, United States District Judge

cc:
Michelle L. Perry
Kalijarvi, Chuzi & Newman, PC
1901 L Street, N.W. Suite 610
Washington, DC  20036
Fax: (202) 331-9261

Sherease Pratt
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Fax: 202/514-8781