UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW JOSEPH MCGRATH,    ) | |
| )  | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| CONDOLEEZA RICE,    ) | |
| Secretary of State    ) | |
| Defendant.    ) | |
| ) | |

**The Parties' Joint Motion For An Extension of The Discovery Schedule**

On May 8, 2007, this Court issued a minute scheduling order pertaining to the parties' Amended Joint Report under Local Rule 16.3.  See PACER DKT.  The Discovery deadline, according to the Joint Report, was set for December 10, 2007, with two rounds of written discovery to precede depositions.  See PACER DKT. # 27.  Thus, Discovery is currently scheduled to end on Monday, December 10, 2007.  The parties respectfully move for a sixty (60) day extension of time in which to complete discovery to and including February 8, 2008.

This request is being made for two reasons.  First, defendant has a pending Motion to Dismiss which is affecting the production of discovery responses to Plaintiff's discovery.  A decision on the pending Motion, depending on the content of the decision, may affect the supplementation to Defendant's discovery responses requested by Plaintiff.  The parties are attempting to resolve this dispute amicably while awaiting receipt of a decision.  However, depositions have been delayed because of this ongoing dispute.  Second, due to the press of business the parties have not had, and will not have, sufficient time to schedule and take depositions, even if the discovery disputes are soon amicably resolved.  For instance, Plaintiff's counsel has two multi-day EEOC hearings before the end of the discovery period and will not be

available for any depositions and has had an unusually busy schedule since June because of the retirement of the prior counsel, Stephen Spitz.

For those reasons, counsel for the parties have been unable to complete discovery within the previously scheduled period, and they request an extension of the schedule. The parties are jointly requesting a period of sixty (60) additional days because of the interruption of the intervening holidays.

Respectfully submitted,

/s/

_____
GEORGE CHUZI, Esq.
MICHELLE L. PERRY, Esq.
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L. Street, N.W.
Suite 610
Washington, D.C. 20036
(202) 331-9260

Counsel for Plaintiff

/s/

_____
JEFFREY A. TAYLOR, Esq.
United States Attorney

_____
RUDOLPH CONTRERAS,
Assistant United States Attorney

/s/

_____
SHEREASE PRATT
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Room E4821
Washington, D.C. 20530
(202) 307-0895

Counsel for Defendant