UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** )<br> )<br>  **Plaintiff,** )<br> )<br>  v. )<br> )<br> **CONDOLEEZA RICE,** )<br> **Secretary of State** )<br> )<br>  **Defendant.** )<br>_____) | Civil Action No: 05-2011 (RBW) |

### ORDER

Upon consideration of **The Parties' Joint Motion For An Extension of The Discovery Schedule** it is hereby ORDERED that the parties' Motion is GRANTED. Discovery is extended by 60 days and will close on February 8, 2008. All scheduled deadlines set for after December 10, 2007, are extended by 60 days each as well.

_____                    _____
Date                                                              Reggie B. Walton, United States District Judge

cc:
Michelle L. Perry
Kalijarvi, Chuzi & Newman, P.c.
1901 L Street, N.W. Suite 610
Washington, DC  20036
Fax: (202) 331-9261

Sherease Pratt
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Fax: 202/514-8780