UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. MCGRATH,<br><br>      Plaintiff,<br><br>      v.<br><br>CONDOLEEZA RICE,<br>United States Secretary of State,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 05-2011 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Sherease Pratt as counsel for Defendant in the above-captioned case.

Dated: November 30, 2007
       Washington, D.C.

                                              Respectfully submitted,

                                              /s/
                                          BRIAN P. HUDAK
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, NW
                                          Washington, DC 20530
                                          (202) 514-7143
                                          brian.hudak@usdoj.gov