UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| Secretary of State ) | |
| Defendant. ) | |
| _____ ) | |

### The Parties' Joint Motion For An Extension of The Discovery Schedule

By and through undersigned counsel, the parties respectfully move the Court for an extension of time in which to complete discovery to and including June 30, 2008. This request is being made in good faith for the reasons set forth below.

On November 27, 2007, the Court stayed discovery in this action pending its consideration of Defendant's Motion to Dismiss or For Partial Summary Judgment. On May 2, 2008, the Court issued a Decision on Defendant's Motion for Partial Summary Judgment and, along with its Decision, lifted the discovery stay and ordered that discovery in this action conclude on May 16, 2008.

In light of the Court lifting its stay of discovery, the parties seek additional time to complete discovery in this action. First, while the parties have already exchanged written discovery responses, now that the discovery stay has been lifted, the parties are attempting to amicably resolve certain disputes concerning such responses that were raised before the Court's discovery stay. Second, due to matters and deadlines in other cases, the parties have not had, and will not have, sufficient time to schedule and take depositions before the current discovery deadline. Therefore, the parties require additional time to restart and appropriately conclude

discovery in this action.

For these reasons, the parties are jointly requesting an extension of the close of discovery from May 16, 2008, to June 30, 2008. The parties have agreed that discovery in this extended period will be limited to depositions and resolving limited disputes regarding the parties' prior discovery requests that directly bear upon Plaintiff's claims and Defendant's defenses in this action.

Respectfully submitted,

/s/

_____  
GEORGE CHUZI, Esq.  
MICHELLE L. PERRY, Esq.  
KALIJARVI, CHUZI & NEWMAN, P.C.  
1901 L. Street, N.W.  
Suite 610  
Washington, D.C. 20036  
(202) 331-9260

Counsel for Plaintiff

_____  
JEFFREY A. TAYLOR, Esq.  
United States Attorney

_____  
RUDOLPH CONTRERAS,  
Assistant United States Attorney

/s/  
_____  
BRIAN P. HUDAK  
Assistant United States Attorney  
U.S. Attorney's Office  
Judiciary Center Building  
555 Fourth Street, NW  
Room E4821  
Washington, D.C. 20530  
(202) 514-7143

Counsel for Defendant