UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW JOSEPH MCGRATH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05-2011 (RBW) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| **Secretary of State** ) | |
| **Defendant.** ) | |
| _____ ) | |

Having considered **The Parties' Joint Motion For An Extension of The Discovery Schedule** it is hereby ORDERED that the parties' **Motion** is GRANTED. Discovery will close in the above captioned matter on June 30, 2008. All scheduled deadlines set for after May 16, 2008, are extended as well, commensurate with the extension of the discovery period.

_____      _____
Date                        Reggie B. Walton, United States District Judge

cc:
George Chuzi, Esq.
Michelle L. Perry, Esq.
Kalijarvi, Chuzi & Newman, P.C.
1901 L. Street, N.W.
Suite 610
Washington, D.C. 20036
(202) 331-9260

Brian P. Hudak, Esq.
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Room E4821
Washington, D.C. 20530
(202) 514-7143