UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW J. MCGRATH,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZA RICE,<br>United States Secretary of State,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 05-2011 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR A LIMITED EXTENSION OF DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b)(1), by and through their attorneys, the parties respectfully move the Court for a limited enlargement of time to complete discovery in the above entitled action. Specifically, the parties respectfully request that the Court extend the deadline for completing discovery for the limited purpose of taking the deposition of Mr. Van S. Wunder III during the week of July 14, 2008. The grounds for such relief are as follows.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of racial discrimination and retaliation under Title VII. On May 2, 2008, the Court ruled on Defendant's Partial Motion to Dismiss and/or for Summary Judgment, lifted a stay of discovery that had been put in place during the pendency of that motion, and ordered that discovery close on or before May 16, 2008. Thereafter, on May 15, 2008, the parties moved to extend the discovery deadline to June 30, 2008, which the Court granted by Minute Order on May 16, 2008.

Although the parties have resolved all pending discovery disputes and scheduled nearly all outstanding discovery, due to the travel schedule of one deponent the parties seek this further,

- 2 -

limited extension of the discovery period.  Specifically, Mr. Wunder, Plaintiff's supervisor during the relevant time period, is out of the country and will not return to the United States until the week of July 7, 2008.  Accordingly, the parties seek a limited extension of the discovery period for the sole purpose of allowing Plaintiff to depose Mr. Wunder during the week of July 14, 2008.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents the third request for an extension of the discovery deadline.  An extension of the discovery period will not impact other deadlines in this action.  Allowing the parties a limited extension of the discovery period to complete the last remaining deposition serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request a limited extension of the discovery period solely to permit the deposition of Mr. Wunder during the week of July 14, 2008.  A proposed order is attached.

Dated: June 24, 2008
       Washington, DC

Respectfully submitted,


| /s/ | |
|---|---|
| GEORGE CHUZI | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| MICHELLE L. PERRY | United States Attorney |
| Kaligarvi, Chuzi & Newman, P.C. | |
| 1901 L Street, NW, Suite 610 | |
| Washington, DC 200036 | |
| (202) 331-9260 | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| | Assistant United States Attorney |
| *Attorneys for Plaintiff* | |

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*