UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. MCGRATH,<br><br>   Plaintiff,<br><br>  v.<br><br>CONDOLEEZA RICE,<br>United States Secretary of State,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 05-2011 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion for a limited extension of the discovery period in this action, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED,

ORDERED that the discovery period is hereby extended solely to permit the deposition of Mr. Van S. Wunder during the week of July 14, 2008, and it is further

ORDERED that all other discovery in this action is due on or before the current deadline of June 30, 2008.

SIGNED:


_____            _____
Date                        REGGIE B. WALTON
                           United States District Judge


Copies to Counsel of Record by CM/ECF.