UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW J. MCGRATH,<br><br>      Plaintiff,<br><br>      v.<br><br>CONDOLEEZA RICE,<br>United States Secretary of State,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Case No. 05-2011 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

By and through their undersigned counsel, the parties to the above captioned matter, jointly and respectfully move the Court to set a briefing schedule for post-discovery dispositive motions in this action and postpone the currently scheduled pre-trial conference in this action. Specifically, the parties respectfully propose that this matter be governed by the schedule set forth below. The grounds for this motion are as follows.

This case is an employment discrimination action, which seeks damages and other relief predicated upon claims of racial discrimination and retaliation under Title VII. On November 27, 2007, the Court stayed discovery in this action pending its consideration of Defendant's Motion to Dismiss or For Partial Summary Judgment. On May 2, 2008, the Court issued a Decision on such motion, lifted the discovery stay and ordered that discovery in this action conclude on May 16, 2008. After the parties twice jointly requested that the discovery period be extended, on July 18, 2008, discovery in this action closed pursuant to the Court's Minute Order of June 29, 2008.

- 2 -

Although the Court initially set a post-discovery dispositive motion schedule before it stayed discovery in this action, that schedule was not subsequently updated to reflect the stay or the aforementioned extensions of the discovery period. Accordingly, the parties respectfully move the Court to set a schedule to govern post-discovery dispositive motions in this action. In light of certain scheduling conflicts of the parties (*e.g.*, Mr. Chuzi, Plaintiff's counsel, is unavailable for a period of time in September and October), the parties propose that the following schedule govern such motions:

* Any motions for summary judgment shall be filed on or before September 10, 2008;

* Any oppositions to any such motions shall be filed on or before October 24, 2008; and

* Any replies on any such motions shall be filed on or before November 14, 2008.

Additionally, the parties respectfully request that the pre-trial conference in this action, currently scheduled for October 24, 2008, be postponed until after the Court considers and decides any post-discovery dispositive motions.

The parties propose this schedule in good faith. Allowing the parties reasonable periods of time to move the Court for summary judgment, and to file responses and replies thereto serves the interests of the parties and the Court.

\* \* \*

WHEREFORE, based on the foregoing, the parties respectfully request that the Court enter the aforementioned schedule to govern this matter. A proposed order is attached.

Dated: July 22, 2008
      Washington, DC

Respectfully submitted,

| | |
|---|---|
| /s/ | |
| GEORGE CHUZI | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| MICHELLE L. PERRY | United States Attorney |
| Kaligarvi, Chuzi & Newman, P.C. | |
| 1901 L Street, NW, Suite 610 | |
| Washington, DC 200036 | |
| (202) 331-9260 | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| | Assistant United States Attorney |
| *Attorneys for Plaintiff* | |
| | /s/ |
| | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Defendant* |