UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. MCGRATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 05-2011 (RBW) |
| ) | |
| CONDOLEEZA RICE, ) | |
| United States Secretary of State, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to set briefing schedule, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED,

ORDERED that any post-discovery motions for summary judgment shall be filed on or before September 10, 2008;

ORDERED that any oppositions to any such motions shall be filed on or before October 24, 2008;

ORDERED that any replies on any such motions shall be filed on or before November 14, 2008; and it is further

ORDERED that the pre-trial conference currently scheduled for October 24, 2008, is hereby postponed and continued pending further order of the Court.

SIGNED:

_____                              _____
Date                                                REGGIE B. WALTON
                                                    United States District Judge