UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW J. MCGRATH,<br><br>       Plaintiff,<br><br>       v.<br><br>CONDOLEEZZA RICE,<br>United States Secretary of State,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 05-2011 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO FILE DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Condoleezza Rice ("Defendant"), Secretary, United States Department of State ("State" or "Agency"), respectfully moves, by and through her undersigned counsel, for an enlargement of time to file her post-discovery dispositive motion. Specifically, Defendant requests that the Court extend the deadline for filing its dispositive motion from September 10, 2008 to September 15, 2008, a three (3) business day extension of time. Defendant further requests that Plaintiff's time to oppose and/or file a cross-motion be likewise extended by three business days -- *i.e.*, from October 24, 2008 to October 29, 2008. Defendant does not request an extension of her time for Reply or other modifications of the current schedule at this time. Undersigned counsel contacted Plaintiff's counsel and learned that Plaintiff does not oppose this Motion. The grounds for this Motion are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of racial discrimination and retaliation under Title VII. On July 18, 2008, discovery in this action closed. Upon considering the parties Joint Motion to Set Briefing Schedule, filed July 22, 2008, the Court set a schedule to govern post-discovery

dispositive motions in this action. Currently, Defendant's motion for summary judgment is due on September 10, 2008 and Plaintiff's opposition (and any cross-motion for summary judgment) is due on October 24, 2008.

Although undersigned counsel and Agency counsel have begun to review the sizeable amount of documents and testimony adduced during discovery in this action and the administrative proceeding that preceded this case, due to matters and deadlines in other pending cases, defense counsel requires additional time to formulate an appropriate dispositive motion, which could resolve Plaintiff's claims in this action without the need for a trial. Accordingly, deferring the filing of Defendant's dispositive motion by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach for potentially resolving this matter. Additionally, in the interests of fairness, Defendant also seeks a corresponding extension of Plaintiffs' time to oppose Defendant's dispositive motion.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline. Granting this Motion will only affect the deadlines for Defendant to submit her dispositive motion and for Plaintiff to oppose. Allowing Defendant a reasonable amount of additional time to formulate an appropriate dispositive motion serves the interests of the parties and the Court.

\* \* \*

WHEREFORE, based on the foregoing, Defendant respectfully requests that Defendant's time for filing a dispositive motion be extended to, and including, September 15, 2008. A proposed order is attached.

Dated: September 5, 2008
       Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 3 -