UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. MCGRATH, <br><br> Plaintiff, <br><br> v. <br><br> CONDOLEEZA RICE, <br> United States Secretary of State, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 05-2011 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to file her dispositive motion, and for good cause shown, it is hereby:

ORDERED that Defendant's unopposed motion is GRANTED,

ORDERED that Defendant's motion for summary judgment shall be filed on or before September 15, 2008; and it is further

ORDERED that Plaintiff's opposition to such motion and any cross-motion for summary judgment shall be filed on or before October 29, 2008.

SIGNED:

_____             _____
Date                                                                    REGGIE B. WALTON
                                                                        United States District Judge

Copies to Counsel of Record by CM/ECF.