# EXHIBIT 8

mec                                                              233
JMO
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - x
MATTHEW McGRATH,            :
                            :
        Complainant,        : EEOC Case No.
                            : 100-2003-08249X
        v.                  :
                            : Agency No.
UNITED STATES DEPARTMENT OF : 02-38
STATE,                      :
                            :
        Agency.             :
                            :
- - - - - - - - - - - - - - x

                    Wednesday, March 16, 2005

                    U.S. State Department
                    2201 C Street, N.W.
                    Washington, D.C. 20530

        The above-entitled matter commenced,
pursuant to notice, at 8:48 a.m.
BEFORE:

        HONORABLE RICHARD E. SCHNEIDER
        Administrative Judge
        Equal Employment Opportunity Commission
        1801 L Street, N.W., Suite 100
        Washington, D.C. 20507

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

---

mec                                                              234
APPEARANCES:
    On Behalf of the Complainant:
        MICHELLE L. PERRY, ESQ.
        Kalijarvi, Chuzi & Newman, P.C.
        Suite 610
        1901 L Street, N.W.
        Washington, D.C. 20036
        (202) 331-9260

    On Behalf of the Agency:
        KATHLEEN MURPHY, ESQ.
        MELINDA CHANDLER, ESQ.
        Department of State
        2201 C Street, N.W.
        Washington, D.C. 20530
        (202) 647-4646

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

---

mec                                                              235

                    C O N T E N T S

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Matthew McGrath | -- | 237 | 276/287 | 287 |
| Jennifer S. Baker | 291 | 305 | 317 | -- |
| Joanne Armor | 319 | 333 | 340 | 340 |
| Alfred Head | 342 | 349 | -- | -- |
| E. Montgomery | 351 | 356 | 359 | -- |
| Kathryn Wainscott | 361 | 379 | 401 | 406 |
| Deborah Chapman | 410 | 419 | -- | -- |
| LaFaye Proctor | 428 | 442 | -- | -- |
| Van Samuel Wunder | 445 | 514 | 546 | -- |
| Leanne Mella | 555 | 559 | -- | -- |
| Matthew McGrath | 569 | 603 | -- | -- |

                    E X H I B I T S

| COMPLAINANT'S | IDENTIFIED | RECEIVED |
|---|---|---|
| No. 39 | (Previously) | 550 |
| No. 20 | (Previously) | 589 |
| AGENCY'S | | |
| No. K | (Previously) | 303 |
| No. O | (Previously) | 333 |
| No. A | (Previously) | 452 |
| No. B | (Previously) | 456 |
| No. C | (Previously) | 461 |
| No. Q | (Previously) | 468 |
| No. I | (Previously) | 484 |
| No. R | (Previously) | 490 |
| No. L | (Previously) | 495 |
| No. M | (Previously) | 502 |
| No. N | (Previously) | 512 |
| No. J | (Previously) | 558 |

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

---

mec                                                              236

1                   P R O C E E D I N G S
2                                              [8:48 a.m.]
3           ADMIN. JUDGE SCHNEIDER: We are back on
4   the record. Today is March 16, 2005. This is the
5   second day of the administrative EEOC hearing in
6   the discrimination complaint filed by Matthew
7   McGrath, the complainant, EEOC Number
8   100-2003-08249X, and Agency Number 02-38.
9           We are resuming this morning with the
10  complainant as witness, and I believe we are
11  picking up with agency's cross-examination; is that
12  correct?
13          MS. MURPHY: Yes.
14          MS. PERRY: Yes, Your Honor.
15          [Off the record.]
16          ADMIN. JUDGE SCHNEIDER: Okay. Let's go
17  back on.
18          Mr. McGrath, you were sworn in yesterday
19  and you are still under oath.
20          THE WITNESS: Okay.
21          ADMIN. JUDGE SCHNEIDER: Agency.
22  Whereupon,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

