# EXHIBIT 9

```
mec                                                    233
JMO
         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
               WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - - - x
                                 :
MATTHEW McGRATH,                 :
                                 :
         Complainant,            : EEOC Case No.
                                 : 100-2003-08249X
    v.                           :
                                 : Agency No.
UNITED STATES DEPARTMENT OF      : 02-33
STATE,                           :
                                 :
         Agency.                 :
                                 :
- - - - - - - - - - - - - - - - x

                 Wednesday, March 16, 2005

                 U.S. State Department
                 2201 C Street, N.W.
                 Washington, D.C.  20530


       The above-entitled matter commenced,
pursuant to notice, at 8:48 a.m.

BEFORE:

       HONORABLE RICHARD E. SCHNEIDER
       Administrative Judge
       Equal Employment Opportunity Commission
       1801 L Street, N.W., Suite 100
       Washington, D.C. 20507
```

MILLER REPORTING CO., INC
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

```
mec                                                    234

APPEARANCES:

    On Behalf of the Complainant:

        MICHELLE L. PERRY, ESQ.
        Kalijarvi, Chuzi & Newman, P.C.
        Suite 610
        1901 L Street, N.W.
        Washington, D.C. 20036
        (202) 331-9260

    On Behalf of the Agency:

        KATHLEEN MURPHY, ESQ.
        MELINDA CHANDLER, ESQ.
        Department of State
        2201 C Street, N.W.
        Washington, D.C. 20530
        (202) 647-4646
```

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

```
mec                                                    235

                    C O N T E N T S

WITNESSES:         DIRECT    CROSS    REDIRECT   RECROSS

Matthew McGrath      --       237     276/287      287

Jennifer S. Baker   291       305       317         --

Joanne Armor        319       333       340        340

Alfred Head         342       349        --         --

E. Montgomery       351       356       359         --

Kathryn Wainscott   361       379       401        406

Deborah Chapman     410       419        --         --

LaFaye Proctor      428       442        --         --

Van Samuel Wunder   445       514       546         --

Leanne Mella        555       559        --         --

Matthew McGrath     569       603        --         --

                    E X H I B I T S

COMPLAINANT'S           IDENTIFIED          RECEIVED

No. 39                  (Previously)          550
No. 20                  (Previously)          589

AGENCY'S

No. K                   (Previously)          303
No. O                   (Previously)          333
No. A                   (Previously)          452
No. B                   (Previously)          456
No. C                   (Previously)          461
No. Q                   (Previously)          468
No. I                   (Previously)          484
No. R                   (Previously)          490
No. L                   (Previously)          495
No. M                   (Previously)          502
No. N                   (Previously)          512
No. J                   (Previously)          558
```

MILLER REPORTING CO., INC
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

```
mec                                                    236

 1                  P R O C E E D I N G S
 2                                          [8:48 a.m.]
 3         ADMIN. JUDGE SCHNEIDER:  We are back on
 4   the record.  Today is March 16, 2005.  This is the
 5   second day of the administrative EEOC hearing in
 6   the discrimination complaint filed by Matthew
 7   McGrath, the complainant, EEOC Number
 8   100-2003-08249X, and Agency Number 02-38.
 9         We are resuming this morning with the
10   complainant as witness, and I believe we are
11   picking up with agency's cross-examination; is that
12   correct?
13         MS. MURPHY:  Yes.
14         MS. PERRY:  Yes, Your Honor.
15         [Off the record.]
16         ADMIN. JUDGE SCHNEIDER:  Okay.  Let's go
17   back on.
18         Mr. McGrath, you were sworn in yesterday
19   and you are still under oath.
20         THE WITNESS:  Okay.
21         ADMIN. JUDGE SCHNEIDER:  Agency.
22   Whereupon,
```

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

425

1  all the approving.  He was our supervisor at one
2  time.           ADMIN. JUDGE SCHNEIDER:
3  Right.  So at the time that he was your supervisor,
4  he wasn't the second-level, right?
5           THE WITNESS:  No.
6           ADMIN. JUDGE SCHNEIDER:  Who preceded Mr.
7  Wunder in that second-level slot?
8           THE WITNESS:  After he left our office?
9           ADMIN. JUDGE SCHNEIDER:  No.  Before Mr.
10 Wunder left your office.  Mr. Wunder was your
11 supervisor.
12          THE WITNESS:  Yes.
13          ADMIN. JUDGE SCHNEIDER:  So when he was
14 your supervisor, who was your second-level
15 supervisor?
16          THE WITNESS:  Carl Howard.  He was on the
17 second floor, yes.
18          ADMIN. JUDGE SCHNEIDER:  Okay.  Did he
19 micromanage Mr. Wunder and other directors?
20          THE WITNESS:  No.
21          ADMIN. JUDGE SCHNEIDER:  Is Mr. Wunder
22 still there in that position?

