# EXHIBIT 11

## DECLARATION OF SUSAN COHEN

In accordance with the provision of Title 28, United States Code, Section 1746, I, Susan Cohen, make the following declaration to Betty L. Cox who has identified herself to me as an EEO Investigator, Southwind Enterprises, Inc. assigned by the US Department of State to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who must have access to this information in order to carry out his or her official duties.

This statement is given in relation to a complaint of discrimination filed by Matthew J. McGrath.

*I am aware that the accepted claims in this complaint are that because of his race (Caucasian) and as reprisal for his having engaged in prior protected activity and/or for opposing discriminatory practices, he was discriminated against and subjected to a hostile work environment when:*

a) *His supervisor attempted to undermine his authority as Chief, Division of Citizen Exchanges, Office of Cultural Programs, Bureau of Educational and Cultural Affairs;*

b) *his supervisor gave him a negative performance evaluation as Chief, Division of Citizen Exchanges, on 4/11/02 and 4/29/02;*

c) *he was subjected to an involuntary curtailment of his assignment as Chief, Division of Citizen Exchanges, Office of Cultural Programs, Bureau of Educational and Cultural Affairs; and*

d) *the discriminatory curtailment had the result of denying Complainant a career-enhancing follow-on assignment.*

Q   Please state your full name.

A   Susan Leslie Cohen

Exhibit 10

Initials SLC

Page 1 of 9

| | | |
|---|---|---|
| 1 | Q | Please state your title and grade, the name of the agency by which you are |
| 2 | | employed, the organizational unit to which you are assigned, and the address of |
| 3 | | your duty station. |
| 4 | A | Senior Program Officer; GS-13/10; U.S. Department of State; Bureau of |
| 5 | | Educational & Cultural Affairs; Office of Citiczn Exchanges; Division of |
| 6 | | Cultural Programs; 301 4th St., SW; Room 568; Washington, DC 20547. |
| 7 | | |
| 8 | Q | Please state your organizational work relationship to Matthew McGrath at |
| 9 | | the present time. |
| 10 | A | I have no current work relationship with Mr. McGrath. |
| 11 | | |
| 12 | Q | Please state your work relationship to Mr. McGrath at the time of the matters |
| 13 | | at issue in his complaint. |
| 14 | A | He was my supervisor. |
| 15 | | |
| 16 | Q | Please state your work relationship to Van S. Wunder at the present time, |
| 17 | | and if different, at the time of the matters at issue in Mr. McGrath's |
| 18 | | complaint. |
| 19 | A | Mr. Wunder is my reviewing officer. |
| 20 | | |
| 21 | Q | Please state your race. |
| 22 | A | Causasian |
| 23 | | |
| 24 | Q | Have you previously participated in activities protected under Title VII of the |
| 25 | | Civil Rights Act of 1964, as amended, such as by protesting alleged |
| 26 | | discriminatory activities or by participating in any way in the EEO process? |
| 27 | A | No, I don't think so. |
| 28 | | |

| | | |
|---|---|---|
| 1 | Q | Are you aware of the Department of State's policy on harassment? Have you |
| 2 | | received training in that policy? |
| 3 | A | I received EEO training while under the U.S. Information Agency. |
| 4 | | |
| 5 | Q | Are you aware of how to raise concerns about harassment in order to have |
| 6 | | those concerns addressed? |
| 7 | A | Yes. |
| 8 | | |
| 9 | a) | *his supervisor attempted to undermine his authority as Chief, Division of* |
| 10 | | *Citizen Exchanges, Office of Cultural Programs, Bureau of Educational and* |
| 11 | | *Cultural Affairs* |
| 12 | Q | Mr. McGrath alleges that Mr. Wunder attempted to have him dismiss from |
| 13 | | employment Evangeline "EJ" Montgomery. He contends Mr. Wunder told |
| 14 | | him to document problems in her performance with the view to using that |
| 15 | | information to terminate her employment. Do you have any reason to |
| 16 | | believe Mr. Wunder was trying to pressure Mr. McGrath to document |
| 17 | | performance problems with Ms Montgomery in order to terminate her |
| 18 | | employment? What leads you to the conclusion reached? |
| 19 | A | I had heard rumors for some time about possible management action against |
| 20 | | Ms. Montgomery and asked Ms. McGrath about these rumors. He told me |
| 21 | | that Mr. Wunder had wanted him to dismiss Ms. Montgomery, had |
| 22 | | "brought him on board to do this," and Mr. McGrath had refused. " But I |
| 23 | | have no direct knowledge of any attempt by Mr. Wunder to dismiss Ms. |
| 24 | | Montgomery or to pressure Mr. McGrath as outlined above. |
| 25 | | |
| 26 | | |
| 27 | Q | Did Ms Montgomery exhibit any problems in accomplishing her work, to |
| 28 | | your knowledge, that indicated she needed assistance or accommodation in |
| 29 | | order to complete her major duties? Please explain. |

