# EXHIBIT 12

-----Original Message-----
**From:** McGrath, Matthew
**Sent:** Friday, November 09, 2001 10:24 AM
**To:** Wunder, Van S; Wunder, Van S(ECA/PE/C)
**Subject:** leave

Sam,

ANNUAL LEAVE

I have 136 hours (17 days) of annual leave to be forfeited this year. I propose to take it as follows:

Nov. 23 & 30      16 hours (2 days)

Dec. 13-Jan. 4    120 hours (15 days)

HOME LEAVE

I arrived in the U.S. the afternoon of Friday, Sept. 7. As I understand it, I must complete my deferred home leave within 6 months, which, in this case, would mean by March 7. I, therefore, propose to take my leave starting Friday, Jan. 18 (a travel day) through Wed., Feb. 27 (travel day). That would add up to my entitled 25 days of HL. I'd prefer not to, but I could postpone by a week and still make the March 7 deadline.

Matt