# EXHIBIT 13

DEPARTMENT<br>EXHIBIT A

December 3, 2001

MEMORANDUM

TO:      ECA/PE/C/CU--    Matt McGrath

FROM:    ECA/PE/C-        Sam Wunder

SUBJECT: Your Annual Leave Request


Matt-- Given the pressure of coming to an agreement on a 9/11 exhibition, scheduling Jazz Ambassadors and other programming, I regret that I have to deny your annual leave request for leave December 11-January 4. I CAN approve annual leave for the period December 21-January 4. I am returning your leave request form as disapproved. Please submit a new form with the new dates. I hope that we can reschedule your annual leave as soon as possible in 2002.