# EXHIBIT 14

DEPARTMENT
EXHIBIT B

| | |
|---|---|
| **From:** | McGrath, Matthew |
| **Sent:** | Thursday, January 17, 2002 3:45 PM |
| **To:** | Rouse, Sandy; Wainscott, Kathryn; Wunder, Van S; Wunder, Van S(ECA/PE/C); Mella, Leanne; Montgomery, Evangeline; Proctor, LaFaye; Chapman, Deborah; Cohen, Susan; Baker, Susie; Baker, Susie X(ECA) |
| **Subject:** | Home Leave |

My original Home Leave has been reduced. I will still be departing tomorrow, Friday, January 18, but I will now be returning to the office on Thursday, February 21. Kathryn will be acting while I am away. I will be moving around alot, so the best way (though not the fastest because I won't be in a position to check every day while on the road), is to send me an e-mail at greatmatsby@hotmail.com. Please e-mail me yourselves, if you must, and don't give it out to contacts or colleagues.

Regards and farewell,

Matt