# EXHIBIT 15

March 8, 2002

Memorandum

TO:       ECA/PE/C/CU-      Matt McGrath

FROM:   ECA/PE/C-          Sam Wunder

SUBJECT:   Sub-standard Performance

Yesterday, you failed to appear for a briefing with 24 Foreign Service National Employees after being instructed by me to participate. You provided no excuse, other than a last-minute telephone message passed through Linda Tressa that you had an appointment at State MED. Three Program Officers from the Cultural Division participated in the briefing, which made the program useful. But, you failed to appear despite the fact that the session was intended to be a panel discussion with you and your program officers about current cultural programs, and you had been advised of it over a week before the event.

This is only the latest in a succession on lapses in performance on your part. On March 6, 2002, you failed to attend a regular weekly Division Chiefs meeting and provided no excuse or advance notice or any representative from your office. On February 21 you apparently returned from home leave, but you never called me to advise that you were back in the office. In fact, other than a brief hello at a representational event, you never contacted me at all for over 10 days after your return to the office.

On January 18, 2002, you left for home leave without having completed a major project involving the Secretary and Mrs. Powell. You were to have drafted, cleared and have printed and signed by the Secretary a Certificate of Appreciation for presentation to jazz artist Billy Taylor on January 20. In fact, you left on my chair on the morning of Friday, January 18, an unfinished memo, replete with typos and factual errors, with a note saying that the memo had to be approved and signed by the Secretary <u>the same day</u> and the certificate printed, signed and framed. There was no certificate, and I discovered that no one knew of any certificate design. The Secretary was traveling out of the country. The situation was saved as far as Mr. Taylor was concerned because he was ill and could not appear at the event. Through direct intervention of the Secretary's office, his Senior Assistant decided to have a blank Certificate presented by Mrs. Powell as part of the scheduled program, and arrange to have the certificate signed and delivered later. But, the image of ECA fumbling the ball on a major project was distinctly made with the Secretary's office.

This exceptional lack of professionalism was compounded by the fact that I had asked you directly, on January 17, the day before you left on home leave,

whether there were any pending projects on your agenda.  You responded with "no."  Also, when I tried to contact you by e-mail (the only means of contact you provided during your home leave), you failed to respond.  This left us unsure of whether yet another Certificate of Appreciation project was unfinished (Dave Brubeck).

During your home leave, I also heard comments from virtually all of your staff that you had 1) not had regular staff meetings, 2) had not taken time to consult with your staff regarding their program plans (or even listened to them for more than a few minutes at a time on any issue), and 3) had been openly dismissive of some of their attempts to raise program issues with you.  The overall morale of the staff was very low, and several asked for the most basic guidance on how the programs should proceed.

Also, during your home leave, Steve Hart and I worked with Kathryn Wainscott to produce a budget report for the division for the bureau's reprogramming letter to the House Appropriations Committee.  Our review of the budget found that at least one project (Warhol) was wildly over budget (by 400%).  None of your staff members showed any familiarity with your division's budget, nor did anyone seem to have any idea of the amount of funds left for their individual projects.

All of these shortcomings indicate a serious lack of managerial oversight coupled with a lack of interest in or inability to relate to your responsibilities as a Division Chief.  We will discuss these issues when I return from my overseas trip on March 21.    But, before then, please:

- begin regular, weekly staff meetings with your staff
- take time to meet with each staff member individually and review with them their projects, budgets and plans