# EXHIBIT 19

mec 233
JMO

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - - x
MATTHEW McGRATH,                :
          Complainant,          : EEOC Case No.
                                : 100-2003-08249X
     v.                         :
                                : Agency No.
UNITED STATES DEPARTMENT OF     : 02-38
STATE,                          :
          Agency.               :
- - - - - - - - - - - - - - - x

                    Wednesday, March 16, 2005

                    U.S. State Department
                    2201 C Street, N.W.
                    Washington, D.C. 20530

     The above-entitled matter commenced,
pursuant to notice, at 8:48 a.m.

BEFORE:

     HONORABLE RICHARD E. SCHNEIDER
     Administrative Judge
     Equal Employment Opportunity Commission
     1801 L Street, N.W., Suite 100
     Washington, D.C. 20507

                    MILLER REPORTING CO., INC.
                    735 8th STREET, S.E.
                    WASHINGTON, D.C. 20003-2802
                    (202) 546-6666

---

mec 234

APPEARANCES:

     On Behalf of the Complainant:

          MICHELLE L. PERRY, ESQ.
          Kalijarvi, Chuzi & Newman, P.C.
          Suite 610
          1901 L Street, N.W.
          Washington, D.C. 20036
          (202) 331-9260

     On Behalf of the Agency:

          KATHLEEN MURPHY, ESQ.
          MELINDA CHANDLER, ESQ.
          Department of State
          2201 C Street, N.W.
          Washington, D.C. 20530
          (202) 647-4646

                    MILLER REPORTING CO., INC.
                    735 8th STREET, S.E.
                    WASHINGTON, D.C. 20003-2802
                    (202) 546-6666

---

mec 235

                    C O N T E N T S

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Matthew McGrath | -- | 237 | 276/287 | 287 |
| Jennifer S. Baker | 291 | 305 | 317 | -- |
| Joanne Armor | 319 | 333 | 340 | 340 |
| Alfred Head | 342 | 349 | -- | -- |
| E. Montgomery | 351 | 356 | 359 | -- |
| Kathryn Wainscott | 361 | 379 | 401 | 406 |
| Deborah Chapman | 410 | 419 | -- | -- |
| LaFaye Proctor | 428 | 442 | -- | -- |
| Van Samuel Wunder | 445 | 514 | 546 | -- |
| Leanne Mella | 555 | 559 | -- | -- |
| Matthew McGrath | 569 | 603 | -- | -- |

                    E X H I B I T S

| COMPLAINANT'S | IDENTIFIED | RECEIVED |
|---|---|---|
| No. 39 | (Previously) | 550 |
| No. 20 | (Previously) | 589 |
| AGENCY'S | | |
| No. K | (Previously) | 303 |
| No. O | (Previously) | 333 |
| No. A | (Previously) | 452 |
| No. B | (Previously) | 456 |
| No. C | (Previously) | 461 |
| No. Q | (Previously) | 468 |
| No. I | (Previously) | 484 |
| No. R | (Previously) | 490 |
| No. L | (Previously) | 495 |
| No. M | (Previously) | 502 |
| No. N | (Previously) | 512 |
| No. J | (Previously) | 558 |

                    MILLER REPORTING CO., INC.
                    735 8th STREET, S.E.
                    WASHINGTON, D.C. 20003-2802
                    (202) 546-6666

---

mec 236

                    P R O C E E D I N G S
                                        [8:48 a.m.]
1
2
3    ADMIN. JUDGE SCHNEIDER: We are back on
4    the record. Today is March 16, 2005. This is the
5    second day of the administrative EEOC hearing in
6    the discrimination complaint filed by Matthew
7    McGrath, the complainant, EEOC Number
8    100-2003-08249X, and Agency Number 02-38.
9        We are resuming this morning with the
10   complainant as witness, and I believe we are
11   picking up with agency's cross-examination; is that
12   correct?
13       MS. MURPHY: Yes.
14       MS. PERRY: Yes, Your Honor.
15       [Off the record.]
16       ADMIN. JUDGE SCHNEIDER: Okay. Let's go
17   back on.
18       Mr. McGrath, you were sworn in yesterday
19   and you are still under oath.
20       THE WITNESS: Okay.
21       ADMIN. JUDGE SCHNEIDER: Agency.
22   Whereupon,

