# EXHIBIT 20

## DECLARATION OF LEANNE MELLA

In accordance with the provision of Title 28, United States Code, Section 1746, I, Leanne Mella, make the following declaration to Betty L. Cox who has identified herself to me as an EEO Investigator, Southwind Enterprises, Inc. assigned by the US Department of State to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who must have access to this information in order to carry out his or her official duties.

This statement is given in relation to a complaint of discrimination filed by Matthew J. McGrath.

Q  Please state your full name.
A  Leanne Mella
Q  Please state your title and grade, the name of the agency by which you are employed, the organizational unit to which you are assigned, and the address of your duty station.
A  Program Officer, GS-13, ECA/PE/C/CU, 301 4th St. SW, Washington, DC
Q  Please state your organizational work relationship to Matthew McGrath at the present time.
A  None
Q  Please state your work relationship to Mr. McGrath at the time of the matters at issue in his complaint.
A  Mr. McGrath was Division Chief, Cultural Programs Division
Q  Please state your work relationship to Van S. Wunder at the present time, and if different, at the time of the matters at issue in Mr. McGrath's complaint.
A  Van S. Wunder, is the Director of the Office of Citizen Exchanges, the Office under which the Cultural Programs Div. is placed.

Initials ____

Page 1 of 8

Exhibit 12

| | | |
|---|---|---|
| 1 | Q | Please state your race. |
| 2 | A | Caucasian |
| 3 | Q | Have you previously participated in activities protected under Title VII of the |
| 4 | | Civil Rights Act of 1964, as amended, such as by protesting alleged |
| 5 | | discriminatory activities or by participating in any way in the EEO process? |
| 6 | A | No |
| 7 | Q | Are you aware of the Department of State's policy on harassment? Have you |
| 8 | | received training in that policy? |
| 9 | A | No |
| 10 | Q | Are you aware of how to raise concerns about harassment in order to have |
| 11 | | those concerns addressed? |
| 12 | A | Generally |
| 13 | a) | *his supervisor attempted to undermine his authority as Chief, Division of* |
| 14 | | *Citizen Exchanges, Office of Cultural Programs, Bureau of Educational and* |
| 15 | | *Cultural Affairs* |
| 16 | Q | Mr. McGrath alleges that Mr. Wunder attempted to have him dismiss from |
| 17 | | employment Evangeline "EJ" Montgomery. He contends Mr. Wunder told |
| 18 | | him to document problems in her performance with the view to using that |
| 19 | | information to terminate her employment. Do you have any reason to |
| 20 | | believe Mr. Wunder was trying to pressure Mr. McGrath to document |
| 21 | | performance problems with Ms Montgomery in order to terminate her |
| 22 | | employment? What leads you to the conclusion reached? |
| 23 | A | I have no factual knowledge of attempts to terminate Ms. Montgomery. |
| 24 | Q | Did Ms Montgomery exhibit any problems in accomplishing her work, to |
| 25 | | your knowledge, that indicated she needed assistance or accommodation in |
| 26 | | order to complete her major duties? Please explain. |
| 27 | A | None known to me. |
| 28 | Q | Do you have any reason to believe that Mr. Wunder retaliated against Mr. |
| 29 | | McGrath because he refused to document performance problems and |

Initials ____

|   |   |   |
|---|---|---|
| 1 |   | discharge Ms Montgomery from employment? What leads you to the |
| 2 |   | conclusion reached? |
| 3 | A | I have no factual knowledge of this. |
| 4 | Q | Do you have any direct knowledge of whether or why Mr. McGrath's home |
| 5 |   | leave while he was Division Chief was shortened from 25 work days to 20 |
| 6 |   | work days? If so, please describe your knowledge and explain how you |
| 7 |   | come by it. |
| 8 | A | I have no direct knowledge of this. |
| 9 | Q | Do you recall a project being assigned to Ms Montgomery by Mr. Wunder? If |
| 10 |   | so, in your opinion was the assignment out of the ordinary in terms of the |
| 11 |   | kinds of assignments Ms Montgomery (or other program officers) received? |
| 12 |   | Please explain. |
| 13 | A | I have no knowledge of this. |
| 14 | Q | Did you observe any conduct on the part of Mr. Wunder toward Mr. |
| 15 |   | McGrath that led you to conclude Mr. Wunder was biased against Mr. |
| 16 |   | McGrath because of Mr. McGrath's race? If so, please describe the conduct |
| 17 |   | and explain what led you to conclude Mr. Wunder held a racial bias against |
| 18 |   | Mr. McGrath. |
| 19 | A | I never observed any behavior by Mr. Wunder toward Mr. McGrath that was |
| 20 |   | anything but respectful and polite. |
| 21 | Q | Did you observe any conduct on Mr. Wunder's part that indicated to you he |
| 22 |   | was trying to undermine Mr. McGrath's authority with his staff or over his |
| 23 |   | division? If so, please describe the conduct and explain what led you to |
| 24 |   | conclude Mr. Wunder was attempting to undermine Mr. McGrath's |
| 25 |   | authority. |
| 26 | A | No. |
| 27 | Q | Did you observe any conduct by Mr. Wunder that you interpreted as being |
| 28 |   | intended to create a hostile work environment for Mr. McGrath? If so, please |

