# EXHIBIT 21

| | | |
|---|---|---|
| 1 | | **DECLARATION OF KATHRYN WAINSCOTT** |
| 2 | | |
| 3 | | In accordance with the provision of Title 28, United States Code, Section 1746, |
| 4 | I, Kathryn Wainscott, make the following declaration to Betty L. Cox who has |
| 5 | identified herself to me as an EEO Investigator, Southwind Enterprises, Inc. assigned |
| 6 | by the US Department of State to perform this investigation, knowing that this |
| 7 | statement may be used in evidence. I understand that this statement is not |
| 8 | confidential and may be shown to any party who must have access to this |
| 9 | information in order to carry out his or her official duties. |
| 10 | | This statement is given in relation to a complaint of discrimination filed by |
| 11 | Matthew J. McGrath . |
| 12 | Q | Please state your full name. |
| 13 | A | Kathryn Wainscott |
| 14 | Q | Please state your title and grade, the name of the agency by which you are |
| 15 | | employed, the organizational unit to which you are assigned, and the |
| 16 | | address of your duty station. |
| 17 | A | Senior Program Officer, GS-1001-13, U.S. Department of State, Office of |
| 18 | | Citizen Exchanges - Cultural Programs Division (ECA/PE/C/CU). 301 4th |
| 19 | | Street, SW, Washington, DC 20547. |
| 20 | Q | Please state your organizational work relationship to Matthew McGrath at |
| 21 | | the present time. |
| 22 | A | None at the present time. |
| 23 | Q | Please state your work relationship to Mr. McGrath at the time of the matters |
| 24 | | at issue in his complaint. |
| 25 | A | Mr. McGrath was my immediate supervisor when he had the position of |
| 26 | | Division Chief of the Cultural Programs Division. |
| 27 | Q | Please state your work relationship to Van S. Wunder at the present time, |
| 28 | | and if different, at the time of the matters at issue in Mr. McGrath's |
| 29 | | complaint. |

Exhibit ___8___

| | | |
|---|---|---|
| 1 | A | Mr. Wunder is the director of the Office of Citizen Exchanges, and the |
| 2 | | immediate supervisor of the Division Chief of the Cultural Programs |
| 3 | | Division. I have the same working relationship with Mr. Wunder as at the |
| 4 | | time of the matters at issue in Mr. Mr. McGrath's complaint. |
| 5 | Q | Please state your race. |
| 6 | A | Caucasian. |
| 7 | Q | Have you previously participated in activities protected under Title VII of the |
| 8 | | Civil Rights Act of 1964, as amended, such as by protesting alleged |
| 9 | | discriminatory activities or by participating in any way in the EEO process? |
| 10 | A | No. |
| 11 | Q | Are you aware of the Department of State's policy on harassment? Have you |
| 12 | | received training in that policy? |
| 13 | A | I am not aware of DOS's policy on harassment. I have not received training |
| 14 | | as a DOS employee. |
| 15 | Q | Are you aware of how to raise concerns about harassment in order to have |
| 16 | | those concerns addressed? |
| 17 | A | No. |
| 18 | a) | *his supervisor attempted to undermine his authority as Chief, Division of* |
| 19 | | *Citizen Exchanges, Office of Cultural Programs, Bureau of Educational and* |
| 20 | | *Cultural Affairs* |
| 21 | Q | Mr. McGrath alleges that Mr. Wunder attempted to have him dismiss from |
| 22 | | employment Evangeline "EJ" Montgomery. He contends Mr. Wunder told |
| 23 | | him to document problems in her performance with the view to using that |
| 24 | | information to terminate her employment. Do you have any reason to |
| 25 | | believe Mr. Wunder was trying to pressure Mr. McGrath to document |
| 26 | | performance problems with Ms Montgomery in order to terminate her |
| 27 | | employment? What leads you to the conclusion reached? |

| | | |
|---|---|---|
| 1 | A | I was not aware Mr. Wunder was trying to pressure Mr. McGrath to document performance problems with Ms Montgomery in order to terminate her employment. |
| 4 | Q | Did Ms Montgomery exhibit any problems in accomplishing her work, to your knowledge, that indicated she needed assistance or accommodation in order to complete her major duties? Please explain. |
| 7 | A | Not that I am aware of. |
| 8 | Q | Do you have any reason to believe that Mr. Wunder retaliated against Mr. McGrath because he refused to document performance problems and discharge Ms Montgomery from employment? What leads you to the conclusion reached? |
| 12 | A | No. |
| 13 | Q | Do you have any direct knowledge of whether or why Mr. McGrath's home leave while he was Division Chief was shortened from 25 work days to 20 work days? If so, please describe your knowledge and explain how you come by it. |
| 17 | A | No. |
| 18 | Q | Do you recall a project being assigned to Ms Montgomery by Mr. Wunder? If so, in your opinion was the assignment out of the ordinary in terms of the kinds of assignments Ms Montgomery (or other program officers) received? Please explain. |
| 22 | A | I am not aware that Mr. Wunder assigned Ms. Montgomery an assignment. |
| 23 | Q | Did you observe any conduct on the part of Mr. Wunder toward Mr. McGrath that led you to conclude Mr. Wunder was biased against Mr. McGrath because of Mr. McGrath's race? If so, please describe the conduct and explain what led you to conclude Mr. Wunder held a racial bias against Mr. McGrath. |
| 28 | A | Mr. Wunder's conduct towards Mr. McGrath was always courteous and professional. |

