# EXHIBIT 25

**Brandon, Arlene M (IRM)**

| | |
|---|---|
| **From:** | Caramanica, Janice F |
| **Sent:** | Tuesday, June 25, 2002 8:27 AM |
| **To:** | Brandon, Arlene M (IRM)(S/OCR) |
| **Subject:** | FW: McGrath Counseling Background |
| **Importance:** | High |

As requested, this is the e-mail Mr. Wunder sent to me following our conversation last week.

Janice

-----Original Message-----
**From:** Wunder, Van S
**Sent:** Wednesday, June 19, 2002 3:47 PM
**To:** Caramanica, Janice F(S/OCR)
**Subject:** FW: McGrath Counseling Background

Ms. Caramanica-- Below is the e-mail I sent to Ms. Pope on June 11.

++++++++++++++++++++++++++++

Van S. Wunder III
Director
Office of Citizen Exchanges
Bureau of Educational and Cultural Affairs
U.S. Department of State
SA-44
301 4th St., SW
Washington, DC 20547

tel. 202- 619-5348
fax 202-619-4350
e-mail: vwunder@pd.state.gov

++++++++++++++++++++++++++++

> -----Original Message-----
> From:    Wunder, Van S
> Sent: Tuesday, June 11, 2002 2:39 PM
> To:    Pope, Barbara S(S/OCR)
> Subject:    McGrath Counseling Background
>
> Assistant Sec. Pope-- Attached is my March 8 counseling memo to Matt
> McGrath, along with a memo I sent him on May 20 asking for updates on
> several projects handled by his division (to which I received no reply).
>
> I did not keep notes on the meeting to discuss his OER on April 18.
> However, the discussion focused on the points I made in his written OER--
> that he had failed to exert managerial leadership of his staff and had
> become reclusive and non-communicative. I reiterated my feeling that he
> was consistently neglecting his leadership responsibilities. He made no
> substantive response. Here is an extract from the record that I have kept
> of my dealings with him to give you a flavor of the relationship.
>
> ++++++++++++++++
>
> March 8, 2002- Mtg. With McGrath, delivered memo-discussed his need to
> exercise more managerial control over staff-stressed that job of Div.
> Chief is to work with staff to obtain program results-noted that if some
> staff have disabilities, attempt must be made to help them cope-if

1

-aue 16 or 33

> performance is still not acceptable, then additional steps may have to be
> made, such as changing responsibilities among staff- memo directed McGrath
> to establish weekly staff meetings and meet with his staff to review their
> programs and budgets
>
> O/a April 4, 2002- raised issue of voice recognition software for EJ
> Montgomery with Bill May (ECA Technical Advisor); he said he would
> investigate possibilities
>
> April 7- Asked McGrath to meet with a representative of the Korean Embassy
> who wanted info on our exhibit programs. No follow up.
>
> O/a April 8, 2002-mentioned to EJ Montgomery in hall that Bill May was
> investigating voice recognition software for her possible use. She said
> that she was ready to try it.
>
> April 9- Asked McGrath to advise me on whom from his office should travel
> to a conference of the American Association of Museums, a major grantee
> partner of the Division of Cultural Programs. No response provided.
>
> April 12- left draft EER in McGrath's office, asked him for any specific
> goals or feedback- received none
>
> April 18, 2002-- Discussed EER with McGrath-asked for comments, received
> none
>
> April 24, 2002-sent e-mail to McGrath, asking that he come by office to
> sign EER forms-no response; telephoned several times; no answer or
> response to messages
>
> April 28, 2002-sent e-mail to McGrath, notifying him that I had left
> signed EER forms on his desk and asked him to sign and bring signed copies
> to my office to make copies; no response
>
> April 29, 2002-- tried to call again on EER issue, but no response; called
> but got no answer, no response to messages
>
> May 2- Sent McGrath request for his guidance on how to proceed with the
> competition on the Intercultural Public-Private Fellows (ICCP) project, a
> major grant competition in the Cultural Programs Division. By May 23, no
> guidance was provided, despite several direct e-mail and verbal requests
> from his Program Officer and me.
>
> May 8-Asked McGrath in e-mail to set up job elements for Program Officer
> Leanne Mella, which should have been established in September after she
> was newly hired. No action taken, no response.
>
> May 15- A Program Officer in the Cultural Division requested McGrath
> attend a meeting with a grantee of the Cultural Programs Division handling
> programs in China. No response.
>
> May 16-8:49 am- Sent McGrath e-mail directing him to set up a weekly
> meeting for me with him and his staff and provide me with a weekly preview
> of his (McGrath's) activities and appointments (since he works on another
> floor and had been difficult to contact). No meeting arranged, no weekly
> schedule provided.
>
> May 16- 3:30 pm- Discussion in McGrath's office, when I asked for a status
> report on several issues, and complained that he never seemed to be
> available to answer phone calls. Also, noted that McGrath never responded
> to e-mails. I noted that McGrath had not returned any phone messages or
> e-mails in over two weeks. McGrath responded that "just because I don't
> answer the phone doesn't mean that I'm not here." I noted that his
> computer was not turned on. Advised him to answer phone and return

> e-mails and phone messages.
>
> May 20-- Sent McGrath memo directing him to provide me with an e-mail
> update on several projects being handled by the Cultural Programs
> Division. No report ever received.
>
> May 21- McGrath failed to attend meeting of his staff to review proposals
> and panel preparations for the ICCP competition. When asked directly by
> me to join the meeting, he refused, stating that "if you are there, no
> need for me to join in." Staff was frustrated that they had received no
> feedback from McGrath on the ICCP competition, and asked me how to
> proceed. I advised them to do all that they could up to the point of
> action required by Mr. McGrath. I noted that if action then not taken, it
> is Mr. McGrath's fault, not theirs. Staff confirmed that no weekly staff
> meetings had been held in past weeks, or requested for the future by
> McGrath.
>
> May 23-- DAS Hart, Deborah Hunsley of ECA-IIP/EX/HR and I met with McGrath
> at 3:00 PM and presented him with a memo advising him that ECA had
> requested his involuntary curtailment, and that he had 48 hours to decide
> whether to request a voluntary curtailment.
>
> May 23- Program Officer in Cultural Division asked me to clear a routine
> cable on a major, ongoing cultural program, noting that McGrath had failed
> to respond to her or clear such cables in the past.
>
>
>
>
>
> <<McGrath May 20 memo.doc>>  <<mcgrath performance memo.doc>>
>
> +++++++++++++++++++++++++++
>
> Van S. Wunder III
> Director
> Office of Citizen Exchanges
> Bureau of Educational and Cultural Affairs
> U.S. Department of State
> SA-44
> 301 4th St., SW
> Washington, DC 20547
>
> tel. 202- 619-5348
> fax 202-619-4350
> e-mail: vwunder@pd.state.gov
>
> +++++++++++++++++++++++++++
>
>
>
> +++++++++++++++++++++++++++
>
> Van S. Wunder III
> Director
> Office of Citizen Exchanges
> Bureau of Educational and Cultural Affairs
> U.S. Department of State
> SA-44
> 301 4th St., SW
> Washington, DC 20547
>
> tel. 202- 619-5348
> fax 202-619-4350

3

page 18 of 33

> e-mail: vwunder@pd.state.gov
>
> ++++++++++++++++++++++++++++

[McGrath May 20 memo.doc]   [mcgrath performance memo.doc]

>