# EXHIBIT 27



See Instructions Before Completing
U.S. Department of State

# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

## SUBMISSION CONTROL

| DATE RECEIVED IN POST/BUREAU (mm-dd-yyyy) | DATE RECEIVED IN HR/PE (mm-dd-yyyy) | DATE RELEASED TO DEPARTMENT FILES (mm-dd-yyyy) |
|---|---|---|
| | | |

**NAME OF EMPLOYEE BEING RATED** (Last, First, MI)
MC GRATH     Mathew

| TYPE OF REPORT | GRADE | SSN |
|---|---|---|
| REGULAR ☒   CAREER CANDIDATE ☐   VOLUNTARY ☐ | FS-01 | |
| INTERIM: Change of Rater ☐   Duties ☐   Assignment ☐ | POSITION TITLE: Division Chief, Division of Cultural Programs, ECA | |

| POST OR ORGANIZATION | PERIOD COVERED (mm-dd-yyyy) |
|---|---|
| Bureau of Educational and Cultural Affairs | From 09-08-2001   To 04-15-2002 |

| RATER: WUNDER, Van S. III | REVIEWER: None appropriate |
|---|---|
| TITLE: Office Director, ECA/PE/C   GRADE: FE-OC | TITLE:   GRADE: |

After careful review, I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.

A. _____   _____
   Rater's signature upon completion of Sections I, III, IV, and V    Date (mm-dd-yyyy)

B. _____   _____
   Reviewer's signature upon completion of Section VI    Date (mm-dd-yyyy)

## I. CERTIFICATION - WORK REQUIREMENTS AND COUNSELING

Work requirements were established by rater, reviewer, and employee on (mm-dd-yyyy) _____

If applicable, requirements were revised on (mm-dd-yyyy) _____

Employee's performance was discussed (candidate was counseled) on at least two dates as follows: (mm-dd-yyyy)

1. 03-08-2002    2. _____    3. _____    4. _____

In the case of an unsatisfactory performance rating, this is also to certify that the requirements of 3 FAH-1 H-2814.3 (tenured employees), 3 FAH-1 H-2326 (employees subject to administrative promotion), or 3 FAM 2248 (FSO Career Candidates) have been met.

I certify that counseling sessions took place during the rating period and that at least one of them was documented in writing using the Counseling Certification Form (DS-1974).

_____    _____    _____
Rating Officer        Rated Employee       Date (mm-dd-yyyy)

## II. REVIEW PANEL STATEMENT (Completed by Review Panel)

A. Examples of Performance: Specific examples have been provided in all sections ☐ Yes (If not, return for rewrite)
B. Certification: This report has been prepared according to the regulations and contains no inadmissible material.

_____    _____    _____
Date (mm-dd-yyyy)    Panel Chairperson's Name - Type    Signature

C. Comments: (If submitted late, indicate who is responsible for delay.)

EXHIBIT
Wunder 1
7-16-08
ALL-STATE LEGAL SUPPLY CO.

When completed on Foreign Service personnel, this is an efficiency report which shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

EER FOR MC GRATH, Mathew   Rating Period From 09-08-2001 to 04-15-2002

### III. EMPLOYEE'S JOB AND WORK REQUIREMENTS (Established by Rater, Reviewer and Employee)

**A. Describe the position and where it fits in the staffing pattern; indicate the number and kind of employees supervised or team affiliation(s) and tasking(s), whichever is applicable.**

The Chief of the Cultural Programs Division is one of five division chiefs in the Office of Citizen Exchanges, Bureau of Educational and Cultural Affairs. The Cultural Division is located three floors above and at the opposite end of the building from the Office Director's suite. The Division Chief supervises 8 Civil Service employees, including 6 GS-13 program officers, a GS-9 Program Coordinator and a GS-7 Secretary. The Cultural Programs Division Chief is the only Foreign Service Officer leadership position in the Office except for the Office Director, and one of only about a dozen Foreign Service positions in the ECA Bureau.

**B. Divide work requirements into two categories: continuing responsibilities and specific objectives (including, as appropriate, professional development activities), listing these in descending priority order.**

Continuing responsibilities:

1. Develop policy applying to and exercise management control over programs developed by or assigned to the Division of Cultural Programs, ECA/PE/C/CU.

2. Establish and manage budgets for the division and individual ECA/PE/C/CU programs and maintain a record to provide an historical overview of program development and funding.

3. Open and maintain contact with the Department's regional bureaus, field posts and non-profit institutions with which ECA/PE/C/CU cooperates or may develop new programming partnerships.

. Arrange appropriate training for staff, with an emphasis on development of grant-making and program supervision skills and administrative support for program officers.

5. Ensure that all classified documents and information handled by employees of the office is fully safeguarded.

6.

Specific objectives:

None specified by the rated officer.

