# EXHIBIT 28

DEPARTMENT
EXHIBIT I

| | |
|---|---|
| From: | Wunder, Van S |
| Sent: | Sunday, April 28, 2002 11:11 AM |
| To: | McGrath, Matthew |
| Cc: | Hunsley, Deborah |
| Subject: | FW: Your EER |

**Importance:** High

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Matt-- Since you did not come by my office on April 24 to sign your EER forms, I left them on your chair on Sunday, April 29. For procedural purposes, I consider that you have been given a completed copy of your EER on April 29, signed by the rating and reviewing officers. You have ten days to review and append your comments.

Deborah Hunsley in HR is in charge of processing the Foreign Service EERs from ECA. She will handle including your statement in the EER. But, I must give her the signed original EER forms confirming that you have received a copy as of April 29. So, sign page one of the EER form and bring the original to me on Monday, April 30 so I can turn it to her. Also, please sign page 2 of the form SA-1974, Counseling Certification, confirming that we had a counseling session on March 8, 2002. Bring me both forms so I can give you a copy with your signature, and Brian and I can keep a copy with your signature. I will then turn them in to Deborah. Your signatures on these forms means only that you have received a copy of them, not that you agree with anything stated in them.

+++++++++++++++++++++++++++

Van S. Wunder III
Director
Office of Citizen Exchanges
Bureau of Educational and Cultural Affairs
U.S. Department of State
SA-44
301 4th St., SW
Washington, DC 20547

tel. 202-619-5348
fax 202-619-4350
e-mail: vwunder@pd.state.gov

+++++++++++++++++++++++++++

-----Original Message-----
| | |
|---|---|
| From: | Wunder, Van S |
| Sent: | Wednesday, April 24, 2002 4:53 PM |
| To: | McGrath, Matthew |
| Subject: | Your EER |

Matt-- Please come by my office today or as soon as possible to sign you EER and get a copy. Brian has added his review. I spoke with ECA/HR and they confirmed that Brian should review since he was DAS until Feb. 11. Deborah Hunsley in HR confirmed that HR would compile the final EER, adding your statement. Once you sign the EER form (confirming only that you have received a copy), I will give it to Hunsley (or to whomever she designates in HR) and then you can give them your statement.

+++++++++++++++++++++++++++

Van S. Wunder III
Director
Office of Citizen Exchanges
Bureau of Educational and Cultural Affairs
U.S. Department of State
SA-44
301 4th St., SW
Washington, DC 20547

tel.  202- 619-5348
fax  202-619-4350
e-mail:  vwunder@pd.state.gov

+++++++++++++++++++++++++