# EXHIBIT 29

| | |
|---|---|
| From: | Baker, Susie |
| Sent: | Wednesday, May 08, 2002 3:05 PM |
| To: | McGrath, Matthew |
| Cc: | Baker, Susie |
| Subject: | ICPP proposals distribution |

Matt,
Could you please fill in the blanks? And double check for accuracy? I need to get the proposals out to the posts and to the regional bureaus with the appropriate contact people.
Thanks.

Sundance - Susan

Search for Common Ground - Susan

Meridian - ?

PACE - ?

Theatre Communications Group - Kathryn

American Dance Festival - Kathryn

Guggenheim - ?

New England Foundation for the Arts - Susie

Carnegie Hall - Susie

UCLA - Sandi

Chicago Dept of Cultural Affairs - Susie

---

*Handwritten notes:*

1. Fwd Schedule
2. Fwd RFGP, POGI, Review Criteria
3. Check above list for accuracy and fill in blanks.

5/9
Matt - I can't move forward without your action. Could you please review these emails?
Thank you.
Susie

1