# EXHIBIT 30

DEPARTMENT
EXHIBIT L

```
                McGrath- ICPP proposals distribution- string.txt
From: Hart, Stephen
Sent: Monday, May 20, 2002 9:27 AM
To: Wunder, Van S
Subject: RE: ICPP proposals distribution

Thanks.  This may come in handy.

-----Original Message-----
From: Wunder, Van S
Sent: Monday, May 20, 2002 9:24 AM
To: Hart, Stephen
Subject: FW: ICPP proposals distribution


Steve--  FYI-- just as background on Matt's message to you--  the e-mail string
below shows Susie Baker nervously trying to get a response from Matt as to how the
ICPP grant process will be handled.  She tried to schedule a meeting with him
beginning on May 1, and has been e-mailing him virtually every day.  As far as I can
tell, she's gotten no feedback from him at all.  Leanne was given the Guggenheim and
Meridian proposals to evaluate on the morning of May 16, due to panelists May 22.  I
plan to go over this--again-- with Matt tomorrow morning.

Susie asked that you and I NOT refer to her providing me with info on how the
process is moving ahead, since she fears that she will be seen as trying to undercut
her division chief.  I have just been asking Matt questions, and getting evasive
answers.




+++++++++++++++++++++++++++

Van S. Wunder III
Director
Office of Citizen Exchanges
Bureau of Educational and Cultural Affairs
U.S. Department of State
SA-44
301 4th St., SW
Washington, DC 20547

tel.  202- 619-5348
fax   202-619-4350
e-mail:  vwunder@pd.state.gov

+++++++++++++++++++++++++++


-----Original Message-----
From: Baker, Susie
Sent: Monday, May 20, 2002 9:12 AM
To: Wunder, Van S
Subject: RE: ICPP proposals distribution


No, I did not.

-----Original Message-----
From: Wunder, Van S
Sent: Sunday, May 19, 2002 10:58 AM
To: Baker, Susie
Subject: RE: ICPP proposals distribution

                                   Page 1
```

```
                McGrath- ICPP proposals distribution- string.txt
Susie-- did you get an answer on Friday?

++++++++++++++++++++++++++

Van S. Wunder III
Director
Office of Citizen Exchanges
Bureau of Educational and Cultural Affairs
U.S. Department of State
SA-44
301 4th St., SW
Washington, DC 20547

tel.  202- 619-5348
fax   202-619-4350
e-mail:  vwunder@pd.state.gov

++++++++++++++++++++++++++


-----Original Message-----
From: Baker, Susie
Sent: Friday, May 17, 2002 12:29 PM
To: McGrath, Matthew; Wunder, Van S
Subject: RE: ICPP proposals distribution


Questions that continue to be unanswered.  It would be helpful if I could cross
these things off my list and move on.

1) Can somebody please tell me who is doing the Guggenheim and Meridian proposals?

2) Do we have a list of potential or actual panelists yet?

3) If not, can I take this on? I am concerned that the panelists won't be on board
in sufficient time to read 5 and 6 proposals for the panels.



-----Original Message-----
From: Baker, Susie
Sent: Wednesday, May 15, 2002 10:48 AM
To: McGrath, Matthew
Cc: Proctor, LaFaye
Subject: FW: ICPP proposals distribution


Matt,
Please check the list below for accuracy.  Thanks.


-----Original Message-----
From: Baker, Susie
Sent: Wednesday, May 08, 2002 3:05 PM
To: McGrath, Matthew
Cc: Baker, Susie
Subject: ICPP proposals distribution


Matt,
Could you please fill in the blanks? And double check for accuracy?  I need to get
the proposals out to the posts and to the regional bureaus with the appropriate
contact people.
                                Page 2
```

McGrath- ICPP proposals distribution- string.txt

Thanks.

Sundance - Susan

Search for Common Ground - Susan

Meridian - Leanne

PACE - E.J.

Theatre Communications Group - Kathryn

American Dance Festival - Kathryn

Guggenheim - Leanne

New England Foundation for the Arts - Susie

Carnegie Hall - Susie

UCLA - Sandi

Chicago Dept of Cultural Affairs - Susie