# EXHIBIT 31

May 20, 2002

**MEMORANDUM**

TO:          ECA/PE/C/CU-     Matt McGrath

FROM:       ECA/PE/C-        Sam Wunder

SUBJECT:    Update on Pending Issues

Matt—I will not be able to meet with you on Tuesday, May 21 as originally planned. But, there are a number of issues pending that I would like feedback from you on. Please send me brief updates by e-mail as soon as possible.

- As I noted in my e-mail to you of May 16, 2002, your specific work requirements for this performance rating period are due around the end of May. I sent you in the inter-office mail the Employee Evaluation Report Instructions and "Decision Criteria for Promotion" that spell out the requirement to establish the specific work goals and provide the core precepts for performance expected at various ranks. Please send me what you have in draft this week, since I will be off next week. Rough draft is fine—I just need an idea of what you are thinking of including.

- A weekly meeting with you and your staff-- Please let me know if you've scheduled this weekly meeting as I requested in my e-mail to you of May 16.

- Leanne Mella's Work Requirements—I understand that these were never done last summer, when Leanne came on board. These are fairly standard—Linda Tressa can provide you with samples for the other Program Officers. Please let me know when you will have these drafted.

- ICCP Grant process-- I understand that there is a meeting on May 21 at 11:00 am to discuss this. I'm especially interested in a status report on who the panelists will be, and whether all of the proposal evaluations are ready to send to panelists. Also, I'd like a rough estimate of whether we received sufficient proposals to cover the $400,000 earmark for "music exchanges" earmark.

- Capturing Light Photography Exhibit-- I understood that an offering cable would be going out to WHA posts in May. Please provide an update on the status of this exhibit.

- ECA/PE/C/CU Budget for FY2003-- Please do a rough budget projection for next fiscal year assuming that we have the same $1.6 million to work with for the basic programs. I would like to see how you propose to spread the budget over the basic programs next year.

- Jazz Ambassadors RFGP—What kind of response have we gotten to this RFGP? Are the panels scheduled?

- What is the status of the field request to Susan Cohen to obtain the rights to the video shot in the World Trade Center as it was collapsing on 9/11? That is an interesting request that could lead to considerable field demand. Has Susan had any luck?

- Voice Recognition Software for E.J.—We purchased the voice recognition software for E.J. to try out to make it easier for her to dictate memos, telegrams, e-mails, etc. Linda Tressa was prepared to work with you, E.J. and the Help Desk to get the software installed and show E.J. how to use it. How has this been going?

- Status report on the Carnegie Hall project-- This was a large sole-source grant last year, and I would like a status report on how it is going. I just need a summary and a list of the activities so far. Since Carnegie Hall has applied for a grant under the ICCP RFGP, we should have a good idea of how they have performed so far going into the ICCP panels.


Cc:    ECA/PE/C—DAS Steve Hart