# EXHIBIT 32



**United States Department of State**

*Bureau of Educational and Cultural Affairs*
*Washington, D.C. 20547*

www.state.gov

May 22, 2002

ACTION MEMORANDUM
UNCLASSIFIED

TO:       ECA/PE/C/CU-    Matt McGrath   619-4809

THROUGH:  ECA/PE-         Stephen Hart

FROM:     ECA/PE/C-       Sam Wunder

SUBJECT:  Involuntary Curtailment

This is to advise you that I have asked that you be curtailed immediately from your current position. DAS Hart and Assistant Secretary Harrison have endorsed this request. You have the option of requesting a voluntary curtailment through your CDA. If you do not request such a voluntary curtailment <u>by the close of business Friday, May 24, 2002,</u> I have been advised that HR/ER will proceed to curtail you involuntarily from your current assignment.

I took this action because your performance has been sufficiently below acceptable standards that I have lost confidence in your ability to carry out your current duties. I documented your performance shortcomings in a memo given to you during a counseling session on March 8, 2002. On that date, I asked you to seriously consider voluntarily curtailing your current assignment. I also discussed your performance with you on April 18, 2002, and again asked you to consider voluntary curtailment. Your performance did not improve after March 8, and you have not requested a curtailment. Therefore, I have no option but to request an involuntary curtailment.

I request that you sign below to acknowledge receipt of a copy of this memo.

_____   Date 5/23/02

Copy to: ECA-IIP/EX/HR- Deborah Hunsley