# EXHIBIT 33

DEPARTMENT
EXHIBIT M



United States Department of State

Washington, D.C. 20520

JUN 10 2002

<u>MEMORANDUM</u>

UNCLASSIFIED

TO:      M/DGHR - Ruth A. Davis

From:    HR/CDA - Ralph Frank

Subject: Request From ECA to Curtail Matthew McGrath

    Assistant Secretary Patricia Harrison has requested your approval of the involuntary curtailment of Matthew McGrath, an FO-01 PD officer who has been serving as Chief of the Cultural Programs Division since late last fall. Her memo, which discusses the Bureau's loss of confidence in Mr. McGrath, is attached.

    We have reviewed this matter carefully and have discussed the issues with Mr. McGrath, his supervisors, and with Jo Ellen Powell in HR/ER. Mr. McGrath's CDO has discussed with him the possibility of requesting a voluntary curtailment, but Mr. McGrath has declined that option.

    Mr. McGrath has informed his CDO that he has filed a complaint with S/OCR and has a lawyer assisting him in his complaint. We in CDA have not been party to discussions about a possible EEO suit. We have followed normal procedures for involuntary curtailments, and our recommendation to curtail is made separate from a possible EEO complaint. I would note that involuntary curtailments are rare for domestic assignments, but procedures do exist, and ECA has requested that we implement them in this case.

<u>RECOMMENDATION</u>

    That you approve this involuntary curtailment. If you approve, we will panel the curtailment and inform ECA and Mr. McGrath.

APPROVE _____    DISAPPROVE _____

Attachment:  A/S Patricia Harrison Memo