# EXHIBIT 34

| | |
|---|---|
| 1 | **<u>DECLARATION OF JAMES BIGART</u>** |
| 2 | |
| 3 | In accordance with the provision of Title 28, United States Code, Section |
| 4 | 1746, I, James Bigart, make the following declaration to Betty L. Cox who has |
| 5 | identified herself to me as an EEO Investigator, Southwind Enterprises, Inc. assigned |
| 6 | by the US Department of State to perform this investigation, knowing that this |
| 7 | statement may be used in evidence. I understand that this statement is not |
| 8 | confidential and may be shown to any party who must have access to this |
| 9 | information in order to carry out his or her official duties. |
| 10 | This statement is given in relation to a complaint of discrimination filed by |
| 11 | Matthew J. McGrath . |
| 12 | *I am aware that the accepted claims in this complaint are that because of his* |
| 13 | *race (Caucasian) and as reprisal for his having engaged in prior protected activity* |
| 14 | *and/or for opposing discriminatory practices, he was discriminated against and* |
| 15 | *subjected to a hostile work environment when:* |
| 17 | a) *His supervisor attempted to undermine his authority as Chief, Division of* |
| 18 | *Citizen Exchanges, Office of Cultural Programs, Bureau of Educational and* |
| 19 | *Cultural Affairs;* |
| 21 | b) *his supervisor gave him a negative performance evaluation as Chief,* |
| 22 | *Division of Citizen Exchanges, on 4/11/02 and 4/29/02;* |
| 24 | c) *he was subjected to an involuntary curtailment of his assignment as Chief,* |
| 25 | *Division of Citizen Exchanges, Office of Cultural Programs, Bureau of* |
| 26 | *Educational and Cultural Affairs; and* |
| 28 | d) *the discriminatory curtailment had the result of denying Complainant a* |
| 29 | *career-enhancing follow-on assignment.* |
| 33 | Q     Please state your full name. |
| 34 | A     ROBERT JAMES BIGART |

Initials _MB_

Exhibit _14_

Page 1 of 6

| | | |
|---|---|---|
| 1 | Q | Please state your title and grade, the name of the agency by which you are |
| 2 | | employed, the organizational unit to which you are assigned, and the address |
| 3 | | of your duty station. |
| 4 | A | CAREER DEVELOPMENT OFFICER (CDO), FE-OC, STATE DEPT, |
| 5 | | HR.CDA/SL, WASH DC. |
| 6 | | |
| 7 | | |
| 8 | Q | Please state your organizational work relationship to Matthew McGrath at the |
| 9 | | present time. |
| 10 | A | I AM HIS CDO. |
| 11 | Q | Please state your work relationship to Mr. McGrath at the time of the matters |
| 12 | | at issue in his complaint. |
| 13 | A | I WAS HIS CDO. |
| 14 | Q | Please state your work relationship to Van S. Wunder at the present time, and |
| 15 | | if different, at the time of the matters at issue in Mr. McGrath's complaint. |
| 16 | A | I HAVE NO SPECIFIC WORK RELATIONSHIP WITH MR. VAN WUNDER. |
| 17 | Q | Please state your race. |
| 18 | A | IRISH. |
| 19 | Q | Have you previously participated in activities protected under Title VII of the |
| 20 | | Civil Rights Act of 1964, as amended, such as by protesting alleged |
| 21 | | discriminatory activities or by participating in any way in the EEO process? |
| 22 | A | NO. |
| 23 | Q | Are you aware of the Department of State's policy on harassment? Have you |
| 24 | | received training in that policy? |
| 25 | A | YES |
| 26 | Q | Are you aware of how to raise concerns about harassment in order to have |
| 27 | | those concerns addressed? |
| 28 | A | YES |
| 29 | a) | *his supervisor attempted to undermine his authority as Chief,* |
| 30 | | *Division of Citizen Exchanges, Office of Cultural Programs,* |
| 31 | | *Bureau of Educational and Cultural Affairs* |


