# EXHIBIT 35

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

2003 FOREIGN SERVICE SELECTION BOARDS

BOARD SFS-V (FS-01 GENERALIST THRESHOLD)

LOW RANKING STATEMENT

MCGRATH, Matthew J.                           FS-01

The Selection Boards are required by the Precepts to low rank five percent of the officers in each class reviewed for promotion. Matthew J. McGrath is one of the officers so identified by the SFS-V Board.

The Board noted that as of July 10, 2003 no EER had been prepared for Mr. McGrath for the 2002-2003 rating period. Observations on Mr. McGrath's performance for the 2001-2002 rating period appear below. His rating officer for the 2000-2001 EER describes Mr. McGrath as, "an energetic and imaginative Public Affairs Officer who mixes easily in a variety of social settings and at different societal levels." The rater added, "His attunement to socially sensitive issues has also helped me to make appropriate programmatic choices." The rater reported how Mr. McGrath has inspired his American library staff to a higher level of performance after the "first-ever launch of a monthly on-line library newsletter." Other successes include Mr. McGrath seizing the opportunity of a visit to South Africa by world-famous US historian John Hope Franklin to lecture at the sole institution in the area that teaches American History. The rater stated, "This provided an invaluable boost to the university's American Studies offering, and helped to consolidate further our ties with the faculty and administrators." The rater also notes that Mr. McGrath contributed to one of the Mission's top priorities when he scheduled a Harvard law professor and an ex-Justice department official to present a paper on US examples of community policing. The 2000-2001 reviewer noted that Mr. McGrath "...produced perfectly staged events." For example, at his US election breakfast, Mr. McGrath projected immediate on-line results and beamed CNN

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

2003 FOREIGN SERVICE SELECTION BOARDS

BOARD SFS-V (FS-01 GENERALIST THRESHOLD)

LOW RANKING STATEMENT

- 2 -

MCGRATH, Matthew J.                                FS-01

reporting live on to a wall sized screen.  The reviewer said the event drew "a substantial portion of the 250 South African leaders who came to learn more about the US electoral process.  His reputation for exciting programming was undoubtedly part of the draw."  The 10/99-4/00 rater praised Mr. McGrath when he noted, "Matt has an encyclopedic knowledge of the leanings of the various newspapers and television stations in this prolific media environment."  The reviewer (10/99-4/00) concurred, adding, "He constantly opened doors to influential program institutions, particularly universities, think tanks, and the media, through the strength of his personal relations.  Wherever he went, he was warmly welcomed by South Africans."

On the other hand, in reviewing Mr. McGrath's overall performance against that of other FS-01s - a decidedly superior and select group within the Foreign Service - the Board noted many aspects of Mr. McGrath's performance that were troubling.  Beginning with the 10/99-4/00 EER the rater said, "Matt is a talented, energetic public affairs officer with formidable strengths, and weaknesses that are crying out for correction."  The rater noted in the 'Areas for Improvement' section of the EER, "I recommend that Matt take an enlightened step back and reassess his approach to his professional responsibilities and determine that he will attack his weaknesses head on and add substantively to his strengths."  The reviewer concurred, "His performance would have been distinguished, but his personnel management flaws diminished his overall performance and require improvement."  Later EERs describe Mr. McGrath's weaknesses in progressively greater detail.

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

2003 FOREIGN SERVICE SELECTION BOARDS

BOARD SFS-V (FS-01 GENERALIST THRESHOLD)

LOW RANKING STATEMENT

- 3 -

MCGRATH, Matthew J.                               FS-01

In the 2000-2001 EER, the rater noted in the 'Areas for Improvement' section "I believe that more attention to maintaining self-restraint in trying circumstances would pay dividends." The reviewer (2000-2001) meanwhile reported, "Matt needs to be more consistent in the timely submission of program evaluations, especially exchange program results reports. Several International Visitor Program evaluations are long overdue, for example." The 2001-2002 EER was far more damning. The rater reported that "Mr. McGrath's recent overseas experience could have been highly useful to the Office during this period. But his contributions have in fact been modest and his presence increasingly disruptive." The EER continues in a similar vein, "Mr. McGrath did not gain traction in the job…. He had great difficulty managing personnel and responding to ad hoc projects I assigned to him. His program successes were individual and sporadic…. He demonstrated a near-total lack of interest in management basics…failed to respond to my repeated requests throughout the rating period to provide any specific work goals…. He seemed increasingly disinterested in and dismissively cynical about bureaucratic routine such as drafting responses to correspondence for the Secretary and Under Secretary or preparing briefing memos and talking points. He recoiled from supervising his staff, missed deadlines, became distant from me and his staff and engaged only in those few programs that caught his interest, rather than in shaping and leading the overall program of his division." The 2001-2002 reviewer said, "I can recall no substantive, positive contribution by Mr. McGrath." The 2001-2002 rater noted in the 'Areas for Improvement' section of the EER, "Mr. McGrath has to decide whether he wants to lead or

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

148

Case 1:05-cv-02011-RBW   Document 41-36   Filed 09/15/2008   Page 5 of 5

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

2003 FOREIGN SERVICE SELECTION BOARDS

BOARD SFS-V (FS-01 GENERALIST THRESHOLD)

LOW RANKING STATEMENT

- 4 -

MCGRATH, Mathew J.                                    FS-01

complain, be a manager and leader, or continue to pick and choose only those activities that he finds engaging. He must also decide whether he wants to deal with staff, peers and outside contacts as a mature Foreign Service Officer and representative of the Department of State, or continue to play the role of the free-spirit locked in battle with a mindless bureaucracy."

   The Board wishes to state that while it believes Mr. McGrath has made significant contributions to public diplomacy in the past, there are many aspects of Mr. McGrath's performance that are considerably less competitive when measured against that of other FS-01 officers who have demonstrated excellence in a wide range of competencies. The Board is of the view that improvements within the areas of leadership and managerial skills, interpersonal skills and intellectual skills would considerably enhance Mr. McGrath's competitiveness.

   It is in the spirit of helping Mr. McGrath meet the performance standards of his class in the near term that the Board makes the above-mentioned observations and recommendations.

UNCLASSIFIED - ADMINISTRATIVELY SENSITIVE

149