# EXHIBIT 37

Officer Evaluation Report
for
Senior Foreign Service Officers
and Foreign Service Generalists

# USIA

Type of Report (Check One)
- [X] Regular
- [ ] Change of Duties
- [ ] Departure of Rated Officer
- [ ] Departure of Rating Officer
- [ ] Other, Specify

| Name of Officer Being Rated (Surname first) | Class | Functional Title |
|---|---|---|
| McGRATH, Matthew | FO-01 | Branch Public Affairs Officer |

| Post or Organization | Period Covered |
|---|---|
| USIS Johannesburg | August 31, 1998 - April 15, 1999 |

| Rating Officer (Typed, surname first) | Reviewing Officer (Typed, surname first) |
|---|---|
| HULL, Thomas N. III | NONE AT POST |
| Title: Country Public Affairs Officer  Class: FE-MC | Title:  Class: |

| Date Report Submitted to Element | Date Report Received in Element | Date Report Received in Office of Personnel | Date Release to Files |
|---|---|---|---|
| | JUN 2 1999 | 3 Jun 99 | |

## I. WORK REQUIREMENTS

This section must be completed during the first 45 days of the rating period and updated as necessary. A copy of this statement must be filed in the appropriate area or element office. The minimum rating period is 90 (ninety) calendar days. The last day of annual rating period is May 15th.

A. **Officer's Position** - State concisely where the position fits in the staffing pattern and the number and type of personnel (American and Foreign Nationals) supervised by the officer. If the Rating and Rated Officer are not at the same post, state distance apart and amount of time Rating Officer actually observes Rated Officer in work situation. Do not exceed space provided.

The Branch Public Affairs Officer (BPAO) in Johannesburg supervises one American Assistant BPAO and 13 South African national employees. He reports directly to the Country Public Affairs Officer, who is located 30 miles away in Pretoria. The BPAO sees the CPAO weekly. They are in frequent telephone and e-mail contact.

B. **Work Requirements and Priorities** - In priority order, list the general work requirements directed at meeting post/area/office objectives and mission of USIA agreed upon at the beginning of the rating period between the Rated and Rating Officers. Any modifications to these at a later date should be clearly indicated. Do not exceed space provided.

1. Supervise the activities and the employees of the USIS branch post in Johannesburg and satellite center in Soweto.
2. Program U.S. speakers, Worldnet dialogues, and TPCs in the areas of law, politics, security, media, human rights, economics, trade, the arts, education and American society.
3. Work with the USIS JHB staff to increase the number and quality of candidates whom we nominate for USIA exchange programs.
4. Increase contacts with key institutions in assigned program areas and with emerging leaders, particularly in the majority black community.
5. Through networking with schools and institutions, increase programming at the Soweto Center.
6. Expand USIS programming in the Free State and Northwest Province.

IA-1191

00049

A **GENERAL APPRAISAL** - This section is to be completed for members of the SENIOR FOREIGN SERVICE. The purpose of this section is to provide a basis for making salary level adjustments (MOA V-B 237) and recertification decisions (see recertification standards on pages 3 and 4 of attached instruction).

SFS Member, Salary Level Adjustment - performance was excellent or better:

☐ yes        ☐ no

SFS Member, Recertification - performance was excellent or better:

☐ yes        ☐ no

B **DISCUSSION OF WORK PERFORMANCE** - Comment on the quality of the Rated Officer's work, focusing on the Work Requirements and Priorities in Part I. A list of tasks performed is not acceptable as a substitute for an evaluation of how work requirements and priorities were met. Using specific examples describe what was accomplished, what basic professional skills were demonstrated by the Rated Officer in pursuit of these accomplishments and how these accomplishments contribute to the post/area/office objectives and the mission of USIA. Comment on any special circumstances. Describe the work/program context, and the public diplomacy environment if the position is overseas. Do not exceed the space provided. Please sign at the bottom of page 4.

Matt McGrath got off to a fast start in his initial months as BPAO at USIS Johannesburg. He expanded the programmatic reach of his post, exhibited initiative and creativity in his programming, and reinvigorated his satellite post, USIS Soweto.

Mr. McGrath worked in a very tough programming environment. Downtown Johannesburg, where USIS is located has become a criminal combat zone. In fact, a stray bullet hit his multipurpose room, but fortunately no one was injured. Safety was an inhibiting factor throughout greater Johannesburg, but Matt adapted USIS programming to ensure effectiveness. USIS Johanesburg is also in the shadow of the nearby country post, USIS Pretoria. Since Pretoria takes the lead in media relations, Matt worked more closely with educational and cultural institutions while remaining appropriately involved with the press.

