# EXHIBIT 38

**PERFORMANCE EVALUATION REPORT**

| SUBMISSION CONTROL | | |
|---|---|---|
| DATE RECEIVED IN POST/BUREAU (mm-dd-yyyy) | DATE RECEIVED IN PER/PE (mm-dd-yyyy) JUN - 7 | DATE RELEASED TO DEPARTMENT FILES (mm-dd-yyyy) |

NAME OF EMPLOYEE BEING RATED (Surname first) (Type name)
**McGRATH,          MATTHEW          J.**

| TYPE OF REPORT | GRADE **FS-01** | SSN |
|---|---|---|
| REGULAR ☒    CAREER CANDIDATE ☐    VOLUNTARY ☐ | | |
| INTERIM: Change of Rater ☐    Duties ☐    Assignment ☐ | POSITION TITLE **Public Affairs Officer** | |

POST OR ORGANIZATION
**U.S. Consulate Johannesburg**

PERIOD COVERED (mm-dd-yyyy)
From **10-01-99**    To    **04-15-00**

RATER  **Sue Ford Patrick**
TITLE:  **Consul General**    GRADE:  **FE-OC**

REVIEWER **Thomas N. Hull**
TITLE:  **PAS Counselor**    GRADE:  **FE-MC**

After careful review, I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.

A. *Sue Ford Patrick*  5-1-2000
(Rater's signature upon completion of Sections I, III, IV, and V)    (Date) (mm-dd-yyyy)

B. *Thomas N Hull*  5-10-00
(Reviewer's signature upon completion of Section VI)    (Date) (mm-dd-yyyy)

## I. CERTIFICATION - WORK REQUIREMENTS AND COUNSELING

Work requirements were established by rater, reviewer, and employee on (mm-dd-yyyy)  **02-03-2000**

If applicable, requirements were revised on (mm-dd-yyyy) _____

*Employee's performance was discussed (candidate was counseled) on at least two dates as follows: (mm-dd-yyyy)*

1. **11-22-99**    2. **01-28-00**    3. **03-08-00**    4. _____

In the case of an unsatisfactory performance rating, this is also to certify that the requirements of 3 FAH-1 H-2814.3 *(tenured employees)*, 3 FAH-1 H-2326 *(employees subject to administrative promotion)*, or 3 FAM 2248 *(FSO Career Candidates)* have been met.

I certify that counseling sessions took place during the rating period and that at least one of them was documented in writing using the Counseling Certification Form (DS-1974).

*Sue Ford Patrick*                *Matthew J McKitt*                05/22/00
(Rating Officer)                (Rated Employee)                (Date) (mm-dd-yyyy)

## II. REVIEW PANEL STATEMENT (Completed by Review Panel)

A. Examples of Performance: Specific examples have been provided in all sections ☒ Yes (If not, return for rewrite.)

B. Certification: This report has been prepared according to the regulations and contains no inadmissible material.

*June 5 2000*        "W. Lee Reed        *Wally Reed*
(Date)            (Panel Chairperson's Name – Type)    (Signature)

C. Comments: (If submitted late, indicate who is responsible for delay.)

The employee is directly responsible for the late submission of this report. The Panel Chairperson requested that Mr. McGrath be counseled concerning his failure to execute and sign Section VII of this report. The panel also suggested that he be given another reasonable period to complete the section after counseling. Mr. McGrath was directed, by memorandum from the Senior Personnel Officer, to appear for counseling by his Reviewer and the Personnel Officer on June 2, 2000. Mr. McGrath failed to appear for this counseling session.

*When completed on Foreign Service personnel, this is an efficiency report which shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.*

00037

A.  Describe the position and where it fits in the ş   ξ pattern; indicate the number and kind of employees sι   sed or team affiliation (s) and tasking (s), whichever is applicable.

The Public Affairs Officer (PAO) at Consulate General Johannesburg supervises one American Assistant Public Affairs Officer (APAO) and 13 South African national employees. He reports directly to the Consul General, who is separately located about 15 minutes away.  The PAO and the Consul General are in frequent e-mail and telephone contact.  The PAO or his deputy attends weekly staff meetings at the CG.

B.  Divide work requirements into two categories: continuing responsibilities and specific objectives (including, as appropriate, professional development activities), listing these in descending priority order.

CONTINUING RESPONSIBILITIES:

1.  Supervise the public diplomacy operations in Johannesburg, including the satellite center in Soweto.

2.  Expand public diplomacy programming in the Free State and Northwest Province.

3.  Plan and implement the academic, cultural and information programs for the three-province region.

4.  Increase contacts with key institutions in assigned program areas and with emerging leaders, particularly among historically disadvantaged South Africans.

