# EXHIBIT 39



See Instructions Before Completing
U.S. Department of State
# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

## SUBMISSION CONTROL

| DATE RECEIVED IN POST/BUREAU (mm-dd-yyyy) | DATE RECEIVED IN HR/PE (mm-dd-yyyy) | DATE RELEASED TO DEPARTMENT FILES (mm-dd-yyyy) |
|---|---|---|
|  |  |  |

**NAME OF EMPLOYEE BEING RATED** (Last, First, MI)
McGrath           Matthew           J.

| TYPE OF REPORT | | | GRADE | SSN |
|---|---|---|---|---|
| REGULAR ☒  CAREER CANDIDATE ☐  VOLUNTARY ☐ | | | FS-01 |  |
| INTERIM: Change of Rater ☐  Duties ☐  Assignment ☐ | | | POSITION TITLE: Public Affairs Officer | |

| POST OR ORGANIZATION | PERIOD COVERED (mm-dd-yyyy) | |
|---|---|---|
| Consulate General Johannesburg | From 04-16-00 | To 04-15-01 |

| RATER  Sue Ford Patrick | REVIEWER  Thomas N. Hull, III |
| TITLE: Consul General    GRADE: FE-OC | TITLE: Public Affairs Counselor    GRADE: FE-MC |

After careful review, I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.

A. _[signature]_ Sue Ford Patrick  04-15-01
Rater's signature upon completion of Sections I, III, IV and V   Date (mm-dd-yyyy)

B. _[signature]_  04-18-01
Reviewer's signature upon completion of Section VI   Date (mm-dd-yyyy)

## I. CERTIFICATION - WORK REQUIREMENTS AND COUNSELING

Work requirements were established by rater, reviewer, and employee on (mm-dd-yyyy) ___06-26-00___

If applicable, requirements were revised on (mm-dd-yyyy) _____

Employee's performance was discussed (candidate was counseled) on at least two dates as follows: (mm-dd-yyyy)

1. __08-11-00__   2. __10-23-00__   3. __02-29-01__   4. __03-19-01__

In the case of an unsatisfactory performance rating, this is also to certify that the requirements of 3 FAH-1 H-2814.3 (tenured employees), 3 FAH-1 H-2326 (employees subject to administrative promotion), or 3 FAM 2248 (FSO Career Candidates) have been met.

*I certify that counseling sessions took place during the rating period and that at least one of them was documented in writing using the Counseling Certification Form (DS-1974).*

_[signature]_ Sue Ford Patrick          _[signature]_ Matthew J McGrath          06-22-2001
Rating Officer                          Rated Employee                           Date (mm-dd-yyyy)

## II. REVIEW PANEL STATEMENT (Completed by Review Panel)

A. **Examples of Performance:** Specific examples have been provided in all sections ☐  Yes (If not, return for rewrite)
B. **Certification:** This report has been prepared according to the regulations and contains no inadmissible material.

| Date (mm-dd-yyyy) | Panel Chairperson's Name - Type | Signature |
|---|---|---|
|  |  |  |

C. **Comments:** (If submitted late, indicate who is responsible for delay.)

When completed on Foreign Service personnel, this is an efficiency report which shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

DS-1829
06-08-1999

Page 1 of 6

00030

EER FOR McGrath, Matthew J. | Rating Period From 04-16-00 to 04-15-01

### III. EMPLOYEE'S JOB AND WORK REQUIREMENTS (Established by Rater, Reviewer and Employee)

**A.** Describe the position and where it fits in the staffing pattern; indicate the number and kind of employees supervised or team affiliation(s) and tasking(s), whichever is applicable.

The Public Affairs Officer (PAO) at Consulate General Johannesburg supervises one American Assistant Public Affairs Officer (APAO) and 13 South African national employees. He reports directly to the Consul General, who is separately located about 15 minutes away. The PAO and the Consul General are in frequent e-mail and telephone contact. The PAO or his deputy attends weekly staff meetings at the CG.

**B.** Divide work requirements into two categories: continuing responsibilities and specific objectives (including, as appropriate, professional development activities), listing these in descending priority order.

Continuing Responsibilities:

1. Support Mission Program Plan.

2. Administer all public diplomacy activities in the region comprising Johannesburg, Soweto, the Free State and Northwest provinces and southern Gauteng Province.

3. Plan and implement the academic and cultural programs as well as the HIV/AIDS programs for the region.

4. Maintain contact with key institutions and individuals in the region.

5. Manage and safeguard classified information and material properly.

Specific Objectives:

1. Nurture and increase the number of contacts in the academic and cultural fields in the three province region, particularly among historically disadvantaged South Africans.

