# EXHIBIT 44

**United States Department of State**
*Office of Civil Rights (S/OCR)*

# Initial Contact Sheet/EEO Counselor's Report

EEO Counselors and S/OCR staff should use this form when recording initial contacts or their counseling activities in accordance with 29 C.F.R. Section 614.105 c. Questions concerning completion of this form should be directed to the EEO Counseling Coordinator, ADR/EEO Counseling/Training Section, Office of Civil Rights (S/OCR). Submit completed form to EEO Counseling Coordinator.

Check appropriate box to indicate use as an Initial Contact Sheet or an EEO Counselor's Report, sign, and date. Submit Initial Contact Sheet to EEO Counseling Coordinator, no later than 2 days from date of contact.

[ ] **Initial Contact Sheet**
(complete & submit ONLY this page of the report)

[X] **EEO Counselor's Report**
(complete & submit ALL pages of the report)

_____    _____
Signature          Date          Signature  9 JULY 02  Date

## A. AGGRIEVED PERSON/COMPLAINANT

**NAME**
McGrath, Matthew (Matt) J. #I/16-02
Last, First Middle

IS THE AGGRIEVED PERSON/COMPLAINANT EMPLOYED BY THE FEDERAL GOVERNMENT?    [X] Yes   [ ] No

IS THE AGGRIEVED PERSON/COMPLAINANT A(N):    [X] Employee    [ ] Applicant

OTHER (Specify)    [ ] Contractor    [ ] FSN

U.S. CITIZEN:   [X] Yes   [ ] No

SSN:            DOB:

BUREAU/OFFICE/POST WHERE ALLEGED DISCRIMINATION TOOK PLACE: Bureau of Educational and Cultural Affairs, Office of Cultural Programs, Division of Citizen Exchanges

CURRENT EMPLOYER: United States, Department of State

Exhibit 2

JOB/TITLE/SERIES/GRADE: Former Chief, Division of Citizen Exchanges, FSO-01

WORK PHONE NO:            HOME PHONE NO:

HOME ADDRESS:

E-MAIL ADDRESS:

DOES AGGRIEVED PERSON/COMPLAINANT HAVE A REPRESENTATIVE? (CHECK YES OR NO)    ☒ Yes   ☐ No

REPRESENTATIVE'S NAME: June D.W. Kalijarvi, Kalijarvi, Chuzi & Newman PC

WORK PHONE NO: 2023319260

ADDRESS: 1730 K Street, NW, Suite 1011, Washington, DC  20006

E-MAIL ADDRESS:

COMMENTS: (E.G. ALLEGATIONS, BASIS (ES)) Claimaint, Matthew McGrath, FSO-01, alleges that he was discriminated against on the basis of his race, WHITE, and REPRISAL for opposing discriminatory practices relating to another employee in his office.

## B. CHRONOLOGY OF EEO COUNSELING

DATE(S) OF ALLEGED DISCRIMINATORY ACT(S) (MM, DD, YYYY)

| | |
|---|---|
| September 2002 | -- began undermining claimants authority as Division Chief |
| March 18, 2002 | -- met with Jackie Hill |
| April 11, 2002 | -- received negative EER |
| April 25, 2002 | -- request for voluntary curtailment of assignments by HR Career Counselor Bigart |
| April 29, 2002 | -- received second negative EER |
| May 16, 2002 | -- cursed, intimidated by Wunder |
| May 23, 2002 | -- signed receipt of notice of request Voluntary curtailment of duties |
| June 3, 2002 | -- forced request to voluntarily curtail duties per Bigart and Wunder. |

45TH DAY AFTER DISCRIMINATORY ACT (MM, DD, YYYY): 7/20/2002

DATE OF INITIAL CONTACT: 4/16/2002
INITIAL CONTACT PERSON: Principal Deputy, Hattie P. Baldwin, Esq.

30TH DAY FROM DATE OF INITIAL CONTACT DATE RE: COMPLETION OF COUNSELING ACTIVITY, IF APPLICABLE: 5/16/2002

2

REASON FOR DELAYED CONTACT BEYOND 45TH DAY, IF APPLICABLE:

DATE EEO COUNSELING REPORT DISCUSSED W/AGGRIEVED PERSON (MM, DD, YYYY): 6/7/2002
DATE EEO COUNSELING REPORT GIVEN TO AGGRIEVED PERSON (MM, DD, YYYY): 7/9/2002
DATE ADR OFFERED (MM, DD, YYYY):
DATE ADR ELECTED, IF APPLICABLE (MM, DD, YYYY): Declined for EEO/ADR per Asst.Sec. Pope
DATE EEO COUNSELING REPORT SUBMITTED TO (S/OCR) (MM, DD, YYYY): 7/9/2002
Date EEO complaint referred to EEO/ADR, if applicable (mm, dd, yyyy):

***To Be Completed By S/OCR's ADR Section***

90th Day from date of initial contact date:
Re: Completion of ADR Activity, if applicable:

Date of Mediation Conference:
Outcome:

Date of Notice of Right to File a Complaint, if applicable:
Date EEO Counselor's Report Submitted Case Mgmt., if applicable:

3

## C. BASIS(ES) FOR ALLEGED DISCRIMINATION

☒ **Race** (specify): White

☐ **Color** (specify):

☐ **National Origin** (specify):

☐ **Sex** (specify):

☐ **Age** (specify):

☐ **Disability** (specify mental or physical):

☐ **Religion** (specify):

☐ **Sexual Orientation** (specify):

☒ **Reprisal** (identify earlier event &/or opposed practice, give date): opposition of discriminatory practices relating to r(subordinate) employee, beginning September 2001.

