# EXHIBIT 45



United States Department of State

*Washington, D.C.   20520*

May 2, 2002

Mr. Matthew J. McGrath
ECA/PE/C/CU Annex 44 Room #568
301 4th Street SW
Washington, DC  20547-0009

*Account #:*
*Amount Due: $399.66*

Dear Mr. McGrath:

The Office of Financial Oversight and Coordination (RM/F/DFS/FOC) has received notification from Citibank that there is an unpaid balance on your government travel card account that is over 90 days past due. Resolving this delinquency requires your immediate attention. Payment of the undisputed amount billed is due and payable within 25 days of the statement date (see the Citibank cardholder agreement, 4 FAH-3, H-466.6-1 and 31 USC 3716(a). We request that you pay this debt in full or establish repayment arrangements with Citibank within 30 days from the date of this notice. Please notify RM/F/DFS/FOC of those arrangements in writing as soon as possible.

If you fail to pay this indebtedness in full, or fail to establish and/or honor a repayment arrangement with Citibank, you will be subject to salary garnishment and may be subject to disciplinary action. The Executive Director of your employing bureau is also being notified of your outstanding travel card debt. If you have any questions, please contact me at (703) 875-7070. Please mail any correspondence to:

Financial Oversight and Coordination Office
Department of State
Washington, D.C. 20522-1506

Sincerely,

*Anne V. Cook*

Anne V. Cook,
Acting Director
Financial Oversight and Coordination Office

cc: Bureau/EX
    Bureau/A/OPC



United States Department of State

Washington, D.C. 20520

July 8, 2002

Mr. Matthew J. McGrath
5093 Country Club Road
Murphysboro, IL 62966-5644

***Account #:*** [ ]
***Amount Due: $409.63***

Dear Mr. McGrath:

The Office of Financial Oversight and Coordination (RM/F/DFS/FOC) has received notification from Citibank that the unpaid balance of your government travel card account is over 120 days past due. As a consequence, the Department intends to garnish your salary effective September 5, 2002 to repay Citibank. The garnishment of salary from a federal employees' pay to cover delinquent amounts owed to the travel card provider is authorized by P.L. 105-264, 31 USC 3716(a) and 4FAH-3, H-466.6-1. In addition, RM is referring this matter to the Office of Employee Relations (HR/ER) for review and appropriate action, including disciplinary action if warranted.

Beginning September 5, 2002, $230.69 will be deducted from your biweekly salary payment and paid to Citibank until the outstanding balance as indicated above has been fully paid. You can elect to have a greater amount deducted from your biweekly pay by indicating your consent to this office in writing.

You have the right to inspect and copy any records maintained by the Department related to this debt or request and receive a copy of such records. If you negotiate a repayment agreement with Citibank and provide a signed copy to this office within 30 days of the date of this notice, the salary garnishment will not be implemented. You may also request the Managing Director of the Office of Domestic Financial Services to review this determination to garnish your salary.

If you have any questions, please contact me at (703) 875-7070. Please mail any correspondence to:

Financial Oversight and Coordination Office
Department of State
Washington, D.C. 20522-1506

Sincerely,

*Karna 4. Thompson* for

Anne V. Cook,
Travel Card Agency Program Manager
Financial Oversight and Coordination Office



**United States Department of State**

*Washington, D.C.   20520*

August 28, 2002

MEMORANDUM:

TO:             Office of Employee Relations (HR/ER)

FROM:       RM/F/DFS/FOC – Anne V. Cook

SUBJECT:  Government Travel Card Delinquency – Mr. Matthew McGrath
                    SSN:

The Office of Financial Oversight and Coordination (RM/GFS/DFS/FOC) serves as the central agency coordinator of the Government Travel Card Program. We sent a notice to Mr. McGrath indicating that he has an unpaid balance on his travel card account which is 90 days or more past due. We requested Mr. McGrath to either pay the account in full within 30 days or to establish a written repayment agreement with Citibank. We sent a notice to the employees' bureau executive director advising of the delinquency and requested that the employee be counseled regarding the necessity to pay his travel card account balance on time.

According to the records provided by Citibank, Mr. McGrath did not resolve his delinquent balance by making payment in full nor did he negotiate a written repayment agreement with Citibank which is over 120 days past due. Consequently, we have sent a second notice to Mr. McGrath indicating that because he failed to take appropriate action we will initiate garnishment of his pay and forward the amounts withheld from his pay to Citibank. We sent a notice to the employees' bureau executive director advising of the continued delinquency.

His recurring untimely payment of account balances constitutes a misuse of the government travel card. Therefore, we are referring this matter to your office for review and appropriate administrative action, if warranted.

Thank you for your cooperation in this matter. If you have any questions or concerns please contact Karna Thompson at (703) 875-6455.

Sincerely,

*Karna E. Thompson for*

Anne V. Cook

Travel Card Program Manager
Financial Oversight and Coordination Office


Attachment:
Employee Letters
Supporting Documentation