# EXHIBIT 46

DEPARTMENT EXHIBIT O



United States Department of State

*Washington, D.C. 20520*

October 23, 2002

Mr. Matthew J. McGrath
C/O Ms. June D.W. Kalijarvi
1901 L Street, N.W.
Suite 610
Washington, DC 20036

Dear Mr. McGrath:

The Department of State proposes to suspend you for two (2) workdays without pay under the provisions of 3 FAM 4300. Since this proposal is for a suspension, it is made under the specific provisions of 3 FAM 4350. My authority for making this proposal is in 3 FAM 4351.

**Charge:** **Failure to pay your Government-contracted charge account (Citibank) in a timely manner.**

Your failure to pay the balance due on your Government-contracted Citibank charge card violated **4 FAM 466 Government Contracted Individual Charge Cards** and the mandatory published procedures of:

**4 FAH-3 H-466.5 Financial Obligation and Liability**

**4 FAH-3 H-466.5-1 Cardholder**

"A cardholder is liable for all billed charges except when a lost or stolen card is promptly reported. Government employees are required to pay their just financial obligations in a proper and timely manner pursuant to 3 FAM."

Specification

You failed to pay in a timely manner the balance of $409.63 that you owed to Citibank (a government contracted individual charge card). Delinquency of your government

travel charge card was first established when your account exceeded 90 days past due as of April 2002 in the amount of $399.66. As of June 19, 2002, payment in full had not been made, thereby leaving the account over 120 days past due. Your credit card accrued late fees bringing your outstanding balance to $409.63. As a result, the Department arranged garnishment of your salary to pay Citibank.

The Department acknowledges that your account has now been paid in full. This was accomplished by garnishment of your salary in the amount of $230.69 on September 19, 2002. The remaining balance of $178.94 was garnished from your salary on October 3, 2002.

Documentation

Enclosed are copies of the documentation underlying this proposal to suspend you submitted by the Office of Financial Oversight and Coordination (RM/F/DFS/FOC).

Procedures

Under the provisions of 3 FAM 4354, you have fifteen calendar days from receipt of this notive in which to respond to this proposal. You have the right to answer orally and/or in writing and to submit affidavits and/or other written statements in support of your answer. Your response should be directed to Mr. John Campbell, Deputy Assistant Secretary for Human Resources (DGHR/HR), Room 6218, Truman Building. Mr. Campbell will be the deciding official in this case.

If you wish to make an oral response, please contact Ms. Armor who will arrange an appointment for you with Mr. Campbell. Prior to making a decision, Mr. Campbell will carefully review the entire file, giving full consideration to any response you might submit. Should the proposed discipline be sustained, the decision letter will remain in your Official Personnel File (OPF) for two years or until reviewed by two selection boards.

Please complete the Acknowledgement of Receipt form attached to this proposal noting whether or not you intend

to respond, and return it to this office as soon as possible.

If you wish to designate a representative to act on your behalf in this matter, subject to the provisions of 3 FAM 4325, please complete the Designation of Official Representative form attached to this notice and return it to this office as soon as possible. Please note that no one in this office will be authorized to communicate with your representative until your signed Designation form has been received.

Sincerely,

Jo Ellen Powell
Director
Office of Employee Relations
Bureau of Human Resources

Enclosures:
1. RM/F/DFS/FOC memo sent to HR/ER dated August 28, 2002
2. RM/F/DFS/FOC letters sent to employee dated May 2, 2002 and July 8, 2002
3. Acknowledgement of Receipt
4. Designation of Representation

```
Drafted:
HR/ER/CSD:JGArmor:10/21/02:X4-8181
Clearances:
HR/ER/CSD:CSDearing
L/EMP:MChandler
```