# EXHIBIT 47



United States Department of State

Washington, D.C. 20520

December 31, 2002

Mr. Matthew J. McGrath
C/O Ms. Michelle Perry
1901 L Street, N.W.
Suite 610
Washington, D.C.  20036



RECEIVED
JAN - 6 2003
BY THE OFFICE OF
KALIJARVI, CHUZI & NEWMAN, P.C.

Dear Mr. McGrath:

   Ms. Jo Ellen Powell's letter to you dated October 23, 2002, informed you of the proposal to suspend you for two workdays without pay under the provisions of 3 FAM 4300. This notice provided you fifteen calendar days from the date of receipt to respond to the reasons contained therein. Your representative requested and was granted an extension to respond until November 27, 2002, the date of receipt of your written response. Your representative, Ms. Michelle Perry, presented your oral response on your behalf on December 18, 2002.

   The proposal letter was based on documentation received from the Office of Financial Oversight and Coordination, Bureau of Resource Management, which revealed that your Government-issued Citibank credit card was in excess of 120 days past due, with an outstanding balance of $409.63. As a result, garnishment of your salary began effective September 19, 2002, to pay Citibank.

Charge:  **Failure to pay your Government-contracted charge account (Citibank) in a timely manner.**

   Delinquency of your government travel charge card was first established when your account exceeded 90 days past due as of April 2002 in the amount of $399.66. As of June 19, 2002, payment in full had not been made, thereby leaving the account over 120 days past due. Your credit card accrued late fees bringing your outstanding balance to $409.63.

   Your representative stated on your behalf that the bill in question arrived at your USG address very late and in poor physical condition due to the irradiation procedures all mail sent to USG facilities has been subjected to since September 11, 2001. At this time your mailing address for official USG mail, was Room 568 in SA-

44. You also received a notice from the Department dated May 2, 2002, informing you that your account had become past due. You contacted Citibank and provided your SDFCU account information in order to pay the balance due of $399.66.

In June 2001, you left your position on extended sick leave and were ultimately curtailed from your position with the Bureau of Educational and Cultural Affairs. Your official mail continued to go to SA-44, instead of being forwarded to the Foreign Service Lounge as you had requested. As such, you did not receive the subsequent notices sent to you by the Bureau of Resource Management stating your account was delinquent.

Upon your return to work on September 10, 2002, you learned that your Citibank account had been turned over to a collection agency. This was the first time you were aware that your previous attempt to pay Citibank had not been honored by SDFCU due to a perceived discrepancy in the account number. You then paid the collection agency that contacted you on behalf of Citibank. This is verified by a copy of your bank statement included in your written response which shows check number 1046, in the amount of $409.63 was paid by SDFCU on September 16, 2002. The Agency also began garnishment of your salary effective September 19, 2002.

In conclusion, I have considered all the evidence available in this action, including the written and oral responses submitted by your representative on your behalf, as well as consideration of the Douglas Factors. It is my decision to reduce the proposed suspension to a Letter of Admonishment based on the circumstances outlined above.

This letter of Admonishment will not be placed in your Official Personnel File but will be maintained by the Office of Employee Relations for one year. You may submit comments in writing to that office if you so wish.

Sincerely,

John Campbell
Deputy Assistant Secretary
for Human Resources