UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW J. MCGRATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 05-2011 (RBW) |
| | ) | |
| CONDOLEEZZA RICE, Secretary, | ) | |
| United States Department of State, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that JUDGMENT is hereby entered in Defendant's favor on all of Plaintiff's claims.


_____                    _____
Date                                                REGGIE B. WALTON
                                                       United States District Judge



Copies to Counsel of Record by CM/ECF.