**Page 409**

```
 1        ADMIN. JUDGE SCHNEIDER:  Okay.  Thank you
 2   very much for coming today.  We appreciate all of
 3   your time.
 4        THE WITNESS:  Sure.
 5        ADMIN. JUDGE SCHNEIDER:  And again, please
 6   do not discuss your testimony with anyone.
 7        THE WITNESS:  No.  I won't do that.
 8        [Witness excused.]
 9        ADMIN. JUDGE SCHNEIDER:  We will go off
10   the record while we talk about our next witness.
11        [Off the record.]
12        ADMIN. JUDGE SCHNEIDER:  Back on the
13   record with our next witness, Ms. Deborah Chapman.
14   Whereupon,
15                  DEBORAH CHAPMAN,
16   the witness, was called for examination by counsel
17   on behalf of the complainant and, having been first
18   duly sworn, was examined and testified as follows:
19        ADMIN. JUDGE SCHNEIDER:  After your
20   testimony today, please do not discuss your
21   testimony with anyone else.
22        THE WITNESS:  Okay.
```

**Page 410**

```
 1        ADMIN. JUDGE SCHNEIDER:  Thank you.
 2                  DIRECT EXAMINATION
 3   BY MS. PERRY:
 4   Q    Good afternoon, Ms. Chapman.
 5   A    Good afternoon.
 6   Q    Could you state your full name for the
 7   record?
 8   A    Deborah D. Chapman.
 9   Q    And for the record, what is your race?
10   A    Black.
11   Q    Are you currently employed?
12   A    Yes.
13   Q    Where are you employed?
14   A    Department of State, Office of Cultural
15   Programs.
16   Q    And what is your position in the Cultural
17   Programs Office?
18   A    Program coordinator.
19   Q    How long have you held that position?
20   A    At least -- I guess 20, 21 years,
21   something like that.  Close to it, anyway.
22   Q    And could you describe for us briefly what
```

**Page 411**

```
 1   your job duties as the program coordinator are?
 2   A    Mostly I do administrative and budget
 3   work, monitoring grants and payments and stuff like
 4   that.  Mostly administrative work.
 5   Q    Was Mr. McGrath your supervisor from
 6   September 2001 to June 2002?
 7   A    Yes.
 8   Q    How would you describe Mr. McGrath as a
 9   supervisor?
10   A    He is a very nice supervisor.  He's nice
11   to get along with and he just does anything he can
12   for anybody.  Very diverse, nice person.
13   Q    Would you say he maintained an open-door
14   policy?
15   A    Yes, he did.
16   Q    Did he ever refuse to meet with you or to
17   answer any of your questions?
18   A    Oh, no.  Never.
19   Q    Did you work on any projects with Mr.
20   McGrath while he was your supervisor?
21   A    Not directly.  Maybe just the budget,
22   that's it.
```