426

1           THE WITNESS:  I don't know where he is
2  now.  I know he's in the building, but I don't know
3  where he's at.
4           ADMIN. JUDGE SCHNEIDER:  Okay.  So there's
5  a new second-level -- there's a second-level
6  supervisor other than Mr. Wunder now.
7           THE WITNESS:  Oh, yes.  He's out that
8  office now.
9           ADMIN. JUDGE SCHNEIDER:  Mr. Wunder is
10 out of that office.
11          THE WITNESS:  Yes.  Right now, it's Lea
12 Perez.  She's in the acting.
13          ADMIN. JUDGE SCHNEIDER:  Okay.  Does she
14 micromanage whoever the director is now?
15          THE WITNESS:  No, she doesn't.  We have
16 had this supervisor about -- since last year.  She
17 hasn't started micromanaging.
18          ADMIN. JUDGE SCHNEIDER:  So is it pretty
19 much Mr. Wunder was micromanaging the various
20 directors -- Mr. McGrath and the people before and
21 after him?
22          THE WITNESS:  Right.

427

1           ADMIN. JUDGE SCHNEIDER:  Okay.  I guess
2  that's all my questions.  Any follow up to my
3  questions?
4           MS. PERRY:  No, Your Honor.
5           ADMIN. JUDGE SCHNEIDER:  Follow up?
6           MS. MURPHY:  No, Your Honor.
7           ADMIN. JUDGE SCHNEIDER:  Okay.  That's
8  all.  Thank you very much for coming today.
9           THE WITNESS:  Okay.
10          ADMIN. JUDGE SCHNEIDER:  We appreciate
11 your time.
12          THE WITNESS:  Sure.
13          ADMIN. JUDGE SCHNEIDER:  And please do not
14 discuss your testimony with anybody.
15          THE WITNESS:  Yes.
16          [Witness excused.]
17          ADMIN. JUDGE SCHNEIDER:  We will go off
18 the record.
19          [Off the record.]
20          ADMIN. JUDGE SCHNEIDER:  We are back on
21 the record with our next witness, Ms. LaFaye
22 Proctor.

428

1  Whereupon,
2                LaFAYE PROCTOR,
3  the witness, was called for examination by counsel
4  on behalf of the complainant and, having been first
5  duly sworn, was examined and testified as follows:
6           ADMIN. JUDGE SCHNEIDER:  After your
7  testimony today, please do not discuss your
8  testimony with anybody else.
9           THE WITNESS:  Okay.
10          ADMIN. JUDGE SCHNEIDER:  Thank you.
11          Ms. Perry.
12          MS. PERRY:  Thank you.
13              DIRECT EXAMINATION
14 BY MS. PERRY:
15    Q    Ms. Proctor, what is your full name for
16 the record?
17    A    LaFaye Marcia Proctor.
18    Q    And for the record, what is your race?
19    A    I am black, white, and Indian.
20    Q    Are you currently employed?
21    A    Yes.
22    Q    Where are you current employed?

```
mec                                                      429
  1      A    Department of State.
  2      Q    In what program office are you currently
  3  employed within State Department?
  4      A    Cultural Programs.
  5      Q    How long have you been in Cultural
  6  Programs?
  7      A    Five years.
  8      Q    What is your current position title in
  9  Cultural Programs?
 10      A    Program coordinator.
 11      Q    And when did you begin in that position?
 12      A    Back in September.
 13      Q    Of 2004?
 14      A    Of 2004.
 15      Q    Prior to September 2004, what position did
 16  you occupy?
 17      A    Program assistant.
 18      Q    And that was also in Cultural Programs?
 19      A    Yes.
 20      Q    Could you briefly describe for us what
 21  your job duties as program assistant were?
 22      A    I put the data in several databases, I did
```

```
mec                                                      430
  1  all correspondence. I was backup for the program
  2  coordinator at that time doing financing and travel
  3  and purchase orders and -- what else did I do?
  4  That was four years ago. Let's see. That's about
  5  it, I think.
  6      Q    Was Mr. McGrath your supervisor from
  7  September 2001 to June 2002?
  8      A    I guess. Yes. I know he was there in
  9  2001.
 10      Q    How would you describe as a supervisor?
 11      A    He was a nice supervisor, a fair
 12  supervisor.
 13      Q    Did Mr. McGrath communicate with you while
 14  you were a supervisor?
 15      A    Yes.
 16      Q    Was Mr. McGrath available to you if you
 17  had questions while he was your supervisor?
 18      A    Yes.
 19      Q    Did you work on any projects with Mr.
 20  McGrath while he was your supervisor?
 21      A    I'm sure that I did.
 22      Q    Did you ever have any difficulty gaining
```

```
mec                                                      431
  1  information from Mr. McGrath in order to run your
  2  programs?
  3      A    No.
  4      Q    Did Mr. McGrath hold staff meetings while
  5  he was your supervisor?
  6      A    Yes.
  7      Q    At some point, did Mr. McGrath stop
  8  holding staff meetings?
  9      A    Yes.
 10      Q    And do you know why Mr. McGrath stopped
 11  holding staff meetings?
 12      A    Because of all the arguing that went on.
 13      Q    Were those staff meetings productive --
 14      A    No.
 15      Q    -- when Mr. McGrath was holding them?
 16      A    No.
 17      Q    At some point, then, did Mr. McGrath begin
 18  holding individual meetings?
 19      A    I don't remember. I remember the staff
 20  tried to hold our own staff meetings for a while.
 21      Q    Were you able to see Mr. McGrath's office
 22  from where you sat in the --
```

```
mec                                                      432
  1      A    No.
  2      Q    -- Cultural Programs?
  3      A    No.
  4      Q    Were you able to walk over to Mr.
  5  McGrath's office and enter to ask him questions
  6  whenever you wanted to?
  7      A    Yes.
  8      Q    And did you, in fact, do that on a regular
  9  basis?
 10      A    Yes.
 11      Q    Did you observe other staff doing the same
 12  thing?
 13      A    Yes.
 14      Q    Did anyone ever complain to you that they
 15  were unable to meet with Mr. McGrath?
 16      A    No.
 17      Q    Did Mr. McGrath return your telephone
 18  calls while he was your supervisor?
 19      A    Yes.
 20      Q    Did anyone ever report to you that they
 21  were not receiving return telephone calls from Mr.
 22  McGrath?
```