1  A   Ms. Montgomery has Parkinson's disease, which makes one of her hands
2      shake. This can make typing a little difficult. Ms. Montgomery is, however,
3      an extremely conscientious employee who does whatever she can and
4      whatever it takes to get the job done. Sometimes, this means asking one of
5      her colleagues to help her, which most of us are more than happy to do.
6
7  Q   Do you have any reason to believe that Mr. Wunder retaliated against Mr.
8      McGrath because he refused to document performance problems and
9      discharge Ms Montgomery from employment? What leads you to the
10     conclusion reached?
11 A   I have no knowledge of this.
12
13 Q   Do you have any direct knowledge of whether or why Mr. McGrath's home
14     leave while he was Division Chief was shortened from 25 work days to 20
15     work days? If so, please describe your knowledge and explain how you
16     come by it.
17 A   Mr. McGrath told me Mr. Wunder had cut back his leave days.
18
19 Q   Do you recall a project being assigned to Ms Montgomery by Mr. Wunder? If
20     so, in your opinion was the assignment out of the ordinary in terms of the
21     kinds of assignments Ms Montgomery (or other program officers) received?
22     Please explain.
23 A   I don't recall such a project.
24
25 Q   Did you observe any conduct on the part of Mr. Wunder toward Mr.
26     McGrath that led you to conclude Mr. Wunder was biased against Mr.
27     McGrath because of Mr. McGrath's race? If so, please describe the conduct
28     and explain what led you to conclude Mr. Wunder held a racial bias against
29     Mr. McGrath.

Initials _SP_                                                        Page 4 of 9

1  A  I didn't observe any racial bias as they're both Caucasian!

2

3  Q  Did you observe any conduct on Mr. Wunder's part that indicated to you he
4     was trying to undermine Mr. McGrath's authority with his staff or over his
5     division? If so, please describe the conduct and explain what led you to
6     conclude Mr. Wunder was attempting to undermine Mr. McGrath's
7     authority.
8  A  I didn't observe any such conduct, that I recall.

9

10 Q  Did you observe any conduct by Mr. Wunder that you interpreted as being
11    intended to create a hostile work environment for Mr. McGrath? If so, please
12    describe the conduct and explain what leads you to conclude this was
13    intended to harass Mr. McGrath and cause a hostile work environment.
14 A  I didn't observe any such conduct, that I recall.

15

16 Q  According to your direct knowledge, when Mr. McGrath went on home
17    leave, was everything completed and in place for the Secretary of State to
18    host a reception in honor of the Thelonius Monk Institute and the winner of
19    its international jazz competition, including any necessary certificates of
20    appreciation? Please describe your knowledge and explain how you come by
21    it.
22 A  I don't know anything about this.

23

24 Q  Mr. McGrath alleges Mr. Wunder opposed the reception being held. Mr.
25    McGrath also alleges the reception was a success, and that Mr. Wunder was
26    "obviously embarrassed on having his insensitivity and poor professional
27    judgment revealed for all to see." To your knowledge, was the reception a
28    success? Do you have any reason to believe Mr. Wunder was embarrassed