                    MILLER REPORTING CO., INC.
                    735 8th STREET, S.E.
                    WASHINGTON, D.C. 20003-2802
                    (202) 546-6666

mec                                                                553

1  But I don't think that -- you know, I don't think I
2  had any favoritism in that way.
3       Again, I was dealing with certain program
4  officers for the reason that they were involved in
5  programs that were very high profile that I was
6  involved in myself directly.
7       ADMIN. JUDGE SCHNEIDER: So the selection
8  of those individuals to handle those high-profile
9  projects was not based on race, age, sex?
10      THE WITNESS: Well, Ms. Mella, for
11 example, with the 9/11 exhibit, she was hired to be
12 the visual arts -- a visual arts program officer.
13 This was a major visual arts project, she had lived
14 in New York, she knew the New York art scene and
15 how to get an exhibit fabricated, and so we -- I
16 pulled her in very quickly to work on that kind of
17 very quick fabrication of an exhibit.
18      When we needed, for example, people to
19 move the speakers, I called in Ms. Montgomery,
20 Sandy Rouse, LaFaye Proctor and others who handled
21 that kind of work and did that kind of work. So we
22 put them together as a team and did that kind of

mec                                                                554

1  arrangement.
2       ADMIN. JUDGE SCHNEIDER: Any follow-up
3  questions?
4       MS. MURPHY: No, Your Honor.
5       ADMIN. JUDGE SCHNEIDER: Any follow-up
6  questions?
7       MS. PERRY: No, Your Honor.
8       ADMIN. JUDGE SCHNEIDER: Thank you very
9  much, Mr. Wunder.
10      THE WITNESS: Thank you.
11      ADMIN. JUDGE SCHNEIDER: I appreciate your
12 time today. Again, please do not discuss your
13 testimony with anybody else.
14      THE WITNESS: Certainly.
15      ADMIN. JUDGE SCHNEIDER: Thank you.
16      [Witness excused.]
17      ADMIN. JUDGE SCHNEIDER: We will go off
18 the record while we get our next witness.
19      [Off the record.]
20      ADMIN. JUDGE SCHNEIDER: We are back on
21 the record. Our next witness is Ms. Leanne Mella.
22 Whereupon,

mec                                                                555

1           LEANNE MELLA,
2  the witness, was called for examination by counsel
3  on behalf of the agency and, having been first duly
4  sworn, was examined and testified as follows:
5       ADMIN. JUDGE SCHNEIDER: After your
6  testimony today, please do not discuss your
7  testimony with anybody else.
8       THE WITNESS: Fine.
9       ADMIN. JUDGE SCHNEIDER: Okay.
10      MS. MURPHY: Thank you.
11           DIRECT EXAMINATION
12      BY MS. MURPHY:
13      Q    Ms. Mella, I only have a few questions for
14 you. What is your current position with the
15 Department of State?
16      A    I am a program officer in the Cultural
17 Programs Division at the Bureau of Educational and
18 Cultural Affairs.
19      Q    And how long have you been in that
20 position?
21      A    Since August 6, 2001.
22      Q    So that was your position in September of

mec                                                                556

1  2001?
2       A    It was.
3       Q    And when did you first become acquainted
4  with Mr. McGrath?
5       A    Mr. McGrath joined our program as division
6  chief on September 11th, 2001.
7       Q    And how long was Mr. McGrath your
8  supervisor?
9       A    I don't recollect the exact date when he
10 left. I believe it was in the spring of 2002.
11      Q    Did Mr. McGrath hold regular weekly staff
12 meetings?
13      A    No.
14      Q    Did Mr. McGrath meet with you individually
15 to review your projects?
16      A    Not with any regularity.
17      Q    Was there an issue with critical elements
18 in your paperwork for your position when you came
19 on board?
20      A    Well, not when I came on board, but after
21 being in the job for some time -- certainly six
22 months -- I discovered that I basically had no