Initials ____

Page 3 of 8

| | | |
|---|---|---|
| 1 | | describe the conduct and explain what leads you to conclude this was |
| 2 | | intended to harass Mr. McGrath and cause a hostile work environment. |
| 3 | A | No. |
| 4 | Q | According to your direct knowledge, when Mr. McGrath went on home |
| 5 | | leave, was everything completed and in place for the Secretary of State to |
| 6 | | host a reception in honor of the Thelonius Monk Institute and the winner of |
| 7 | | its international jazz competition, including any necessary certificates of |
| 8 | | appreciation? Please describe your knowledge and explain how you come by |
| 9 | | it. |
| 10 | A | I have no direct knowledge of this. |
| 11 | Q | Mr. McGrath alleges Mr. Wunder opposed the reception being held. Mr. |
| 12 | | McGrath also alleges the reception was a success, and that Mr. Wunder was |
| 13 | | "obviously embarrassed on having his insensitivity and poor professional |
| 14 | | judgement revealed for all to see." To your knowledge, was the reception a |
| 15 | | success? Do you have any reason to believe Mr. Wunder was embarrassed |
| 16 | | by the project being successful or because the success revealed "his |
| 17 | | insensitivity and poor judgement for all to see?" Please explain. |
| 18 | A | I have no knowledge of this and did not attend the reception. |
| 19 | Q | Is there anything you would like to add to your statement about this claim? |
| 20 | A | No. |
| 21 | b) | *his supervisor gave him a negative performance evaluation as Chief,* |
| 22 | | *Division of Citizen Exchanges, on 4/11/02 and 4/29/02;* |
| 23 | Q | Did Mr. McGrath hold staff meetings? If so, how frequently? |
| 24 | A | No. Perhaps two during his tenure. |
| 25 | Q | Did you find it easy to gain access to Mr. McGrath to discuss any problems or |
| 26 | | concerns you had about the programs or projects for which you were |
| 27 | | responsible? Please give specific examples. |
| 28 | A | At the outset of his tenure, Mr. McGrath was available for conversation. |

Initials ____                                                        Page 4 of 8

| | | |
|---|---|---|
| 1 | Q | Did Mr. McGrath seek you out to discuss programs and projects assigned to |
| 2 | | you? |
| 3 | A | On occasion during the earliest stages of his tenure. |
| 4 | Q | Were you aware of the budget for projects or programs assigned to you or |
| 5 | | what had been spent against budget at any given time? |
| 6 | A | Qualified yes, for certain partnership projects that I tracked closely. For other |
| 7 | | division programs for which I had responsibility, it was rare that I had any |
| 8 | | idea where we stood. We were not regularly given copies of the CUFF |
| 9 | | (program expenditures) accounts, nor was I consulted regularly about |
| 10 | | items/services to be charged to my programs. |
| 11 | Q | Did you have occasion to telephone Mr. McGrath or send him emails? If so, |
| 12 | | did he tend to respond to you in a timely manner? |
| 13 | A | No. He never read or responded to emails and did not check his voice mail. |
| 14 | Q | How would you describe Mr. McGrath's management style? |
| 15 | A | Unfortunately, Mr. McGrath did not exhibit traits of temperament or training |
| 16 | | which could be considered suitable for a management position. |
| 17 | Q | Did you ever ask Mr. McGrath to clear a routine cable for you? If so, did he |
| 18 | | do so? Who typically responded to your requests for such routine matters? |
| 19 | A | On occasion during the earliest months of this tenure Mr. McGrath would |
| 20 | | clear cables in a timely manner, however, for the most part he ignored |
| 21 | | requests. Cables are cleared by a variety of individuals representing |
| 22 | | constituencies or parties to the subject under discussion. Mr. Wunder |
| 23 | | regularly cleared for my cables. |
| 24 | Q | During Mr. McGrath's home leave, did you have occasion to talk with Mr. |
| 25 | | Wunder about Mr. McGrath's performance as a manager? If so, did you raise |
| 26 | | to Mr. Wunder's attention any concerns you may have had about his |
| 27 | | management? Please describe your conversation with Mr. Wunder. |
| 28 | A | During the entire period in question in this interrogatory, I worked with Mr. |
| 29 | | Wunder on almost a daily basis. On occasion I may have discussed with him |