Initials ____                                             Page 3 of 9

| | | |
|---|---|---|
| 1 | Q | Did you observe any conduct on Mr. Wunder's part that indicated to you he |
| 2 | | was trying to undermine Mr. McGrath's authority with his staff or over his |
| 3 | | division? If so, please describe the conduct and explain what led you to |
| 4 | | conclude Mr. Wunder was attempting to undermine Mr. McGrath's |
| 5 | | authority. |
| 6 | A | None whatsoever. |
| 7 | Q | Did you observe any conduct by Mr. Wunder that you interpreted as being |
| 8 | | intended to create a hostile work environment for Mr. McGrath? If so, please |
| 9 | | describe the conduct and explain what leads you to conclude this was |
| 10 | | intended to harass Mr. McGrath and cause a hostile work environment. |
| 11 | A | None whatsoever. |
| 12 | Q | According to your direct knowledge, when Mr. McGrath went on home |
| 13 | | leave, was everything completed and in place for the Secretary of State to |
| 14 | | host a reception in honor of the Thelonius Monk Institute and the winner of |
| 15 | | its international jazz competition, including any necessary certificates of |
| 16 | | appreciation? Please describe your knowledge and explain how you come by |
| 17 | | it. |
| 18 | A | Mr. McGrath informed me the day before he departed for his home leave that |
| 19 | | I would be acting Division Chief in his absence. (Mr. McGrath did not notify |
| 20 | | his staff, verbally or through an email, of his leave plans.) That same day, I |
| 21 | | went to his office and asked if there was anything I needed to follow-up on |
| 22 | | while he was away. He said that there was nothing. I learned, from a |
| 23 | | colleague, that Mr. McGrath was involved in planning the reception at Main |
| 24 | | State in honor of the Thelonius Monk Institute. I did not know of his |
| 25 | | involvement in planning the reception beforehand. Shortly after he left for |
| 26 | | home leave, the same colleague told me that Mr. McGrath was to have |
| 27 | | certificates of appreciation signed by the Secretary, but that he did not do so |
| 28 | | before his departure for home leave. |

Initials ____                                                                                                    Page 4 of 9

1  Q  Mr. McGrath alleges Mr. Wunder opposed the reception being held. Mr. McGrath also alleges the reception was a success, and that Mr. Wunder was "obviously embarrassed on having his insensitivity and poor professional judgement revealed for all to see." To your knowledge, was the reception a success? Do you have any reason to believe Mr. Wunder was embarrassed by the project being successful or because the success revealed "his insensitivity and poor judgement for all to see?" Please explain.

8  A  I had no knowledge that Mr. Wunder was opposed to the reception. In the absence of Mr. McGrath, Mr. Wunder assigned another Division Chief to take charge in the planning of the reception for ECA. I did not attend the reception, but I understand it was successful.

12 Q  Is there anything you would like to add to your statement about this claim?

13 A  No.

14 b) *his supervisor gave him a negative performance evaluation as Chief, Division of Citizen Exchanges, on 4/11/02 and 4/29/02;*

16 Q  Did Mr. McGrath hold staff meetings? If so, how frequently?

17 A  Mr. McGrath assumed the responsibilities of Division Chief of the Cultural Programs Division on September 11, 2001. He held several staff meetings in September and October 2001. After this time, he did not convene any staff meetings.

21 Q  Did you find it easy to gain access to Mr. McGrath to discuss any problems or concerns you had about the programs or projects for which you were responsible? Please give specific examples.

24 A  Mr. McGrath was not an accessible manager. He was not receptive to discussing my programs or ideas for new ones. A week before one of my grants was paneled, I provided copy of the proposal to him for review. To the best of my knowledge, he did not read the proposal nor did he attend the panel session. Afterwards, there was no follow-up on his part.