**C. Describe any special circumstances influencing the work program.**

Mr. McGrath began in the Office of Citizen Exchanges only days before 9/11, and was immediately forced to ...eal with the program ramifications of the change in Office programming in response to the terrorist attacks. He took delayed home leave in February 2002, which, when coupled with annual leave over Christmas holidays, kept him out of the office for about 7 weeks during the shortened Rating Period.

2

## IV. EVALUATION OF PERFORMANCE AND ACCOMPLISHMENTS (Completed by Rater)
### ALL CLASSES

**General Appraisal:**

|  | YES | NO |
|---|---|---|
| 1. All Employees: Performance was satisfactory or better (If no, see instructions for documenting unsatisfactory performance) | ☐ | ☒ |
| 2. SFS Members: 1. Adjustment of Salary Level -- Performance was excellent or better | ☐ | ☐ |
| 2. Member is recommended for Performance Pay (see instructions) | ☐ | ☐ |
| 3. Member is recommended for Recertification -- Performance was excellent or better (See instructions for recertification, conditional recertification, and non-recertification criteria) | ☐ | ☐ |

B. Discussion: Identify at least three of the work requirements including continuing responsibilities and/or specific objectives listed in Section III. For each, using examples, describe the employee's performance and accomplishments and his/her contribution to the Mission's or Bureau's Program Plan.

Mr. McGrath arrived in Washington directly from South Africa on September 8, and was confronted immediately with the need to adjust programming in the wake of 9/11. This included postponing jazz ambassador tours and reshaping the cultural program to respond to the new realities of the post-9/11 environment. Mr. McGrath's recent overseas experience could have been highly useful to the Office during this period. But, his contributions have in fact been modest and his presence increasingly disruptive.

Mr. McGrath did not gain traction in his job. Although he made some useful contributions on specific programs, he failed to develop a strategic approach to the work of his division. He had great difficulty managing personnel and responding to ad hoc projects I assigned to him. His program successes were individual and sporadic, such as closing negotiations on a 9/11 front-page exhibit that was eventually offered to the field by IIP, or working closely with CNN to cover the Jazz Ambassador program. He demonstrated a ar-total lack of interest in management basics. For example, he failed to respond to my repeated requests throughout the rating period to provide any specific work goals. He seemed increasingly disinterested in and dismissively cynical about bureaucratic routine such as drafting responses to correspondence for the Secretary or Under Secretary or preparing briefing memos and talking points. He recoiled from supervising his staff, missed deadlines, became distant from me and his staff and engaged only in those few programs that caught his interest, rather than in shaping and leading the overall program of his division.

Mr. McGrath has an intellectual grasp of foreign policy and public diplomacy issues, and expresses strong views on issues of cultural program policy based on his overseas experience. He quickly identified several personnel and program issues that deserved attention. He lost interest, however, when I asked him to come up with concrete plans to achieve measurable results in response to the needs he had identified. For example, starting in November 2001, he repeatedly expressed dissatisfaction with the Office's cooperation with the Festival Fund (a 14-year public-private partnership of the Pew Trusts, Rockefeller Foundation, NEA and ECA), noting that Fund support for performing arts groups was skewed toward events in Western Europe. When I asked him to develop a plan to convince the other partners to alter the operation of the Fund to address this imbalance, Mr. McGrath provided only additional critiques and eventually refused to work with the Program Officer for Performing Arts in his division responsible for the program.

Mr. McGrath projects an image of an iconoclast engaged in a lonely battle against the "system." In fact, the ECA system has been very tolerant of Mr. McGrath. There are places in the Foreign Service for independent inkers, as long as they have creative, innovative ideas and can communicate and lead. Mr. McGrath has some ideas, but is uncomfortable as a leader, and does not seem interested in communicating with his staff or me. During his counseling session with me on March 8, 2002, after reviewing these shortcomings, I suggested that he consider curtailing his assignment with ECA. He has not responded to this suggestion. For the mutual benefit of Mr. McGrath and ECA, it would be desirable in my view if his response were positive.

3

EER FOR MC GRATH, Mathew   Rating Period From 09-08-2001 to 04-15-2002

## V. EVALUATION OF POTENTIAL (Completed by Rater)

A. **For Career Candidates only:** Assessment of career potential as a Foreign Service Officer or Foreign Service Specialist:
- [ ] Unable to assess potential from observations to date
- [X] Candidate is unlikely to serve effectively even with additional experience
- [ ] Candidate is likely to serve effectively but judgment is contingent on additional evaluated experience
- [ ] Candidate is recommended for tenure and can be expected to serve successfully across a normal career span (see instructions)

(Support your choice by discussing below the candidate's potential for successful service across a normal career span, citing examples which illustrate strengths and weaknesses in each of the competencies cited below.)