Initials

Page 2 of 6

| | | |
|---|---|---|
| 1 | Q | Do you have any <u>direct</u> knowledge of this claim? If so, please describe your |
| 2 | | knowledge and explain how you come by it. |
| 3 | A | NO |
| 4 | Q | Mr. McGrath alleges that Mr. Wunder attempted to have him dismiss from |
| 5 | | employment Evangeline "EJ" Montgomery. He contends Mr. Wunder told |
| 6 | | him to document problems in her performance with the view to using that |
| 7 | | information to terminate her employment. Do you have any reason to believe |
| 8 | | Mr. Wunder was trying to pressure Mr. McGrath to document performance |
| 9 | | problems with Ms Montgomery in order to terminate her employment? What |
| 10 | | leads you to the conclusion reached? |
| 11 | A | NO. |
| 12 | **b)** | ***his supervisor gave him a negative performance evaluation as*** |
| 13 | | ***Chief, Division of Citizen Exchanges, on 4/11/02 and 4/29/02;*** |
| 14 | Q | Do you have any direct knowledge of this claim? If so, please describe your |
| 15 | | knowledge and explain how you come by it. |
| 16 | A | NO. |
| 17 | | |
| 18 | **c)** | ***he was subjected to an involuntary curtailment of his assignment*** |
| 19 | | ***as Chief, Division of Citizen Exchanges, Office of Cultural*** |
| 20 | | ***Programs, Bureau of Educational and Cultural Affairs*** |
| 21 | Q | When and how did you become aware that Mr. McGrath's management |
| 22 | | intended to curtail his assignment as division chief? |
| 23 | A | In May 2002, Jeremy Curtin who was then Deputy Director of CDA informed |
| 24 | | me about this. |
| 25 | Q | Were you given reasons for the desire to curtail Mr. McGrath's assignment? |
| 26 | | If so, what were they? |
| 27 | A | LACK OF CONFIDENCE. |



| | | |
|---|---|---|
| 1 | Q | Did Mr. Wunder and/or Mr. Hart provide you any supporting evidence of the |
| 2 | | concern about Mr. McGrath's performance or lack thereof in the role of |
| 3 | | division chief? If so, what was made available to you for your consideration? |
| 4 | A | WE RECEIVED A MEMO FROM ECA A/S HARRISON DATED 5/20/02 |
| 5 | | ABOUT THIS. |
| 6 | Q | Did you have any role in deciding whether Mr. McGrath would in fact be |
| 7 | | curtailed? If so, what was your role? Did you agree that it was appropriate |
| 8 | | that Mr. McGrath's assignment be curtailed? |
| 9 | A | I SUGGESTED TO MR. MCGRATH THAT HE SEEK A VOLUNTARY |
| 10 | | CURTAILMENT, BUT HE DID NOT WANT TO DO THAT. AFTER |
| 11 | | DISCUSSION WITHIN THE OFFICE IN CDA. IT WAS DECIDED THAT IT |
| 12 | | WOULD BE BEST FOR THE OFFICE (ECA) AND MR. MCGRATH THAT HE |
| 13 | | BE CURTAILED. |
| 14 | Q | What is the impact on an FSO's record if he or she is involuntarily curtailed |
| 15 | | from an assignment? |
| 16 | A | I DO NOT KNOW. OFFICIALLY, THE ASSIGNMENT SYSTEM JUST |
| 17 | | SHOWS THAT HE WAS CURTAILED...NOT WHY. |
| 18 | Q | What is the impact if the FSO voluntarily curtails from an assignment? |
| 19 | A | THE ANSWER IS SAME AS ABOVE. EACH CURTAILMENT IS |
| 20 | | DIFFERENT, BUT THE SYSTEM ONLY REFLECTS A CURTAILMENT, |
| 21 | | NOT THE REASON SO OFFICIALLY THERE IS NO IMPACT ON AN |
| 22 | | OFFICER'S REPUTATION. UNOFFICIALLY, WE ALL HAVE |
| 23 | | UNDOCUMENTED REPUTATIONS. |
| 24 | Q | Was Mr. McGrath offered the opportunity to curtail? |



| | | |
|---|---|---|
| 1 | A | YES |
| 2 | Q | What was Mr. McGrath's response? |
| 3 | A | HE DID NOT WANT TO. |
| 4 | Q | Is there anything you would like to add on this claim? |
| 5 | A | NO |
| 6 | **d)** | ***the discriminatory curtailment had the result of denying*** |
| 7 | | ***Complainant a career-enhancing follow-on assignment.*** |
| 8 | Q | If Mr. McGrath had not been involuntarily curtailed in this assignment, |
| 9 | | would he likely have been given a "career enhancing follow-on assignment?" |
| 10 | | Why? |
| 11 | A | This is a hypothetical question so I can't give an absolute answer. I can't |
| 12 | | predict the outcome of a situation that does not exist. |
| 13 | Q | Had Mr. McGrath chosen to voluntarily curtail, would that have enhanced his |
| 14 | | opportunity to receive a "career enhancing follow-on assignment?" |
| 15 | A | SAME AS ABOVE. |
| 16 | Q | Based on your understanding of the situation, do you perceive the curtailment |
| 17 | | to have been discriminatory and based on Mr. McGrath's race or his alleged |
| 18 | | protestation of Mr. Wunder's alleged intent to document EJ Montgomery's |
| 19 | | performance problems and terminate her employment because of her race? |
| 20 | A | I REALLY DO NOT HAVE AN OPINION BECAUSE I DON'T UNDERSTAND |
| 21 | | THE FACTS, ISSUES, OR COMPLAINT. |
| 22 | Q | Is there anything you would like to add to your statement? |
| 23 | A | NO. |

Initials 

1   I declare under penalty of perjury that the foregoing is true and correct.
2   Executed on this day, ___8/19___, 2002.
3
4   _____
5   R.J. Bigart
6