Matt had excellent program balance, hitting most of our Country Performance Plan (CPP) themes by utilizing all available public diplomacy tools. The primary objective of our bilateral relations is to assist South Africa's transition from oppressive minority rule under apartheid to democratic majority rule. To advance judicial reform, Matt very effectively programmed two groups of U.S. judges and court administrators with South African counterparts. In a country where on average a policeman is killed every day, Matt put South African pyschologists together with American counterparts via a TelePress Conference (TPC) to discuss police stress. In foreign affairs, he identified a promising young academic to participate in a summer institute program on U.S. foreign policy.

At the other end of the CPP objectives, Matt was exceptional in his cultural programming. For Black History Month, he hosted the South African premiere of the film "Beloved" for an invitational audience of important contacts. He also arranged a superb program of performances and workshops for a Jazz Ambassadors duo provided by USIA. Cultural heritage is a sensitive topic in South Africa, but Matt tackled it head on with an American Cultural Specialist who worked with local universities.

During the visit of Vice President Gore to Cape Town, I utilized his media skills there. He was an outstanding site officer on the factory floor of an American company which the Vice President visited. This was not an easy site, more like a crowded echo chamber, but it conveyed an important message about U.S. investment in South Africa's future. Matt made it work. He also pitched in as a control officer at our filing center for American journalists.

Mr. McGrath is to be congratulated for his excellent beginning as BPAO Johannesburg. He has demonstrated that despite deteriorating conditions in Johannesburg, his post can make a major contribution toward achieving our countrywide mission objectives.

competence, note briefly the extent to which skills of that nature are required in the Rated Officer's position and evaluate performance, citing specific examples from the rating period. If the area of competence not required in the position, indicate "n/a." Do not exceed space provided under each item.

1. **Substantive Knowledge** - Degree and level of functional, area and/or technical knowledge. Skill in applying this knowledge in support of post/area/office program objectives and mission of USIA. Knowledge may include understanding of U.S. foreign and policy and objectives; U.S. society, culture and history; host-country society, culture and history; USIA and other USG programs and operations; key bilateral and multilateral issues; and/or professional and technical information, procedures and regulations.

Matt McGrath proved to be a fast learner about the public diplomacy environment in which he worked. He developed a good sense of key individuals, institutions, and their respective roles in the new South Africa. Matt also had an excellent grasp of American history, culture, and policy which he used to good effect.

Matt recognized early on that USIS needed to extend its reach beyond Johannesburg to the provincial capitals of Bloemfontein and Mafeking which are also in his territory. He programmed the judges/court administrators very effectively in both cities. His work with major universities in his region benefited our academic exchanges. At the University of the Free State (UFS) and at Potchefstroom University, he facilitated arrangements for Fulbright lecturers, who had not served at those institutions recently. At UFS, which is in Bloemfontein, he also arranged the first placement of an English Teaching Fellow, and discovered a grantee for the E/A Summer Institute on U.S. government.

2. **Communication Skills** - (a) Facility in written and oral communication, including public speaking to achieve post/ area/office program objective and mission of USIA.

Matt is a fine communicator, and more importantly demands quality communications from his staff. Their evaluative results reports on programs have improved under his supervision.

His oral communication is of such high quality that the University of Witwatersrand, among the best in Africa, invited Matt to give a history lecture on the coming of the American Civil War. He did so well that he has been invited back to speak on the American frontier.

(b) If applicable, efforts (including personal efforts beyond regularly assigned Agency study) and success in attaining/maintaining proficiency in one or more foreign languages. Use of foreign language skills to achieve U.S. public diplomacy/USIA objectives and to develop program contacts which might not otherwise be accessible. If not applicable, indicate "n/a".

N/A

00051

constructiveness as Rating Officer; skill in training career candidates and other new employees; sensitivity to EEO concerns, including hiring, assigning and making training recommendations; ability to analyze, identify audience, make policy, plan and allocate resources; organize work, evaluate program and cost effectiveness; make sound and timely decisions and recommendations; coordinate and manage Distribution and Records System.