5.  Administer human and material resources at both Public Affairs Section (PAS) Johannesburg and PAS Soweto.

SPECIFIC RESPONSIBILITIES:

1.  Establish and maintain contact with the new South African-run Fulbright Commission and monitor its adherence to Fulbright legislation purposes and guidelines.

2.  Ensure that the incoming Fulbrighters resident in the programming region are settled at their institutions and their services adequately deployed.

3.  Nurture a broad range of contacts in this media capital of the country, in the arts, academe and research institutions to increase the number and quality of candidates that we nominate for International Visitor grants and other exchange programs.

C.  Describe any special circumstances influencing the work program.

The Public Affairs Section (PAS) is located in Johannesburg city-center, a high threat environment due to crime.  The operations of Consulate General Johannesburg are spread out over four physical locations in Johannesburg, including the Consulate office building (COB);  a separate FCS building;  PAS downtown, which is about 7 kms from the COB; a satellite PAS center in Soweto, 25kms from PAS downtown.

DS-1829
Page 2

A. **General Appraisal:**
  1. **All Employees:** Performance was sa~.. _ctory or better *(If no, see instructions for documen~...g unsatisfactory performance)*
  2. **SFS Members:** 1. Adjustment of Salary Level -- Performance was excellent or better
                 2. Member is recommended for Performance Pay (see instructions)
                 3. Member is recommended for Recertification -- Performance was excellent or better
                 *(See instructions for recertification, conditional recertification, and non-recertification criteria)*

| | YES | NO |
|---|---|---|
| 1. | ☒ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

B. **Discussion:** Identify at least three of the work requirements including continuing responsibilities and/or specific objectives listed in Section III. For each, using examples, describe the employee's performance and accomplishments *and his/her contribution to the Mission's or Bureau's Program Plan.*

As Johannesburg Public Affairs Officer (PAO) and supervisor of US public diplomacy efforts in three provinces of South Africa, arguably one of the USG's most important accounts in sub-Saharan Africa, Matthew McGrath's performance has been uneven.

Manager of Public Diplomacy Programs: Matt has invested a large measure of energy and ideas in ensuring that the public diplomacy programming in Gauteng Province (for which Johannesburg is the seat of provincial government) is varied and creative. In honor of Duke Ellington's centenary, he brought in a young jazz trio who performed at my residence before a broad cross section of diplomats and South Africans, as well as on the following evening before an audience of academics, musicians and cultural arbiters. Both events were a great success. On another occasion he provided a jazz paper show to the Soweto community center, which serves a population of two million. The show attracted the mayor, local councillors and a broad cross section of jazz lovers, including youthful jazz enthusiasts. Probably the best public diplomacy effort I have seen in the last 10 years was conceptualized and executed by Matt this past February. It was the screening of 'Hurricane,' a movie for which the male lead, Denzel Washington, was nominated for an Oscar and which was our showcase event for Black History Month. Matt convinced the movie theatre owner to provide us six screens and exclusive use of the theatre complex for that evening. Staged with Embassy Pretoria, the event brought together 750 of our most distinguished contacts from all walks of life, garnered fantastic print and electronic media coverage, and was the subject of conversation among many in our target audience for weeks thereafter. Through programs such as these, Matt and his 14-person staff promote Mission Program Plan goals of fostering mutual understanding, showcasing the superiority of democracy as a form of government and the importance of commitment to the rule of law. The Ambassador and Country PAO couldn't have been happier.

Personnel Supervisor: Matt has a mixed history on this score during the reporting period. He successfully attracted an excellent administrative assistant who brings a lot of talent to her responsibilities. On the other hand, he sparked low morale among a majority of his existing staff. In one-on-one conversations with them it becomes clear that his management style does not encourage independence and confidence among his staff. Probably half comment that they have been intimidated in recent months by his behavior which includes shouts that can be heard by other staff when he is unhappy with someone's performance. During a visit by the senior Embassy personnel officer and her assistants to PAS, the subject quickly moved from salary and benefits to the unsatisfactory behavior of their supervisor, the PAO, and what could be done about it.

Liaison with Fulbright Commission and resident Fulbrighters: Matt has very good relations with this South African-controlled body which is only months old and still getting used to its new mandate. He has maintained good contact with the Fulbrighters who are resident at South African institutions within our consular district, and ensured that their settling in was smooth, and their professional requirements are addressed by the respective institution.