2. Enhance and expand public diplomacy programming in the academic and cultural fields, particularly in locations outside Johannesburg and Soweto.

3. Develop public diplomacy activities supporting the 2000 US national elections.

4. Provide additional support to American Studies, including exchanges and material.

5. Manage human and material resources at both PAS Johannesburg and PAS Soweto, including the supervision of the following five FSNs: the Academic Assistant, the Cultural Assistant, the PAS Secretary, the PAS Administrative Assistant and the PAS Receptionist.

**C.** Describe any special circumstances influencing the work program.

The Public Affairs Section (PAS) is located in Johannesburg city center, a district saddled with a high incidence of crime and shrinking population of businesses and resident professionals such as law firms, restaurants, etc. Consulate operations are spread over four physical locations, including the Consulate office building, a separate FCS building, PAS downtown, and a satellite PAS center in Soweto.

EER FOR McGrath, Matthew J.            Rating Period From 04-16-00 to 04-15-01

## IV. EVALUATION OF PERFORMANCE AND ACCOMPLISHMENTS (Completed by Rater)
### ALL CLASSES

**A. General Appraisal:**

|   | YES | NO |
|---|---|---|
| 1. All Employees: Performance was satisfactory or better (If no, see instructions for documenting unsatisfactory performance) | ☒ | ☐ |
| 2. SFS Members: 1. Adjustment of Salary Level -- Performance was excellent or better | ☐ | ☐ |
| 2. Member is recommended for Performance Pay (see instructions) | ☐ | ☐ |
| 3. Member is recommended for Recertification -- Performance was excellent or better (See Instructions for recertification, conditional recertification, and non-recertification criteria) | ☐ | ☐ |

**B. Discussion:** Identify at least three of the work requirements including continuing responsibilities and/or specific objectives listed in Section III. For each, using examples, describe the employee's performance and accomplishments and his/her contribution to the Mission's or Bureau's Program Plan.

Matthew McGrath has had a highly successful year as Public Affairs Officer in South Africa's cultural and media capital, Johannesburg. He has paid due attention to his agreed work objectives and he and his staff have concretely advanced US Mission program goals throughout the year.

--Plan and implement the academic and cultural programs as well as HIV/AIDS programs for the three province region. Mr. McGrath has excelled at carrying out this objective in two previous years to such a degree that for Black History Month 2001, his programming for Johannesburg/Pretoria became the signature BHM event for the Mission countrywide. Matt arranged, in concert with a local theatre, to premiere a soon-to-be-released film, Remember the Titans, whose message was that interracial harmony and teamwork were not only possible but indeed could be a winning combination. In coordination with our CGs in Durban and Cape Town, the premiere took place simultaneously in all three cities and the Mission spoke with one voice (As Embassy Pretoria is only 40 minutes away, and as often occurs for high profile cultural and media events, it joined us for the premiere). The Ambassador was able to deliver his remarks in favor of diversity and respect for others before a Johannesburg audience drawn from various walks of life of more than 800 persons. This event advanced the MPP goal of promoting mutual understanding.

--Develop public diplomacy programs supporting US 2000 national elections. Matt and his team outdid themselves by putting on a well-attended post-election breakfast last November to showcase American democracy in action. While we had no idea that the outcome of the Presidential contest would remain uncertain for two months, the events unfolding during the breakfast held the attention of several hundred of our contacts from politicians (of all stripes) to academics, businesspersons, NGO and student activists, and diplomats for fully four hours. This event ideally supported the MPP goal of promoting democracy and transparency.

--Maintain contacts with key institutions and individuals in the region. Matt has assiduously courted the leadership of the five-year-old Constitutional Court, and made clear that the US could materially aid them in strengthening their new democracy. When SAG funding proved insufficient for a subscription, Matt provided the justices and their clerks with free access to the Lexus-Nexus on-line research service so that they could plumb US legal bibliography as needed. Having become acquainted on a first-name basis with selected justices and privy to their research needs, he arranged for the Ambassador to make a gift of 12 sets of a multi-volume core collection of law books which the Court library and the 11 justices sorely needed. In his acceptance remarks, the Chief Justice praised the US contribution to constitutionalism throughout the world. This initiative supported the MPP objective of strengthening the rule of law in South Africa.