## D. SPECIFIC ALLEGATION (S) OF DISCRIMINATION

*Note: State when the following occurred, including specific dates. e.g., state how aggrieved person/complainant was treated differently from other employees or applicants because of Race, Color, Religion, Sex, National Origin, Age, Mental or Physical Disability, Reprisal, or Sexual Orientation. Use additional sheets as needed.*

Matthew McGrath assumed the role of, FSO-01, Chief of the Office of Cultural Programs in September 2001. The Claimant alleges that he was discriminated against on the basis of his race, white, and reprisal for opposing discriminatory practices relating to another employee in his office.

Mr. McGrath states that his supervisor, Mr. Van S. Wunder, Director of the Office of Citizen Exchanges has attempted since the start of the claimants tenure to undermine Mr. McGrath's authority as Division Chief regarding various issues:

§ Mr. Wunder has attempted, on several occasions, to have said claimant dismiss Ms. Evangeline Montgomery, a 72 year old "member in good standing of (McGrath's) staff," who is disabled with Parkinson's disease. (See Attachments 1 and 2)

§ Mr. Wunder, continually suppresses work-related issues the claimant, as Chief of Cultural Programs, attempts to initiate in which

4

Page 4 of 33

race and fund distributions as it relates to race were factors. (See Attachments 1 and 2)

The claimant further attests that he was subject to a hostile work environment when:

§ Management undermined his authority as Chief of Division of Citizen Exchanges.

§ Claimant received a negative EER on 4/11/02 and a second negative EER on 4/29/02. (See Attachment 1)

§ Claimant was involuntarily curtailed from duties subject to a memo date 5/22/02. (See Attachment 3)

Currently, Mr. McGrath is no longer the Chief of Cultural Programs at ECA based on an involuntary curtailment of duties as of May 22, 2002.

### E. REMEDY(IES) REQUESTED

Claimant, Mark McGrath requests the following:

(1) reassignment to appropriate career enhancing FSO-01 or stretch assignment within the Department
(2) that all files be expunged of all references to curtailment and other negative material
(3) compensatory damages
(4) reimbursement of all attorneys' fees and costs
(5) grant of all other appropriate relief

### F. INFORMAL RESOLUTION ATTEMPT(S)

PERSONAL CONTACTS: Mr. V. S. Wunder III, Director, Office of Citizen Exchanges, Bureau of Educatinal and Cultural Affairs, State Annex-44, 202-619-5348.

Mr. Wunder denies the allegations made by Mr. McGrath and instead ascertains that the claimant "had failed to exert managerial leadership of his staff, had become reclusive and non-communicative and was consistently neglecting his leadership responsibilities." Mr. Wunder offered a chronological narrative of interactions with Mr. McGrath to support his assertions. (See Attachment 5)

DOCUMENTS REVIEWED:

SUMMARY OF INFORMAL RESOLUTION ATTEMPT: Claimant made request for mediation however review of case determined mediation was inappropriate. Mr.

McGrath, through his attorney, has subsequently requested a notice of right to file a formal complaint

rage 16 of 33

## G. SUMMARY OF INFORMATION PROVIDED BY
## EEO COUNSELOR TO AGGRIEVED PERSON/COMPLAINANT
(Note: e.g. Discrimination of Complaints Fact Sheet, EEO/ADR Fact Sheet, ADR Election Form)

THE AGGREIVED PERSON WAS ADVISED OF THEIR RIGHTS AND RESPONSIBILITES AS OUTLINED IN THE EEO COUNSELOR'S CHECKLIST AND PROVIDE A COPY OF THE DISCRIMINATION COMPLAINTS PROCESS FACT SHEET. ORIGINAL STATEMENT SIGNED BY THE AGGREEIVED IS ATTACHED TO THIS REPORT.

The complainant was apprised of all the above information and given the fifteen-day notice on 07-08-2002.

## H. TOTAL TIME SPENT ON COUNSELING

RAYNETTA LEWIS
**NAME OF EEO COUNSELOR**

202 203 7150
**TELEPHONE NUMBER**

S/OCR
**EEO COUNSELOR'S BUREAU**

401 3rd St SW Wash DC
**EEO COUNSELOR'S OFFICE ADDRESS**

*[signature]*
**EEO COUNSELOR'S SIGNATURE**

8 JULY 2002
**DATE**

Revised 07/02.

7

page 7 of 33