**Page 412**

```
 1   Q    And did Mr. McGrath respond to any
 2   questions you had with respect to the budget?
 3   A    Yes, he did.
 4   Q    Did Mr. McGrath hold staff meetings while
 5   he was your supervisor?
 6   A    A few, yes.
 7   Q    And those were staff meetings that were at
 8   the start of his tenure; is that correct?
 9   A    Right.
10   Q    At some point, did Mr. McGrath begin
11   holding individual meetings with the staff?
12   A    Yes.  Yes, he did.
13   Q    And was that following the -- when he
14   stopped hold group staff meetings?
15   A    Group -- yes.
16   Q    Did anyone ever complain to you from the
17   staff that they were unable to meet with Mr.
18   McGrath?
19   A    A few of them did.
20   Q    Were these complaints in the context of
21   the fact that a group staff meeting was not being
22   held?
```

```
mec                                                    421
 1  office reading the newspaper?
 2       A    That's where our newspapers are.  They sit
 3  right there in front of her office.
 4       Q    Do you have a context of with whom Ms.
 5  Wainscott was speaking?
 6       A    No.
 7       Q    Did you hear anything before or after the
 8  remark that would explain the remark?
 9       A    No.  She was talking to Susie Baker.
10            MS. MURPHY:  Thank you, Your Honor.
11            THE WITNESS:  That's it?
12            ADMIN. JUDGE SCHNEIDER:  No.
13            THE WITNESS:  Okay.
14            ADMIN. JUDGE SCHNEIDER:  It has been
15  suggested that Mr. Wunder had some favorite
16  employees on Mr. McGrath's staff.  Did you ever
17  sense that?
18            THE WITNESS:  Yes.  Susie Baker and
19  Kathryn Wainscott.
20            ADMIN. JUDGE SCHNEIDER:  Do you have any
21  idea why he would favor those two people?
22            THE WITNESS:  I guess Susie because she
```

```
mec                                                    422
 1  went back and told him everything that -- you know,
 2  he wanted to know what was going on upstairs.  As
 3  for Kathryn, every time -- he always left her in
 4  charge all the time.
 5            ADMIN. JUDGE SCHNEIDER:  Ms. Wainscott.
 6            THE WITNESS:  Yes.
 7            ADMIN. JUDGE SCHNEIDER:  Okay.  Why her?
 8            THE WITNESS:  No one could figure out why,
 9  because we had other people in the office, but he
10  always would choose Kathryn to be in charge.
11            ADMIN. JUDGE SCHNEIDER:  Did you ever
12  sense that Mr. Wunder played favorites or treated
13  people differently if they were white or black or
14  something else?
15            THE WITNESS:  No.  Uh-uh.
16            ADMIN. JUDGE SCHNEIDER:  Okay.  You said
17  that you observed that all the directors seemed to
18  be micromanaged --
19            THE WITNESS:  Yes.
20            ADMIN. JUDGE SCHNEIDER:  -- from the
21  offices, from Mr. Wunder and others?
22            THE WITNESS:  Right.
```

```
mec                                                    423
 1            ADMIN. JUDGE SCHNEIDER:  Mr. Hart?
 2            THE WITNESS:  Yes.
 3            ADMIN. JUDGE SCHNEIDER:  Okay.  So Mr.
 4  McGrath was micromanaged.
 5            THE WITNESS:  Right.
 6            ADMIN. JUDGE SCHNEIDER:  And Ms. -- was it
 7  Perry prior -- who followed Mr. McGrath?
 8            MS. PERRY:  Peavy.
 9            THE WITNESS:  Peavy.
10            ADMIN. JUDGE SCHNEIDER:  Peavy.
11            THE WITNESS:  Yes.  She was micromanaged
12  also.
13            ADMIN. JUDGE SCHNEIDER:  Okay.  Who was
14  before Mr. McGrath?
15            THE WITNESS:  Dicarlo.  Rosemary Dicarlo,
16  I think it was, then we had Sam Wunder, then we had
17  Carl Howard, Matt -- I mean Mark Jacobs, and then
18  Matt came up.  Okay.  So it was Mark Jacobs.
19            ADMIN. JUDGE SCHNEIDER:  Mr. Wunder
20  eventually got promoted, actually became the
21  supervisor --
22            THE WITNESS:  Right.  Of the front office,
```

```
mec                                                    424
 1  yes.
 2            ADMIN. JUDGE SCHNEIDER:  And all those
 3  managers, I guess including Mr. Wunder even, you
 4  sensed were kind of micromanaged from their
 5  superiors?
 6            THE WITNESS:  Yes, they were.
 7            ADMIN. JUDGE SCHNEIDER:  How would you say
 8  that this micromanagement sort of showed itself, or
 9  what does that mean?
10            THE WITNESS:  It's like if we had a
11  program to do and if -- let's say if Mr. Wunder --
12  no -- Mr. McGrath was the supervisor of this
13  program, he would have to go to Sam Wunder to get
14  approval for this program, he couldn't do it on his
15  -- he couldn't approve nothing -- taxi vouchers,
16  petty cash.  Everything had to go through Sam --
17  our front office, rather -- versus our supervisor
18  in our office.
19            ADMIN. JUDGE SCHNEIDER:  Okay.  Was it
20  that way before Mr. Wunder became the second-level
21  supervisor?
22            THE WITNESS:  No, because Mr. Wunder did
```

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666