mec                                                                433

1     A    No.
2     Q    What was Mr. McGrath's reputation with
3  respect to his treatment of or his interaction with
4  the minorities in the office?
5     A    Very fair.
6     Q    Did Mr. McGrath have any favorites on the
7  staff?
8     A    Not that I'm aware of.
9     Q    Did you ever hear any employees make
10 derogatory comments about Mr. McGrath?
11    A    Yes.
12    Q    What did you hear?
13    A    That he was a slob, he was an
14 embarrassment to our office.
15    Q    So these were --
16        ADMIN. JUDGE SCHNEIDER:  Who said that?
17        THE WITNESS:  Which employee said that?
18        ADMIN. JUDGE SCHNEIDER:  What was your
19 question?
20        MS. PERRY:  I asked what she had heard.
21        ADMIN. JUDGE SCHNEIDER:  Okay.  Yes, if
22 you could -- names or at least positions among Mr.

mec                                                                434

1  McGrath's immediate staff.
2        THE WITNESS:  Well, Kathryn Wainscott was
3  the one that said that he was a slob and an
4  embarrassment to our office.
5        BY MS. PERRY:
6     Q    So this was a personal comment about Mr.
7  McGrath and not something related to his
8  management?
9     A    Right.
10    Q    Did you ever hear anybody else make
11 personal comments about Mr. McGrath?
12    A    Yes.
13    Q    What else did you hear?
14    A    Leanne Mella.
15    Q    What did Ms. Mella say?
16    A    That he was an f'ing a-hole and that he
17 was crazy.
18    Q    Did anybody else make personal comments
19 about Mr. McGrath?
20    A    Not to me.
21    Q    Were you also -- was Mr. Wunder your
22 second-line supervisor at the time Mr. McGrath was

mec                                                                435

1  your first-line supervisor?
2     A    Yes.
3     Q    Were you able to observe Mr. Wunder's
4  interactions with the staff of Cultural Programs?
5     A    On occasion.
6     Q    Did Mr. Wunder interact directly with
7  Cultural Programs staff members without Mr. McGrath
8  present?
9     A    Yes.
10    Q    Do you know whether or not Mr. McGrath
11 gave assignments to Cultural Programs staff
12 directly?
13    A    Yes.
14    Q    Do you know whether or not Mr. Wunder
15 directed any of his interaction with the Cultural
16 Programs staff through Mr. McGrath?
17    A    Repeat that.
18    Q    Sure.  Do you know whether or not Mr.
19 Wunder involved Mr. McGrath in these interactions
20 that he had directly with the staff?
21    A    No.
22        ADMIN. JUDGE SCHNEIDER:  No, he didn't, or

mec                                                                436

1  no, you don't know.
2        THE WITNESS:  No, I don't know.
3        BY MS. PERRY:
4     Q    Did Mr. Wunder have favorites on the
5  staff?
6     A    Yes.
7     Q    Who were those favorites?
8     A    Kathryn Wainscott and Susie Baker.
9     Q    Did you notice whether or not Mr. Wunder
10 was treating any members differently based upon
11 their race?  Were there any differences in the way
12 he treated black members of the staff versus white
13 members of the staff?
14    A    No.  The only difference that he treated
15 his employees was it was Kathryn Wainscott, and
16 whenever he complained that she wasn't comfortable
17 doing a task that was asked of her or she didn't
18 have time, she was always able to get out of that.
19    Q    And Ms. Wainscott is white; is that
20 correct?
21    A    Yes.
22    Q    And Ms. Baker is white; is that correct?