Initials SLR                                                    Page 5 of 9

| | | |
|---|---|---|
| 1 | | by the project being successful or because the success revealed "his |
| 2 | | insensitivity and poor judgment for all to see?" Please explain. |
| 3 | A | I have no knowledge of this. |
| 4 | | |
| 5 | Q | Is there anything you would like to add to your statement about this claim? |
| 6 | A | No. |
| 7 | | |
| 8 | b) | *his supervisor gave him a negative performance evaluation as Chief,* |
| 9 | | *Division of Citizen Exchanges, on 4/11/02 and 4/29/02;* |
| 10 | Q | Did Mr. McGrath hold staff meetings? If so, how frequently? |
| 11 | A | Very infrequently, if at all. |
| 12 | | |
| 13 | Q | Did you find it easy to gain access to Mr. McGrath to discuss any problems or |
| 14 | | concerns you had about the programs or projects for which you were |
| 15 | | responsible? Please give specific examples. |
| 16 | A | If I wanted to meet with Mr. McGrath, he was agreeable to a meeting. |
| 17 | | |
| 18 | Q | Did Mr. McGrath seek you out to discuss programs and projects assigned to |
| 19 | | you? |
| 20 | A | No, not really. |
| 21 | | |
| 22 | Q | Were you aware of the budget for projects or programs assigned to you or |
| 23 | | what had been spent against budget at any given time? |
| 24 | A | No, not entirely. |
| 25 | | |
| 26 | Q | Did you have occasion to telephone Mr. McGrath or send him emails? If so, |
| 27 | | did he tend to respond to you in a timely manner? |
| 28 | A | On some matters, yes; on others, no. |
| 29 | | |

Initials *[signature]*

| | | |
|---|---|---|
| 1 | Q | How would you describe Mr. McGrath's management style? |
| 2 | A | Laissez-faire. He didn't interfere or micromanage (at least regarding me), |
| 3 | | but I feel he was not a good manager. |
| 4 | | |
| 5 | Q | Did you ever ask Mr. McGrath to clear a routine cable for you? If so, did he |
| 6 | | do so? Who typically responded to your requests for such routine matters? |
| 7 | A | Yes, he cleared. |
| 8 | | |
| 9 | Q | During Mr. McGrath's home leave, did you have occasion to talk with Mr. |
| 10 | | Wunder about Mr. McGrath's performance as a manager? If so, did you raise |
| 11 | | to Mr. Wunder's attention any concerns you may have had about his |
| 12 | | management? Please describe your conversation with Mr. Wunder. |
| 13 | A | I don't recall having such a conversation with Mr. Wunder about Mr. |
| 14 | | McGrath. |
| 15 | | |
| 16 | Q | Were you familiar with the division's budget when Mr. McGrath was |
| 17 | | division chief? |
| 18 | A | Not really. |
| 19 | | |
| 20 | Q | Mr. Wunder directed Mr. McGrath in a March 8 memorandum to begin |
| 21 | | holding regular, weekly staff meetings. Did Mr. McGrath begin holding |
| 22 | | regular, weekly staff meetings after March 8? |
| 23 | A | Not that I remember. |
| 24 | | |
| 25 | Q | The March 8 memo also directed Mr. McGrath to take time to meet with each |
| 26 | | of his staff members individually and review with them their projects, |
| 27 | | budgets and plans. Did Mr. McGrath meet with you individually to review |
| 28 | | your project, budgets, and plans? |

| | | |
|---|---|---|
| 1 | A | Not formally, mostly on an ad hoc basis, though I recall a particular meeting |
| 2 | | he and I held at my request to discuss the budget. |
| 3 | | |
| 4 | Q | Is there anything you would like to add to your statement on this claim? |
| 5 | A | No. |
| 6 | | |
| 7 | c) | *he was subjected to an involuntary curtailment of his assignment as Chief,* |
| 8 | | *Division of Citizen Exchanges, Office of Cultural Programs, Bureau of* |
| 9 | | *Educational and Cultural Affairs* |
| 10 | Q | Do you have any direct knowledge of the decision to involuntarily curtail Mr. |
| 11 | | McGrath's assignment as Chief, Division of Citizen Exchanges? If so, please |
| 12 | | describe your knowledge and explain how you come by it. |
| 13 | A | I have no direct knowledge of this. |
| 14 | | |
| 15 | d) | *the discriminatory curtailment had the result of denying Complainant a* |
| 16 | | *career-enhancing follow-on assignment.* |
| 17 | Q | Do you have any direct knowledge of whether the curtailment had the result |
| 18 | | of denying Mr. McGrath a career enhancing follow-on assignment? If so, |
| 19 | | please describe your knowledge and explain how you come by it. |
| 20 | A | I have no direct knowledge of this. |
| 21 | | |

1   I declare under penalty of perjury that the foregoing is true and correct.
2   Executed on this day, _August 15_____, 2002.
3
4   _[signature]_
5   Susan Cohen
6
7