557

1 critical elements or work requirements in my file,
2 and it was a matter of concern for me.
3   Q   Why were they a matter of concern for you?
4   A   Well, it was my understanding that all of
5 these things had to be established in your employee
6 record in order for you to be properly rated and
7 even to receive promotions.
8   Q   I am going to handle you what is labelled
9 department exhibit J and ask if you can identify
10 this document.
11   A   This is an e-mail that I sent to Matt
12 McGrath about the situation of my inadequate
13 employee record.
14   Q   And what did you ask Mr. McGrath to do?
15   A   I guess I'm going to say it here
16 somewhere. Did I ask him to do something in this?
17 I will read the whole thing if you want.
18   Q   Well, I had understood that you were
19 seeking to have Mr. McGrath's help in establishing
20 your critical elements.
21   A   Right. "I understand from Linda Tressa
22 that she forwarded to you the materials necessary

558

1 to complete this task, and I would like to request
2 that it be completed right away."
3   Q   And did Mr. McGrath respond to your
4 request?
5   A   No.
6   MS. MURPHY:   Thank you, Your Honor.
7 That's all I have.
8   Excuse me.  I would like to move to admit
9 Exhibit J into evidence.
10   ADMIN. JUDGE SCHNEIDER:   Any objection?
11   MS. PERRY:   No objection.
12   ADMIN. JUDGE SCHNEIDER:   Okay.  One
13 moment, please.
14   [Pause.]
15   ADMIN. JUDGE SCHNEIDER:   Okay.  Agency
16 Exhibit J, which is a couple of e-mails from -- at
17 least the one on top -- Leanne Mella to Mr. McGrath
18 sent Wednesday, May 8, 2002, is admitted into
19 evidence.
20                    [Agency's Exhibit J was
21                    received in evidence.]
22   ADMIN. JUDGE SCHNEIDER:   Any questions?

559

1   MS. PERRY:   Yes.
2            CROSS-EXAMINATION
3   BY MS. PERRY:
4   Q   Ms. Mella, Mr. McGrath wasn't the division
5 chief at the time you began your employment with
6 the agency; isn't that correct?
7   A   That's correct.
8   Q   In fact, Mr. Wunder was the acting chief
9 at that time; isn't that correct?
10   A   We had a division chief, Tom Carmichael,
11 who left in -- oh, I guess in late August. I don't
12 know the exact dates. There was not much -- there
13 wasn't a very long period between Carmichael
14 leaving and McGrath coming on, maybe two weeks.
15   Q   Mr. Carmichael never provided you with
16 work requirements; isn't that correct?
17   A   Apparently not.
18   Q   And Mr. Wunder never provided you with
19 work requirements; isn't that correct?
20   A   No. It was only in May when I --
21   Q   Thank you, Ms. Mella.
22   Did Mr. McGrath ever refuse to meet with

560

1 you?
2   A   In all honesty, at a certain point, Mr.
3 McGrath became nonresponsive to e-mails and
4 voicemails.
5   Q   It's true, isn't it, that Mr. McGrath
6 never refused to meet with you.
7   A   [No response.]
8   Q   You have to give me a verbal answer, Ms.
9 Mella.
10   A   Well, failure to respond is a refusal as
11 far as I'm concerned.
12   Q   Mr. McGrath was in your office to meet
13 with you on a regular basis; isn't that correct?
14   A   No.
15   Q   And you were in Mr. McGrath's office on a
16 regular basis; isn't that correct?
17   A   No.
18   Q   Mr. McGrath had group staff meetings when
19 he first became the chief; isn't that correct?
20   A   Yes.
21   Q   In fact, he had three group staff
22 meetings; isn't that correct?