Initials ____

|    |   |                                                                                     |
|----|---|-------------------------------------------------------------------------------------|
| 1  |   | activities and conditions in our division. Since I kept no contemporaneous          |
| 2  |   | log of my conversations with him, I have no record of where Mr. McGrath             |
| 3  |   | was at any given time. Nor do I have any specific recollection of my                |
| 4  |   | conversations with Mr. Wunder about Mr. McGrath. However, I grew                    |
| 5  |   | increasingly dismayed by what I considered to be a failure of adequate              |
| 6  |   | management in our division and it is entirely likely that I shared my dismay        |
| 7  |   | with Mr. Wunder.                                                                    |
| 8  | Q | Were you familiar with the division's budget when Mr. McGrath was                   |
| 9  |   | division chief?                                                                     |
| 10 | A | I was familiar with the total direct program expenditures annual allocation.        |
| 11 |   | That is, the maximum sum we were allowed to spend on programs.                      |
| 12 | Q | Mr. Wunder directed Mr. McGrath in a March 8 memorandum to begin                    |
| 13 |   | holding regular, weekly staff meetings. Did Mr. McGrath begin holding               |
| 14 |   | regular, weekly staff meetings after March 8?                                       |
| 15 | A | No.                                                                                 |
| 16 | Q | The March 8 memo also directed Mr. McGrath to take time to meet with each           |
| 17 |   | of his staff members individually and review with them their projects,              |
| 18 |   | budgets and plans. Did Mr. McGrath meet with you individually to review             |
| 19 |   | your project, budgets, and plans?                                                   |
| 20 | A | No.                                                                                 |
| 21 | Q | In a May 20, 2002, memo, Mr. Wunder directed Mr. McGrath to establish               |
| 22 |   | your work requirements. When did you initially come under Mr. McGrath's             |
| 23 |   | supervision? When were your work requirements established and given to              |
| 24 |   | you?                                                                                |
| 25 | A | I came under Mr. McGrath's supervision on September 11, 2001. My work               |
| 26 |   | requirements were formally established and given to me in June, 2002.               |
| 27 | Q | Is there anything you would like to add to your statement on this claim?            |
| 28 | A | No.                                                                                 |

| | | |
|---|---|---|
| 1 | c) | *he was subjected to an involuntary curtailment of his assignment as Chief,* |
| 2 | | *Division of Citizen Exchanges, Office of Cultural Programs, Bureau of* |
| 3 | | *Educational and Cultural Affairs* |
| 4 | Q | Do you have any direct knowledge of the decision to involuntarily curtail Mr. |
| 5 | | McGrath's assignment as Chief, Division of Citizen Exchanges? If so, please |
| 6 | | describe your knowledge and explain how you come by it. |
| 7 | A | I have no knowledge of the circumstances of Mr. McGrath's curtailment. His |
| 8 | | severance from our division was announced by Deputy Assistant Secretary |
| 9 | | Hart at a staff meeting at which we were told that an effort was underway to |
| 10 | | get us effective management. |
| 11 | d) | *the discriminatory curtailment had the result of denying Complainant a* |
| 12 | | *career-enhancing follow-on assignment.* |
| 13 | Q | Do you have any direct knowledge of whether the curtailment had the result |
| 14 | | of denying Mr. McGrath a career enhancing follow-on assignment? If so, |
| 15 | | please describe your knowledge and explain how you come by it. |
| 16 | A | I have no knowledge of this at all. |
| 17 | | |

|  |  |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | Executed on this day, Sept. 13, _____, 2002. |

*[signature: Leanne Mella]*

Leanne Mella

Initials ____                                                                 Page 8 of 8