29

Initials ____                                              Page 5 of 9

|    |   |   |
|----|---|---|
| 1  |   | He was not in favor of our office funding one of our division's most |
| 2  |   | important public/private partnerships.  Albeit a complicated program, he |
| 3  |   | had no interested in learning about this program. He also declined to attend |
| 4  |   | a yearly partners meeting that took place at the National Endowment for the |
| 5  |   | Arts in Washington, DC, in December 2001. |
| 6  | Q | Did Mr. McGrath seek you out to discuss programs and projects assigned to |
| 7  |   | you? |
| 8  | A | Not at anytime. |
| 9  | Q | Were you aware of the budget for projects or programs assigned to you or |
| 10 |   | what had been spent against budget at any given time? |
| 11 | A | I was aware of the budget for my programs, but the FY02 budget was |
| 12 |   | prepared by the previous Division Chief.   He did not provide the staff with |
| 13 |   | a revised budget. |
| 14 | Q | Did you have occasion to telephone Mr. McGrath or send him emails? If so, |
| 15 |   | did he tend to respond to you in a timely manner? |
| 16 | A | I did not have occasions to telephone Mr. McGrath, but I received phone calls |
| 17 |   | from DOS officers inquiring if he was away from the office because he had |
| 18 |   | not returned their phone call(s) or responded to their email(s).  He responded |
| 19 |   | infrequently to emails I sent to him regarding my programs. |
| 20 | Q | How would you describe Mr. McGrath's management style? |
| 21 | A | Poor to nonexistent. |
| 22 | Q | Did you ever ask Mr. McGrath to clear a routine cable for you?  If so, did he |
| 23 |   | do so?  Who typically responded to your requests for such routine matters? |
| 24 | A | It often took several days for him to clear on cables and on several occasions |
| 25 |   | he did not respond at all. |
| 26 | Q | During Mr. McGrath's home leave, did you have occasion to talk with Mr. |
| 27 |   | Wunder about Mr. McGrath's performance as a manager?  If so, did you raise |
| 28 |   | to Mr. Wunder's attention any concerns you may have had about his |
| 29 |   | management? Please describe your conversation with Mr. Wunder. |

| | | |
|---|---|---|
| 1 | A | I do not recall discussing with Mr. Wunder, Mr. McGrath's performance as a |
| 2 | | manager during the time he was on home leave. |
| 3 | Q | Were you familiar with the division's budget when Mr. McGrath was |
| 4 | | division chief? |
| 5 | A | I became familiar with our division's budget during the time Mr. McGrath |
| 6 | | was on home leave and I was acting division chief. |
| 7 | Q | Mr. Wunder directed Mr. McGrath in a March 8 memorandum to begin |
| 8 | | holding regular, weekly staff meetings. Did Mr. McGrath begin holding |
| 9 | | regular, weekly staff meetings after March 8? |
| 10 | A | No. |
| 11 | Q | The March 8 memo also directed Mr. McGrath to take time to meet with each |
| 12 | | of his staff members individually and review with them their projects, |
| 13 | | budgets and plans. Did Mr. McGrath meet with you individually to review |
| 14 | | your project, budgets, and plans? |
| 15 | A | No. |
| 16 | Q | Did you, along with Mr. Wunder and Mr. Hart, prepare a budget report for |
| 17 | | the Citizen Exchanges Division for the reprogramming letter to the House |
| 18 | | Appropriates Committee? If so, what had Mr. McGrath's responsibility been |
| 19 | | in the production of this report? When the three of your prepared the report, |
| 20 | | did you find that some of the projects were over budget? Please describe |
| 21 | | what transpired in this situation and whether Mr. Hart and Mr. Wunder |
| 22 | | expressed any concerns with the management of the division and its budget, |
| 23 | | giving specifics as you recall them. |
| 24 | A | Mr. Wunder asked me to provide a description (with funding detail) of all |
| 25 | | cultural programs included in the FY 02 spending plan. I do not know of Mr. |
| 26 | | McGrath responsibilities in the production of this report. I worked with Mr. |
| 27 | | Wunder on the preparation of this spending plan and used a budget that had |
| 28 | | previously been approved. I do not remember Mr. Wunder expressing |
| 29 | | concerns about the management of the division's budget. I worked on this |

Initials ____                                                              Page 7 of 9

| | | |
|---|---|---|
| 1 | | spending plan during the time Mr. McGrath was on home leave and I was |
| 2 | | acting division chief. |
| 3 | Q | Is there anything you would like to add to your statement on this claim? |
| 4 | A | No. |
| 5 | c) | *he was subjected to an involuntary curtailment of his assignment as Chief,* |
| 6 | | *Division of Citizen Exchanges, Office of Cultural Programs, Bureau of* |
| 7 | | *Educational and Cultural Affairs* |
| 8 | Q | Do you have any direct knowledge of the decision to involuntarily curtail Mr. |
| 9 | | McGrath's assignment as Chief, Division of Citizen Exchanges? If so, please |
| 10 | | describe your knowledge and explain how you come by it. |
| 11 | A | No. |
| 12 | d) | *the discriminatory curtailment had the result of denying Complainant a* |
| 13 | | *career-enhancing follow-on assignment.* |
| 14 | Q | Do you have any direct knowledge of whether the curtailment had the result |
| 15 | | of denying Mr. McGrath a career enhancing follow-on assignment? If so, |
| 16 | | please describe your knowledge and explain how you come by it. |
| 17 | A | No. |
| 18 | | |

Initials ____                                                                                          Page 8 of 9

1   I declare under penalty of perjury that the foregoing is true and correct.
2   Executed on this day, _SEPTEMBER 9_, 2002.
3
4   _/s/ Kathryn Wainscott_
5   Kathryn Wainscott
6
7
8
9
10