B. **For all Foreign Service employees:** For each of the competency groups listed below, draw on specific examples of performance to describe the rated employee's potential for advancement in the Service. (See Core Precepts for definitions of competencies.)
1. Leadership Skills  2. Managerial Skills  3. Interpersonal Skills  4. Communication and Foreign Language Skills
5. Intellectual Skills  6. Substantive Knowledge

Leadership Skills- Throughout the rating period Mr. McGrath demonstrated an aversion to leadership that frustrated his staff as well as me. Several of his staff members complained directly to me that they felt like they were working in the dark, with no daily communication with or direction from Mr. McGrath. When I raised this with Mr. McGrath, his response was to blame the staff for being weak. When told by me that I expected him to find a way to lead his staff, whether weak or not, and that I considered that the central element of the job of a Division Chief, Mr. McGrath responded that he could not be expected to deal with problems that had not been solved by his predecessor. I interpreted this to mean that he was not prepared to exert the energy required to try to lead his division.

Managerial Skills-- Mr. McGrath clearly has problems meeting deadlines and responding to work assignments. He missed deadlines on some projects, including one involving the Secretary. In that case, he left behind the Friday he departed on home leave an unfinished memo to the Secretary, seeking his signature on a Certificate of Appreciation that was to be presented the following Sunday to Billy Taylor at the Kennedy Center. The memo was unfinished and no certificate was attached, and it was left with no instructions, no status report and no list of previous contacts with the Secretary's office. The details and timing of this project were known only to Mr. McGrath, and he had not shared them with me or anyone else on his staff. Our office avoided total embarrassment only by working directly with the Secretary's office to arrange presentation of a blank certificate by Mrs. Powell, pending the Secretary's return from an overseas visit. The fact that the Secretary was not even available, and could not have signed the certificate at such a late date, even if one had been prepared, showed that virtually every aspect of the project had been mishandled.

Interpersonal Skills and Communication-- Since his return from home leave in late February 2002, Mr. McGrath has been almost reclusive. Several of his program officer staff have commented to me that they felt "shut out" of any conversation with him and had no idea of his opinions on important program issues. For example, he failed to report in to me personally for 10 days after returning from home leave. He has responded only sporadically to my e-mailed communications with him, and increasingly does so only to express disagreements or complaints. His written communication is competent, but often needs proofing. In oral discussions, Mr. McGrath can be articulate, but has difficulty resisting cynical or sarcastic comments that can put interlocutors on edge.

Intellectual and substantive knowledge-- Mr. McGrath has had extensive overseas experience in cultural programming and claims to have met many key people in the US performing arts field through previous program contacts. He clearly has an interest in and a grasp of the role cultural programming can play to advance public diplomacy goals. But, he has not used this knowledge or experience effectively to engage with his staff or key Bureau contacts. He has raised some important issues on how our cultural programs are designed and run, but has consistently failed to move on to the next steps of proposing solutions and innovations to address these issues.

4

EER FOR MC GRATH, Mathew   Rating Period From 09-08-2001 to 04-15-2002

**C. Areas for Improvement:** The following must be completed for all employees. Employees should be made aware of areas where they should concentrate their efforts to improve. Specify at least one area in which he/she might best direct such efforts. Area(s) cited must be explicitly linked to one or more of the competency groups listed in Section V B and must have been discussed with the employee in counseling during the rating period. Justify your recommendation with examples and indicate below competency group(s) being addressed. (The response is not to be directed to need for formal training.)

Specify Competency ____Leadership/management skills____   Specify Competency ____Interpersonal skills____

Mr. McGrath has to decide whether he wants to lead or complain, be a manager and leader, or continue to pick and choose only those activities that he finds engaging. He must also decide whether he wants to deal with staff, peers and outside contacts as a mature Foreign Service Officer and representative of the Department of State, or continue to play the role of free-spirit locked in battle with a mindless bureaucracy.

## VI. REVIEW STATEMENT (Completed by Reviewer)

Assess the employee's performance and potential (if a career candidate, potential to serve across a normal career span-see instructions). Independent observations are encouraged and must be supported by additional examples of performance observed this rating period. Note differences with the rater's appraisal or recommendations. Comment on relations between rater and employee.

5

EER FOR MC GRATH, Mathew    Rating Period From 09-08-2001 to 04-15-2002

## VII. STATEMENT BY RATED EMPLOYEE

**A. Discussion:** This Section is intended to provide the rated employee's views on the period of performance appraised. You must comment on your most significant achievements during the period. You also may address any activities or problems not adequately covered in this report, ects of the appraisal which need clarification or correction. You are encouraged to state your current career goals including training and ments desired over the next 5 years. (Continuation sheets may be used.)

**B.** I acknowledge receipt of this report.

Date Section VII completed (mm-dd-yyyy) _____    _____
                                                              Employee's Signature

6