Mr. McGrath's major managerial accomplishment of the rating period was the renovation of USIS Soweto, a library/programming center in the heart of South Africa's most important township. Matt refurbished the facility, installing air conditioning for the first time and giving the place a fresh appearance. In the process, Matt also rejuvenated the facility programmatically.

Matt was a good supervisor who very quickly perceived the strengths and weaknesses of his FSN staff. He has begun to build on their strengths and to strengthen their weaknesses.

I am concerned by the example which Mr. McGrath set through his unauthorized use of USIS vehicles for home-to-office transportation and other personal use. In addition to ignoring repeated memos from our Executive Officer to cease, he has not reimbursed the U.S. government for this unauthorized use. Furthermore, he has not reimbursed the U.S. government for swimming pool maintenance which he was required to pay. Whether or not Mr. McGrath agrees with government regulations, he is obliged to follow them.

4. **Personal Relations** - Ability to develop rapport and establish purposeful relationships with foreign contacts and to enlist support of colleagues and counterparts; sensitivity to personal concerns and differing cultural behavior.

Matt McGrath excels at personal relations. In developing relationships, Matt made good use of representational resources. In additional to picking up his predecessor's contacts, Matt made many new ones, particularly outside Johannesburg. In fact, his interaction with the Independent Electoral Commission office in Bloemfontein led to his being designated as the embassy's observer coordinator for the Free State in South Africa's upcoming presidential and parliamentary elections.

Matt worked cooperatively with his Consul General and communicated well with USIS colleagues in Pretoria where programming resources are coordinated. To strengthen that coordination, Matt participated regularly in my weekly staff meetings despite the driving distance.

D. **FUTURE ASSIGNMENTS AND POTENTIAL** - Indicate what position(s) you believe the Rated Officer may be qualified to fill in the next five years. In what ways is the Rated Officer already qualified to fill the position(s)? What formal training, interim assignments and self-improvement efforts do you recommend for the Rated Officer to be well-qualified to fill the position(s) indicated or to further develop the Rated Officer's career potential? Do not exceed space provided.

Matt McGrath is a very capable Foreign Service Officer who has the professional skills and programmatic judgment required at higher levels of the Foreign Service. He must be more attentive, however, to regulations that govern his personal conduct.

Matt is still in the first year of his assignment. When he eventually transfers, he would be an outstanding CAO or IO at a large post. When Matt returns to Washington, his creativity, energy, and exuberance would work wonders for the State Department bureaucracy in a public affairs or educational/cultural exchanges program management position.

I hereby certify that we discussed and agreed to the work requirement and priorities. If this rating covers more than 149 calendar days, I also certify that a mid-period review was held.

Date of Rating _May 17, 1999_   Signature of Rating Officer _[signature]_

00052

Reviewing Officer must have served [in po]sition for at least three months of the rating per[iod t]o prepare this statement. If there can be no reviewing statement, explain belo[w. If] no Reviewing Officer, please state so and explai[n. F]or example, there is no Reviewing Officer because PAO is Rating Officer.

Reviewing Officer's Statement should include the following areas: A) organizational relationship, geographic distance, and extent and nature of observation of Rated Officer's performance of assigned responsibilities; B) fairness and reasonableness of work requirements of Rated Officer's position in relation to the positions in post/area/element; C) how well the Rated Officer performed, with specific comment on any differences with appraisal by Rating Officer; and D) relations between Rated and Rating Officers. Do not exceed the space provided. Please sign at the bottom of the page.

**THERE IS NO REVIEWING OFFICER BECAUSE THE RATING OFFICER IS THE SENIOR OFFICER AT POST.**

Date of Review | Signature of Reviewing Officer

00053

The Rated Officer may provide his/her views on significant achievements or disappointments during the rating period, any special problems encountered, discussions with the Rated Officer, etc. The Rated Officer must sign at the bottom of this page. If you did not discuss and agree upon the work requirements with the Rating Officer, please state so below. Also, if you did not have a mid-period discussion of performance or periodic performance discussions with your supervisor during the rating period (provided that the rating period was more than 149 calendar days), please state so below. The absence of any such statements will be understood by all to mean that they did take place. Your comments may exceed the space provided. You may attach any significant letters or memoranda of commendation/appreciation for work performed during the period covered by this report. Make sure you sign in the space provided at the bottom of the page.

I acknowledge receipt of a copy of this report.

Date: MAY 28, 1999          Signature of Rated Officer: *[signature]*

00054