Expansion of Contacts: Matt is acquainted with a wide swath of South Africans in the media, in film, in research institutions and in academe. When we had the opportunity to program activist Jesse Jackson as a Black History Month speaker, Matt had just the contacts to make sure it was scheduled in no time at the major university in Gauteng province. The event was a smash, and hosted by the university vice chancellor. Matt also has an excellent eye for emerging talent. For example, he identified a young, majority group journalist as an 'up and comer' in radio and television. Only a few months after that, CNN tapped her for a two-year internship at Atlanta that should considerably strengthen her skills as a formidable South African practitioner of the journalistic craft.

Programming in Free State and Northwest Province: Matt and his team know the public affairs contours of Free State province very well. He accompanied the Ambassador on the latter's first visit to the province, introducing him to US efforts to strengthen math and science teaching in the province, and to the administrator of Free State's flagship university. The Ambassador remarked on how very useful the trip was in helping him to familiarize himself with institutions and issues outside of the capital, Pretoria.

DS-1829
Page 3

A. **For Career Candidates only:** Assessment of career potential as a Foreign Service Officer or Foreign Service Specialist

☐ Unable to assess potential from ⸺ ⸺vations to date

☐ Candidate is unlikely to serve eff⸺ ⸺ely even with additional experience

☐ Candidate is likely to serve effectively but judgment is contingent on additional evaluated experience

☐ Candidate is recommended for tenure and can be expected to serve successfully across a normal career span (see instructions)

(Support your choice by discussing below the candidate's potential for successful service across a normal career span, citing examples which illustrate strengths and weaknesses in each of the competencies cited below.)

B. **For all Foreign Service employees:** For each of the competency groups listed below, draw on specific examples of performance to describe the rated employee's potential for advancement in the Service. (See Core Precepts for definitions of competencies.)

1. Leadership Skills   2. Managerial Skills   3. Interpersonal Skills   4. Communication and Foreign Language Skills   5. Intellectual Skills   6. Substantive Knowledge

Matthew McGrath has demonstrated the potential to serve successfully across the normal Foreign Service career spectrum.

Leadership: Matthew is probably as creative a public affairs officer as I have met in the last decade. He brims with ideas and can often talk others—such as the theatre owner in the case of the 'Hurricane' screening—into helping him realize them. When we had Jesse Jackson here, Matt worked with a US organization promoting respect for press freedom to invite Jackson to speak in his role as journalist. With that billing, we got representatives from every significant press organization in town to attend his remarks. The program was quite successful. I suspect that the best is yet to come in this area.

Managerial Skill: As alluded to elsewhere, Matt could improve his performance in this area. When an employee falls significantly short, he often does not take the time to document the incident, making it difficult to take the follow-on actions that may be appropriate. He also resists completing paperwork in a timely way. Thus evaluations of his subordinates are often turned in late. In one instance , the evaluation was 12 months late; in another it was six months. This practice was true for strong and weak performers alike. This kind of behavior causes staff morale to plummet. After a flood of entreaties from me to do better, the evaluations were finally completed. I would also welcome his willingness to delegate more. As clever as Matt obviously is, I believe the PAS operation would benefit from his giving his staff overall guidance accompanied by the opportunity to carry out projects with more of their own input. I do believe Matt has the potential to let go a bit more here.

Interpersonal Skill/Substantive Knowledge: Outside of his office, and with persons other than his staff, I have found that Matt is very skilled in establishing positive relationships. When he and I attended, for example, the Ambassador's dinner for editors, Matt knew already every editor from Gauteng province and beyond. He has traveled to all parts of the consular district and established contacts at the major academic institutions such as Potchestroom in Northwest and Rau Afrikaans University in Johannesburg. Matt has an encyclopedic knowledge of the leanings of the various newspapers and television stations in this prolific media environment . He is on a first-name basis with many of the actors and journalists who appear / or anchor respectively on locally produced television programs. Matt also has a sophisticated understanding of the public diplomacy resources that we can bring to bear in a particular circumstance. His understanding of what was available helped to make our Y2K programming for provincial officials particularly worthwhile. Further, when we had an important Congressional delegation arrive for a weekend visit and the head of delegation scheduled a Saturday morning speech in this private-time-loving media market, Matt's excellent relations with the press helped to ensure respectable media coverage of the event.

Communication Skill: Matt drafts cables, letters and memoranda well. He speaks clearly and convincingly at staff meetings and at public fora. I would welcome better active listening to the members of his staff in an effort to instill trust and motivate them to share their ideas more generously. Sustained attention here to help PAS staff members understand better what is expected of them and the nature of the job content could pay substantial dividends. As Johannesburg is an English-speaking post, I have not had the opportunity to assess Matt's foreign language skill.