--Administer all public diplomacy programs in Johannesburg, Soweto, Free State, Northwest and southern Gauteng. When Enterprise Florida, a trade delegation led by the state Lieutenant Governor, came to Johannesburg, Matt and his team arranged critical news coverage of their visit and initiatives to promote trade and to offer a helping hand to historically disadvantaged small businesspersons. The coverage on a Friday afternoon--a dead time for news locally--in part depended on press relations carefully nurtured in the past. This supported the MPP goals of promotion of US exports and economic development in South Africa.

| EER FOR McGrath, Matthew J. | Rating Period From 04-16-00 to 04-15-01 |
|---|---|

**V. EVALUATION OF POTENTIAL (Completed by Rater)**

A. **For Career Candidates only:** Assessment of career potential as a Foreign Service Officer or Foreign Service Specialist:
- ☐ Unable to assess potential from observations to date
- ☐ Candidate is unlikely to serve effectively even with additional experience
- ☐ Candidate is likely to serve effectively but judgment is contingent on additional evaluated experience
- ☐ Candidate is recommended for tenure and can be expected to serve successfully across a normal career span (see instructions)

(Support your choice by discussing below the candidate's potential for successful service across a normal career span, citing examples which illustrate strengths and weaknesses in each of the competencies cited below.)

B. **For all Foreign Service employees:** For each of the competency groups listed below, draw on specific examples of performance to describe the rated employee's potential for advancement in the Service. (See Core Precepts for definitions of competencies.)
1. Leadership Skills   2. Managerial Skills   3. Interpersonal Skills   4. Communication and Foreign Language Skills
5. Intellectual Skills   6. Substantive Knowledge

**Leadership/Interpersonal Skill:** Matthew McGrath is an energetic and imaginative Public Affairs Officer who mixes easily in a variety of social settings and at different societal levels. He appears as comfortable with a Court Justice like Albie Sachs as with a resident in the poorest informal settlement, and his gift of gab will stand him in good stead with both. Matt cultivates a broad range of contacts which, among the post's official Americans, is exceeded only by those of the Consul General, no mean feat! His attunement to socially sensitive issues has also helped me to make appropriate programmatic choices. For example, when Washington offered a speaker on Islam in the US, our discussion of the pros and cons of this offering led me to weigh the benefits and the potential liabilities in a way that US MPP goals could be clearly advanced.

**Managerial Skill:** Matt's efforts to navigate PAS processes and implement programs produce results again and again. When the Illinois Governor brought a delegation here last year, Matt and his staff worked effectively with the office of the governor and the state's resident trade rep to carry off a logistically challenging but rewarding performance by the Hubbard Street Dance Company, a Chicago group. He has also inspired his American library staff to a higher level of performance as evidenced by the first-ever launch of a monthly on-line library newsletter. Disseminated to librarians and academics throughout the consular district, it informs them of new titles and thematically organized summaries of the materials available in the library. He adheres to EEO norms.

**Communications and Foreign Language Skill:** Matt communicates with authority and credibility on policy and operational issues affecting his portfolio, and usually wins decisionmakers' support. When the outgoing vice chancellor of a Northwest Province university sought academic management training for his successor-to-be at Harvard University and University of Tennessee, Matt made an effective case and the training was approved and funded.

**Substantive Knowledge/Intellectual Skill:** Matt is especially effective at seizing the once-in-a lifetime offer and wresting the most from it. When we learned that world-famous US historian John Hope Franklin would come to South Africa, Matt proposed to program him to lecture at the sole institution in the area which teaches American History (and uses his book as a text). This provided an invaluable boost to the university's American Studies offering, and helped to consolidate further our ties with the faculty and administrators. Prof. Franklin's remarks at the American library branch in Soweto were heard by a diverse audience including civic leaders, youth activists, and seasoned NGO leaders from both downtown and the townships and who work on some of SA society's most intractable socio-economic issues and must find common ground. To further the dialogue on crime, one of the Mission's top rung priorities, Matt scheduled a Harvard law professor and ex-Justice Department official to present a paper on US examples of community policing. The address formed a key part of an international conference on "Policing in States in Transition" hosted by SA's Institute for International Affairs.

DS-1829                                                                                                          Page 4 of 6

00033

EER FOR McGrath, Matthew J. _____ Rating Period From 04-16-00 to 04-15-01

**C. Areas for Improvement:** The following must be completed for all employees. Employees should be made aware of areas where they should concentrate their efforts to improve. Specify at least one area in which he/she might best direct such efforts. Area(s) cited must be explicitly linked to one or more of the competency groups listed in Section V B and must have been discussed with the employee in counseling during the rating period. Justify your recommendation with examples and indicate below competency group(s) being addressed. *(The response is not to be directed to need for formal training.)*

Specify Competency _____ Managerial Skills _____ Specify Competency _____

Interpersonal Skill: Matthew deserves praise for showing considerable growth in deepening his managerial skill during this reporting period. I believe that more attention to maintaining self-restraint in trying circumstances would pay dividends.