Intellectual Skill: Matt has a well-developed capacity to identify and understand key issues, grasp their implications and develop a public diplomacy response which addresses those issues. Making the screening of "Hurricane' possible as our Black History Month offering took weeks of planning, careful negotiation with the theatre manager/owner, and detailed followup. The choice of the film seemed inspired, given the background of apartheid and the collective response of the South African majority to that scourge. One of the country's most prominent human rights lawyers told me afterwards that he learned a great deal from the film and was honored to have been included as a guest to the screening.

In sum, Matt is a talented, energetic public affairs officer with formidable strengths, and weaknesses that are crying out for correction. He is too impatient with others, particularly some members of his staff. Based on his remarkable skill in dealing with many Mission contacts, I am betting that he has the potential to improve in all the areas (managerial skill, communication skill and interpersonal skill) that require improvement.

DS-1829
Page 4

competency groups listed in Section V.B and must have been discussed with the employee in counseling during the rating period. Justify your recommendation with examples and indicate below competency group(s) being addressed. *(The response is not to be directed to need for formal training.)*

Specify Competency __Intellectual Skill_____    Specify Competency _____

I recommend that Matt take an enlightened step back and reassess his approach to his professional responsibilities and determine that he will attack his weaknesses head on and add substantively to his strengths.

## VI. REVIEW STATEMENT (Completed by Reviewer)

Assess the employee's performance and potential (if a career candidate, potential to serve across a normal career span—see instructions). Independent observations are encouraged and must be supported by additional examples of performance observed this rating period. Note differences with the rater's appraisal or recommendations. Comment on relations between rater and employee.

The rating officer's judicious evaluation of Mr. McGrath's performance and potential fairly reflects both his considerable diplomatic skills and his managerial flaws. The relations between the two officers were correct, albeit strained.

As the rating officer accurately observed, Matt McGrath is an exceptionally talented practitioner of public diplomacy. During this rating period, he was creative, energetic, enthusiastic, and, above all, effective in advancing our MPP objectives.

Matt's range of contacts was extensive, and he used them to advantage in identifying exchange program participants, arranging cultural presentations, and advancing policy issues with journalists. Being action oriented, Matt refused to be confined to the office. He constantly opened doors to influential program institutions, particularly universities, think tanks, and the media, through the strength of his personal relations. Wherever he went, he was warmly welcomed by South Africans. He was on a first name basis, for example, with the presidents of all the universities in his territory. The South African Institute of International Relations and the University of the Witwatersrand's Department of International Relations considered Matt an invaluable resource for information, materials, and exchange grants, which made them more receptive than ever to the United States.

Matt astutely spotted program opportunities, and adroitly exploited them. The South African premiere of "The Hurricane" and Jesse Jackson's Black History Month lecture to thousands of university students, cited by the rating officer, were dramatic examples. Many of his other activities were less visible, but no less effective. For example, Matt took the initiative to revive academic interest in American studies at universities in his territory, and seized on Washington offerings of summer institutes in American studies to spawn a cadre of American studies specialists. He took a collection of neglected books in my office, and donated them to a university where they comprise a core collection in American studies.

Matt produced these types of programs at little or no expense, frequently drawing upon local resources and targets of opportunity. In fact, the resource was sometimes himself. He lectured on American history and politics in courses at the University of the Free State and the University of the Witwatersrand. After the "Super Tuesday" presidential primaries in the United States, Matt insightfully analyzed the results on a two-hour long nationwide radio talk show. He used a mutual interest in the American Civil War to develop a strong bond with South Africa's leading foreign editor.

Although Matt was an exemplary programmer, the rating officer has criticized his performance management skills. Matt's achievements too often reflected his remarkable individual efforts. He had a capable Assistant Public Affairs Officer to whom he might have delegated more responsibility, and a South African staff which should have been more deeply engaged in his activities. Teamwork was weak, partly because he lacked confidence in his FSN staff. Instead of using the performance evaluation process to motivate FSN employees, Matt penalized them through tardy performance evaluations which effectively deprived them of timely promotions and step increases. The personnel officer, rating officer, and I repeatedly counseled Matt on his obligation to submit the overdue evaluations. Eventually he submitted constructive evaluations, but they would have been much more effective if they had been submitted timeously.

From my perspective, Matt McGrath is an impressive public diplomacy officer. His performance would have been distinguished, but his personnel management flaws diminished his overall performance and require improvement.

00041

achievements during the period. You also may address any activities or problems not adequately covered in this report, or aspects of the appraisal which need clarification or correction. You are encouraged to state your current career goals including training and assignments desired over the next 5 years. *(Continuation sheets may be used.)*

Employee refused to complete this section.  He also refused to sign it.

B.  I acknowledge receipt of this report.

Date Section VII completed *(mm-dd-yyyy)* _____

_____

*(Employee's Signature)*

00042