## VI. REVIEW STATEMENT (Completed by Reviewer)

Assess the employee's performance and potential (if a career candidate, potential to serve across a normal career span-see instructions). Independent observations are encouraged and must be supported by additional examples of performance observed this rating period. Note differences with the rater's appraisal or recommendations. Comment on relations between rater and employee.

The Rating Officer's assessment of Mr. McGrath's excellent performance is fair and reasonable as is her recommendation under Areas for Improvement. The Rated and Rating officers frequently interacted and worked cooperatively on a number of public diplomacy activities.

As the Rating Officer attests, Matt McGrath had extensive contacts at key institutions, and initiated many mutually beneficial programs with them. His judicious use of speakers, book donations, exchange grants, and outreach materials with media, universities, government, and courts in Johannesburg and the nearby Northwest and Free State Provinces advanced our MPP objectives of mutual understanding and democratic transformation. His movie premiers of "The Patriot" and "Remember the Titans" each drew 500 prominent South Africans on related themes. Matt was often innovative, as in his Black History Month program which brought 15 South African journalists together with the locally based *New York Times* and *Washington Post* correspondents to discuss "Journalism in America: the African-American Perspective."

Matt produced perfectly staged events. At his impressive US election breakfast, he projected immediate on-line results from various websites onto screens and beamed CNN's reporting live to a wall-sized screen. By 6 a.m., Matt had drawn a substantial portion of the 250 South African leaders who came to learn more about the US electoral process. His reputation for exciting programming was undoubtedly part of the draw.

Matt needs to be more consistent in the timely submission of program evaluations, especially exchange program results reports. Several International Visitor Program evaluations are long overdue, for example.

Matt worked hard to improve the performances of his subordinates, and it showed. After instilling a better worth ethic in his PAS library, he developed an impressive newsletter to attract a higher standard of library users. Matt was also a sensitive supervisor. When an FSN became less productive and had prolonged absences due to chronic illness, Matt was appropriately tolerant. When the employee died, he compassionately rallied mission support for the bereft family.

I concur that Matt was "highly successful" in his public diplomacy programming, and would note also his effective public affairs work for trade missions from Illinois, Florida, and Maryland. Furthermore, his overall post management was solid. Matt McGrath is on track for a successful public diplomacy career.

EER FOR McGrath, Matthew J.    Rating Period From 04-16-00 to 04-15-01

## VII. STATEMENT BY RATED EMPLOYEE

**A. Discussion:** This Section is intended to provide the rated employee's views on the period of performance appraised. You must comment on your most significant achievements during the period. You also may address any activities or problems not adequately covered in this report, or aspects of the appraisal which need clarification or correction. You are encouraged to state your current career goals including training and assignments desired over the next 5 years. *(Continuation sheets may be used.)*

I believe that this has been my most successful tour to date and that I have done my very best work ever. Having never done more with less, I leave PAS Johannesburg in much better shape than when I arrived.

Though every tour is certainly unique and has its own particular challenges, this one has topped the scales. There have been many major accomplishments and several highlights with, unfortunately, one continuing lowlight. Much of what was accomplished, as well as the circumstances under which those accomplishments were made, have, regrettably, either gone unnoticed or, sadly, unappreciated.

PAS Johannesburg is located in the city's central business district (CBD), isolated from both the Consulate and the PAS Country office in Pretoria. Its branch office in Soweto is even more isolated and, hence, in an even more challenging location. The city has a reputation as being plagued by a very high crime rate. However, greater Johannesburg is the center of both South Africa and southern Africa in almost every field, with as many public diplomacy institutions as the rest of South Africa combined. It is, therefore, the center around which the new multicultural democratic South Africa revolves. What has been frustrating and challenging, though not ultimately deterring, is how despite the enormous number of opportunities to conduct public diplomacy here that are in the U.S.' direct interest, there have been delegated too few resources to support that diplomacy and those interests. For example, Johannesburg has six daily newspapers. No other town has, in effect, more than one. Five of the papers each have a greater circulation than any other newspaper outside of Johannesburg. It is the same with the Sunday papers and other institutions. However, there are approximately 25% of the human resources, with no allocated budget resources, assigned to this large and rich environment than those assigned to the very much smaller and poorer environment in Pretoria, and about the same as those in the much smaller and poorer Cape Town. I have refused to allow myself to be deterred or frustrated by any of the structural and organizational challenges. In addition to our own enormous workload, we are often been asked to take on additional work by hosting large program events and a large number of visitors on behalf of the Mission (never vice-versa), because of the undeniable opportunities here. For example, this office organized the Mission's very successful U.S. election event.

Unfortunately, personnel issues have been a continuing lowlight. Four FSNs were dismissed by the RSO for security reasons, 2 for theft of USG funds (1 just before I arrived), and 2 were for criminal actions). Another was suspended for negligence related to the theft cases. An FSN was dismissed for failing to perform satisfactorily during the first probationary year. Those dismissals do not count the FSN who died and the American educational advisor who left for a better paying job. These situations were not of my making, yet I had to manage them all. There have, therefore, been long and varying periods of staff vacancies resulting in the very real need to constantly manage serious operational disruptions. Each of the new employees is performing at a much higher level than their predecessors. This was accomplished with little support from outside the office. My aggressive, but time consuming affirmative action policy has resulted in all of the replacements being from the previously disadvantaged black community, a perfect implementation level not matched by the Mission in Pretoria or any of the other Consulates. I have never faced such personnel problems nor achieved such success in all of my other tours combined.

CONTINUED

**B. I acknowledge receipt of this report.**

Date Section VII completed *(mm-dd-yyyy)* _____   _____
                                                                                                Employee's Signature

DS-1829

Page 6 of 6

00035

| CONTINUATION SHEET | |
|---|---|
| NAME (Last, First, Middle Initial)  MCGRATH,  MATTHEW  J. | PAGE NUMBER  7 |

I am perhaps most proud of my work with the Constitutional Court, created by South Africa's new post-apartheid constitution as one of its highest court. I have purchased close to ten thousand dollars worth of American legal texts/books for the Court's library, and have identified and programmed 2 high ranking American jurists/legal scholars as speakers with the Court. I am currently assisting the Court with the establishment of its new library by purchasing additional texts/books and journals, and by sponsoring the Court's new librarian on a visit to the US and the visit of a US librarian to consult with the Court here. As a result, I have been hosted for private luncheons in 2 of the justices' chambers, have hosted a third justice for a private dinner and am on a first name basis with at least 7 of the 11 justices.

I could not be more proud of my film/cultural work, particularly the African-American Film Festival and the Black History Month series that I organized. The festival was the largest and most complex one that USIA/USIS had ever done, and, amazingly, the first one on the contributions of African-Americans to the art of the cinema. It was an enormous undertaking (11 days, 9 feature films, 8 feature film and documentary videos, 5 lectures, etc.) In addition, during each of the 3 Februaries that I have been here, I have sponsored an appropriate film premiere, collaborating with local organizations and using locally based resources. The films, "Beloved", "The Hurricane" and "Remember the Titans", were hosted by the Ambassador, as was the Festival's opening and closing, and each had in attendance approximately 700 South Africans.

I am also extremely proud of my reversing the decline of our Public Affairs operations out of our Soweto office/library. The place was literally a mess when I arrived. It was dirty, dark, dusty and clearly left to deteriorate in the 8 years since Mandela's release. I had it repaired, cleaned, painted, and had installed new and additional lights and air-conditioning. Just as importantly, I implemented a policy for including Soweto in all speaker and visitor programs. The reopening, again hosted by the Ambassador, was a gala affair that made everyone proud of our Soweto operations again and our 25 year history there.

My relations with the four main universities in the Johannesburg region have been outstanding. I have used virtually every program, product and service to expand and enhance relations on almost every level of each of the universities. I am particularly proud of my promotion of American Studies through Summer Institute grants and the purchase of American books. Again, I am on a first name basis with all four university presidents and have been personally hosted by them for luncheons on several occasions.

Somehow I still have managed to diversify and expand programming outside of the greater Johannesburg area with special outreach efforts directed at the Free State Province. The province is home to the South African Supreme Court of Appeal, South Africa's other highest court, a major regional newspaper as well as one of South Africa's major universities. My success there, made difficult because of the 250 mile distance, resulted in my being asked to lead the 9-member U.S. election observer team for the province, one of nine provinces, during South Africa's second national democratic election, and to write the observer team's report.

Finally, because Johannesburg is the media center for South and southern Africa, and though there are disproportionately few media resources allocated to Johannesburg, I have managed to have the widest most extensive range of media contacts of anyone here. These include several top editors, most of South Africa's leading broadcast journalists as well as almost all of the many American foreign correspondents based here. The foreign correspondents have offered to host a farewell party for me.

All-in-all, an extremely effective and productive tour.

00036